**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Safi M Hanafy** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **22-19052** |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

**Your assets**
Value of what you own

1.    **Schedule A/B: Property** (Official Form 106A/B)
1a. Copy line 55, Total real estate, from Schedule A/B................................................................ $    400,000.00

1b. Copy line 62, Total personal property, from Schedule A/B........................................................ $    16,039.00

1c. Copy line 63, Total of all property on Schedule A/B................................................................. $    416,039.00

### Part 2:    Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* $    376,344.28

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F...............................* $    0.00

3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F...........................* $    78,869.00

**Your total liabilities** $    455,213.28

### Part 3:    Summarize Your Income and Expenses

4.    *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of *Schedule I..................................................................* $    5,233.78

5.    *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of *Schedule J..........................................................* $    4,780.00

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.    **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑    Yes

7.    **What kind of debt do you have?**

☑    **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to

| Debtor 1 | **Safi M Hanafy** | Case number *(if known)* | **22-19052** |

the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **3,516.61**

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ **0.00** |

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Safi M Hanafy** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **22-19052** |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes.  Where is the property?

### 1.1

**151 Burhams Avenue**
Street address, if available, or other description

**Haledon         NJ    07508-0000**
City         State    ZIP Code

**Passaic**
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Two family residence
Location: 151 Burhams Avenue, Haledon NJ 07508
Jointly owned by Safi Hanafy (debtor) and Asmaa Hanafy (debtor's spouse)
Home mortgage does NOT include real property taxes and homeowners insurance
Purchased in August 2001 for $190,000.00 dollars, estimated**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$400,000.00** | **$400,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint tenant**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**

| |
|---|
| **$400,000.00** |

**Part 2:**  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

| Debtor 1 | **Safi M Hanafy** | Case number *(if known)* | **22-19052** |
|---|---|---|---|

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Chevrolet** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

| Model: | **Suburban** |
| Year: | **2015** |
| Approximate mileage: | **191,000** |
| Other information: | |

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

| | Current value of the entire property? | Current value of the portion you own? |
|---|---|---|
| **No liens as to motor vehicle<br>Motor vehicle in fair condition** | **$5,579.00** | **$5,579.00** |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5 Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=> **$5,579.00**

**Part 3:**  Describe Your Personal and  Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| **6 rooms of miscellaneous used household goods and household furnishings** | **$8,000.00** |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

| **2 television sets<br>1 personal computer<br>2 used cellular telephones** | **$650.00** |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
■ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
■ No
☐ Yes. Describe.....

| Debtor 1 | **Safi M Hanafy** | Case number *(if known)* | **22-19052** |

**10. Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes.  Describe.....

**11. Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| Miscellaneous used articles of clothing and clothing accessories | $400.00 |

**12. Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ☐ No
   ■ Yes.  Describe.....

| ( Debtor has indicated he does not currently have any pieces of jewelry) | $0.00 |

**13. Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes.  Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
   ☐ No
   ■ Yes.  Give specific information.....

| Several used books<br>Family pictures<br>Wall pictures | $75.00 |

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
   for Part 3. Write that number here ............................................................................................. | $9,125.00 |

**Part 4:   Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ☐ No
   ■ Yes.................................................................................................................

| Cash in debtor's possession or at residence | $10.00 |

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
   institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................                    Institution name:

| Debtor 1 | **Safi M Hanafy** | | Case number *(if known)* | **22-19052** |

| 17.1. | **Checking Account** | Checking Account<br>TD Bank, NA<br>418 Belmont Avenue, Haledon, NJ 07508<br>Haledon, New Jersey | $325.00 |
| 17.2. | **Checking Account** | Checking Account<br>Wells Fargo Bank, NA<br>459 Lafayette Avenue, Hawthorne, NJ 07506<br>( Joint account with debtor's mother.  Monies belong to debtor's mother) | $1,000.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................                    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes.  Give specific information about them...................
                             Name of entity:                                    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
                             Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
                             Type of account:              Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................                    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes.............      Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

Debtor 1    **Safi M Hanafy**                                          Case number *(if known)*  **22-19052**

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

| Debtor received income tax refunds for tax year 2021. Debtor is not currently owed any income tax refunds. | Federal and State Income Tax Refunds | $0.00 |
|---|---|---|

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
■ No
☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
         Company name:                              Beneficiary:                    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☐ No
■ Yes.  Describe each claim.........

Debtor 1    **Safi M Hanafy**                                                                            Case number *(if known)*    **22-19052**

---

> **Potential assault claim relating to altercation. ( tort claim)**
> **Debtor suffered injuries when he was assaulted as a result of an altercation.**
> **Incident happened on or about January 02, 2022, estimated.**
> **Debtor suffered injuries to face, neck and hands as a result of the assault.**
> **Debtor is unable to ascertain the amount of claim or claims and if any claims actually exist.**
> **Attorney Representatives:**
> **Vivino and Vivino Law Office**
> **401 Hamburg Turnpike, Wayne, NJ 07470**
> **Phone: (973) 790-1661**
> **Fax: (973) 790-8237**
> **Email: vivinolaw@aol.com**

                                                                                                                                 **$0.00**

---

35.  **Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

36.  **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...................................................................................................................

|  |
|---|
| **$1,335.00** |

| **Part 5:** | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |
|---|---|

37.  **Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

☐ Yes.  Go to line 38.

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**<br>If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53.  **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................

|  |
|---|
| **$0.00** |

Debtor 1    **Safi M Hanafy**                                    Case number *(if known)*    **22-19052**

| Part 8: | List the Totals of Each Part of this Form |
| --- | --- |

55.  **Part 1: Total real estate, line 2** ................................................................................................................... **$400,000.00**

56.  **Part 2: Total vehicles, line 5**                                    **$5,579.00**

57.  **Part 3: Total personal and household items, line 15**            **$9,125.00**

58.  **Part 4: Total financial assets, line 36**                        **$1,335.00**

59.  **Part 5: Total business-related property, line 45**               **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**      **$0.00**

61.  **Part 7: Total other property not listed, line 54**          +    **$0.00**

62.  **Total personal property.** Add lines 56 through 61...      **$16,039.00**    Copy personal property total    **$16,039.00**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62                        **$416,039.00**

Official Form 106A/B                    Schedule A/B: Property                    page 7

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Safi M Hanafy** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **22-19052** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt
**4/22**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

    ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

    ☑ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **151 Burhams Avenue Haledon, NJ 07508  Passaic County Two family residence Location: 151 Burhams Avenue, Haledon NJ 07508 Jointly owned by Safi Hanafy (debtor) and Asmaa Hanafy (debtor's spouse) Home mortgage does NOT include real property taxes and** Line from *Schedule A/B*: **1.1** | **$400,000.00** | ☑                        **$17,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |
| **151 Burhams Avenue Haledon, NJ 07508  Passaic County Two family residence Location: 151 Burhams Avenue, Haledon NJ 07508 Jointly owned by Safi Hanafy (debtor) and Asmaa Hanafy (debtor's spouse) Home mortgage does NOT include real property taxes and** Line from *Schedule A/B*: **1.1** | **$400,000.00** | ☐ <br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(1)** |

Debtor 1    **Safi M Hanafy**                                   Case number (if known)    **22-19052**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2015 Chevrolet Suburban 191,000 miles** **No liens as to motor vehicle** **Motor vehicle in fair condition** Line from *Schedule A/B*: **3.1** | $5,579.00 | ■ $4,450.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| **2015 Chevrolet Suburban 191,000 miles** **No liens as to motor vehicle** **Motor vehicle in fair condition** Line from *Schedule A/B*: **3.1** | $5,579.00 | ■ $1,129.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **6 rooms of miscellaneous used household goods and household furnishings** Line from *Schedule A/B*: **6.1** | $8,000.00 | ■ $8,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **2 television sets** **1 personal computer** **2 used cellular telephones** Line from *Schedule A/B*: **7.1** | $650.00 | ■ $650.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Miscellaneous used articles of clothing and clothing accessories** Line from *Schedule A/B*: **11.1** | $400.00 | ■ $400.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **( Debtor has indicated he does not currently have any pieces of jewelry)** Line from *Schedule A/B*: **12.1** | $0.00 | ☐ ■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |
| **Several used books** **Family pictures** **Wall pictures** Line from *Schedule A/B*: **14.1** | $75.00 | ■ $75.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Cash in debtor's possession or at residence** Line from *Schedule A/B*: **16.1** | $10.00 | ■ $10.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking Account: Checking Account** **TD Bank, NA** **418 Belmont Avenue, Haledon, NJ 07508** **Haledon, New Jersey** Line from *Schedule A/B*: **17.1** | $325.00 | ■ $325.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Federal and State Income Tax Refunds: Debtor received income tax refunds for tax year 2021.  Debtor is not currently owed any income tax refunds.** Line from *Schedule A/B*: **28.1** | $0.00 | ☐ ■ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

| Debtor 1  **Safi M Hanafy** | | Case number (if known)  **22-19052** |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Potential assault claim relating to alteration. ( tort claim)**<br>**Debtor suffered injuries when he was assaulted as a result of an alteration.**<br>**Incident happened on or about January 02, 2022, estimated.**<br>**Debtor suffered injuries to face, neck and hands as**<br>Line from *Schedule A/B*: **34.1** | $0.00 | ■               $27,900.00<br>☐  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(11)(D)** |
| **Potential assault claim relating to alteration. ( tort claim)**<br>**Debtor suffered injuries when he was assaulted as a result of an alteration.**<br>**Incident happened on or about January 02, 2022, estimated.**<br>**Debtor suffered injuries to face, neck and hands as**<br>Line from *Schedule A/B*: **34.1** | $0.00 | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Potential assault claim relating to alteration. ( tort claim)**<br>**Debtor suffered injuries when he was assaulted as a result of an alteration.**<br>**Incident happened on or about January 02, 2022, estimated.**<br>**Debtor suffered injuries to face, neck and hands as**<br>Line from *Schedule A/B*: **34.1** | $0.00 | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(11)(D)** |
| **Potential assault claim relating to alteration. ( tort claim)**<br>**Debtor suffered injuries when he was assaulted as a result of an alteration.**<br>**Incident happened on or about January 02, 2022, estimated.**<br>**Debtor suffered injuries to face, neck and hands as**<br>Line from *Schedule A/B*: **34.1** | $0.00 | ☐<br>■  100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

In re   **Safi M Hanafy**
       **Asmaa A Hanafy**                                    Case No. _____
       _____
                        Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### Attachment A

Debtor is obligated on a mortgage loan that is secured by home solely owned by his mother.  Home is located at : 10 Lee Avenue, Haledon, NJ 07058.

Debtor asserts mortgage was incorrectly placed against his mother's home.  Debtor asserts mortgage should be against his home located at: 151 Burhans Avenue, Haledon, NJ 07058.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Safi M Hanafy** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **22-19052** |

☐ Check if this is an
  amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A | Column B | Column C |
|---|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

| 2.1 | **Borough of Haledon** | Describe the property that secures the claim: | **$0.00** | **$400,000.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**151 Burhams Avenue Haledon, NJ 07508  Passaic County**
**Two family residence**
**Location: 151 Burhams Avenue, Haledon NJ 07508**
**Jointly owned by Safi Hanafy (debtor) and Asmaa Hanafy (debtor's spouse)**
**Home mortgage does NOT include real pro**

**Attn: Tax Collector**
**510 Belmont Avenue**
**Haledon, NJ 07508**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)          Real Estate Taxes

**Date debt was incurred** _____    **Last 4 digits of account number**    **XXXX**

| Debtor 1 | **Safi M Hanafy** | | | Case number (if known) | **22-19052** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.2 | **New Century Financial, LLC** | | $5,158.28 | $400,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **151 Burhams Avenue Haledon, NJ 07508  Passaic County**
> **Two family residence**
> **Location: 151 Burhams Avenue, Haledon NJ 07508**
> **Jointly owned by Safi Hanafy (debtor) and Asmaa Hanafy (debtor's spouse)**
> **Home mortgage does NOT include real pro**

**Attn: Pressler & Pressler**
**7 Entin Road**
**Parsippany, NJ 07054**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    **2514**

| 2.3 | **Pnc Bank** | | $322,397.00 | $400,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

> **151 Burhams Avenue Haledon, NJ 07508  Passaic County**
> **Two family residence**
> **Location: 151 Burhams Avenue, Haledon NJ 07508**
> **Jointly owned by Safi Hanafy (debtor) and Asmaa Hanafy (debtor's spouse)**
> **Home mortgage does NOT include real pro**

**P0 Box 5570**
**Cleveland, OH 44101**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

Date debt was incurred _____    Last 4 digits of account number    **0103**

Debtor 1   **Safi M Hanafy**

_____

First Name            Middle Name            Last Name

Case number (if known)   **22-19052**

---

| 2.4 | **Pnc Bank** | Describe the property that secures the claim: | $48,789.00 | Unknown | Unknown |

Creditor's Name

**Describe the property that secures the claim:**

**Location: 10 Lee Avenue, Haledon, NJ 07058
Home solely owned by debtor's mother.**

**P0 Box 5570
Cleveland, OH 44101**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

Date debt was incurred   _____        Last 4 digits of account number   **4652**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $376,344.28 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $376,344.28 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[  ]  Name, Number, Street, City, State & Zip Code
**Borough of Haledon NJ
Attn: Tax Collector
510 Belmont Avenue
Haledon, NJ 07508**

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number   ___

[  ]  Name, Number, Street, City, State & Zip Code
**Borough of Haledon, NJ
Attn: water / sewer
510 Belmont Avenue
Haledon, NJ 07508**

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number   ___

[  ]  Name, Number, Street, City, State & Zip Code
**Haledon Tax Collector
Attn: Tax Collector
510 Belmont Avenue
Haledon, NJ 07508**

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number   ___

[  ]  Name, Number, Street, City, State & Zip Code
**Mattleman, Weinworth, & Miller ESQ LLP
401 Route 70 East
Suite 100
Cherry Hill, NJ 08034**

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number   ___

[  ]  Name, Number, Street, City, State & Zip Code
**Pnc Bank
103 Bellevue Pkwy
Wilmington, DE 19809**

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number   ___

---

Debtor 1  **Safi M Hanafy**

First Name        Middle Name        Last Name

Case number *(if known)*   **22-19052**

---

[ ]   Name, Number, Street, City, State & Zip Code
**PNC Bank**
**Attn: Consumer Assistance Team**
**PO Box 1326**
**Pittsburgh, PA 15230**

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**PNC Bank**
**Consumer Loan Center**
**2730 Liberty Avenue**
**Pittsburgh, PA 15222**

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**PNC Bank**
**2730 LIberty Avenue**
**Pittsburgh, PA 15222**

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**PNC Bank**
**Attn: Mortgage Service Center**
**PO Box 371458**
**Summit Hill, PA 18250**

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**PNC Bank**
**Consumer Loan Center**
**2730 Liberty Avenue**
**Pittsburgh, PA 15222**

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**PNC Bank**
**Attn: Consumer Assistance Team**
**PO Box 1326**
**Pittsburgh, PA 15230**

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**Pnc Bank**
**Po Box 5570**
**Cleveland, OH 44101**

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**PNC Bank**
**Consumer Loan Center**
**2730 LIberty Avenue**
**Pittsburgh, PA 15222**

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**PNC Bank**
**2730 Liberty Avenue**
**Pittsburgh, PA 15222-4746**

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number ___

---

[ ]   Name, Number, Street, City, State & Zip Code
**PNC Bank**
**Attn: Mortgage Service Center**
**PO Box 3714558**
**Pittsburgh, PA 15250**

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number ___

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 5

Debtor 1  **Safi M Hanafy**

First Name    Middle Name    Last Name

Case number (if known)  **22-19052**

---

[ ]  Name, Number, Street, City, State & Zip Code
**PNC Bank
Po Box 5370
Cleveland, OH 44101**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code
**Pnc Bank
103 Bellevue Pkwy
Wilmington, DE 19809**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code
**PNC Bank
Attn: Customer Service
PO Box 609
Pittsburgh, PA 15230**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code
**PNC Bank
Consumer Loan Center
2730 Liberty Avenue
Pittsburgh, PA 15222**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code
**PNC Bank
Attn: Consumer Assistance Team
PO Box 1326
Pittsburgh, PA 15230**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number ___

---

[ ]  Name, Number, Street, City, State & Zip Code
**PNC Mortgage
PO Box 1820
Dayton, OH 45401**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number ___

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Safi M Hanafy** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | **22-19052** |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:  List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.

   ☐ Yes.

### Part 2:  List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| **4.1** | **American Express** | Last 4 digits of account number   9093 | **$4,434.00** |

Nonpriority Creditor's Name

**P0 Box 3001**
**16 General Warren Blvd**
**Malvern, PA 19355**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card purchases**

Debtor 1  **Safi M Hanafy**

Case number (if known)  **22-19052**

---

| 4.2 | **Apotaker & Scian PC** | Last 4 digits of account number  **XXXX** | | $0.00 |

Nonpriority Creditor's Name
**PO Box 5496**
**Mount Laurel, NJ 08054**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collecting for Calvary Portfolio Services Credit Card Debts**

---

| 4.3 | **AT& Mobility Inc.** | Last 4 digits of account number  **XXXXX** | | $0.00 |

Nonpriority Creditor's Name
**One AT&T Way**
**Room 31104**
**Bedminster, NJ 07921**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Cellular telephone services**

---

| 4.4 | **Bank Of America** | Last 4 digits of account number  **0905** | | $1,596.00 |

Nonpriority Creditor's Name
**P0 Box 982235**
**El Paso, TX 79998**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card purchases**

---

Debtor 1   **Safi M Hanafy**                                    Case number (if known)   **22-19052**

---

| 4.5 | **Bank Of America** | Last 4 digits of account number   **4722** | **$3,582.00** |

Nonpriority Creditor's Name
**Attention: Recovery Department**
**4161 Peidmont Parkway**
**Greensboro, NC 27410**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

| 4.6 | **Barnet Hospital** | Last 4 digits of account number   **XXXX** | **Unknown** |

Nonpriority Creditor's Name
**680 Broadway**
**Paterson, NJ 07514**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

□ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical Debts**

---

| 4.7 | **Calvary Portfolio Services** | Last 4 digits of account number   **7770** | **$3,335.00** |

Nonpriority Creditor's Name
**Attention:  Bankruptcy Department**
**500 Summit Lake Dr. Suite 400**
**Valhalla, NY 10595**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
□ Yes

**As of the date you file, the claim is:** Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collecting for Capital One Credit Card Debts**

---

Debtor 1  **Safi M Hanafy**                                    Case number (if known)    **22-19052**

---

| 4.8 | **Capital One** | Last 4 digits of account number    **1775** | **$3,049.00** |

Nonpriority Creditor's Name
**PO Box 85617**
**Richmond, VA 23276-0001**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases**

---

| 4.9 | **Capital One Bank** | Last 4 digits of account number    **3111** | **$0.00** |

Nonpriority Creditor's Name
**Attn: General Correspondence**
**P0 Box  30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit Card Debt ( sold or transferred)**

---

| 4.10 | **Chase Bank** | Last 4 digits of account number    **3546** | **$2,850.00** |

Nonpriority Creditor's Name
**P0 Box 15298**
**Wilmington, DE 19850**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases**

---

Debtor 1  **Safi M Hanafy** _____   Case number (if known)   **22-19052**

---

| 4.1 1 | **Chase Bank** | **Last 4 digits of account number** | **1706** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**P0 Box 15298**
**Wilmington, DE 19850**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card Debt ( sold or transferred)**

---

| 4.1 2 | **Citibank** | **Last 4 digits of account number** | **5222** | **$2,931.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn.: Citi Centralized  Bankruptcy**
**P0 Box 20363**
**Kansas City, MO 64195**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

| 4.1 3 | **Citibank** | **Last 4 digits of account number** | **7957** | **$2,300.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name

**Attn: Centralized Bankruptcy**
**P0 Box 20363**
**Kansas City, MO 64195**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

Debtor 1  **Safi M Hanafy**                                            Case number (if known)   **22-19052**

---

| 4.1 4 | **Citibank Sd, Na** | Last 4 digits of account number | **0208** | **$3,158.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Centralized Bankruptcy**
**P0 Box 20363**
**Kansas City, MO 64195**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit card purchases**

---

| 4.1 5 | **Citibank Sd, Na** | Last 4 digits of account number | **0816** | **$2,156.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Centralized Bankruptcy**
**P0 Box 20363**
**Kansas City, MO 64195**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit card purchases**

---

| 4.1 6 | **Credit One Bank** | Last 4 digits of account number | **2784** | **$0.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**P0 Box 98873**
**Las Vegas, NV 89193**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Credit Card Debt ( sold or transferred)**

---

Debtor 1    **Safi M Hanafy**                                        Case number (if known)    **22-19052**

---

| 4.1 7 | **Discover Financial Services Llc** | Last 4 digits of account number | **1447** | **$3,905.00** |

Nonpriority Creditor's Name

**P0 Box 15316**
**Wilmington, DE 19850**
Number City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit card purchases**

---

| 4.1 8 | **Elan Financial Service** | Last 4 digits of account number | **2469** | **$0.00** |

Nonpriority Creditor's Name

**777 E Wisconsin Avenue**
**Milwaukee, WI 53202**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card Debt ( for notice only)**

---

| 4.1 9 | **Foster, Garbus & Garbus** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name

**Attorneys At Law**
**7 Banta Place**
**Hackensack, NJ 07601**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collecting for PRA**
**Credit Card Debts**

---

Debtor 1  **Safi M Hanafy**                                                      Case number (if known)  **22-19052**

---

| 4.2 0 | **JC Penny** | Last 4 digits of account number | **3438** | **$2,107.00** |

Nonpriority Creditor's Name
**Attention:  Bankruptcy**
**P0 Box 103104**
**Roswell, GA 30076**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify   **Credit card purchases**

---

| 4.2 1 | **JNR Adjustment Company** | Last 4 digits of account number | **7791** | **$200.00** |

Nonpriority Creditor's Name
**P0 Box 27070**
**Minneapolis, MN 55427**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify   **Purchases**

---

| 4.2 2 | **Kohls** | Last 4 digits of account number | **1884** | **$1,452.00** |

Nonpriority Creditor's Name
**N56 W 17000 Ridgewood Drive**
**Menomonee Falls, WI 53051**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans

**Is the claim subject to offset?**

- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ■ No
- ☐ Yes

- ■ Other. Specify   **Credit card purchases**

---

Debtor 1  **Safi M Hanafy**                                                    Case number (if known)  **22-19052**

---

| **4.2 3** | **Kohls** | | Last 4 digits of account number | **2759** | | $584.00 |

Nonpriority Creditor's Name
**N56 W 17000 Ridgewood Drive**
**Menomonee Falls, WI 53051**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit card purchases**

---

| **4.2 4** | **LVNV** | | Last 4 digits of account number | **XXXX** | | $0.00 |

Nonpriority Creditor's Name
**55 Beattie Place**
**Greenville, SC 29601**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit Card Debts ( for notice only)**

---

| **4.2 5** | **Macys** | | Last 4 digits of account number | **3420** | | $1,132.00 |

Nonpriority Creditor's Name
**P0 Box 8218**
**Mason, OH 45040**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit card purchases**

---

Debtor 1    **Safi M Hanafy**                                    Case number (if known)    **22-19052**

---

| 4.2 6 | **Macys** | | Last 4 digits of account number | **7520** | $542.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**P0 Box 8218**
**Mason, OH 45040**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases**

---

| 4.2 7 | **Macys** | | Last 4 digits of account number | **2020** | $484.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**P0 Box 8218**
**Mason, OH 45040**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Credit card purchases**

---

| 4.2 8 | **Maher Alqarallah** | | Last 4 digits of account number | **XXXX** | $3,000.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name
**15 Brookview Drive**
**Haledon, NJ 07508**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
☐ No
■ Yes

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Unknown Debts**

---

Debtor 1    **Safi M Hanafy**                                      Case number (if known)    **22-19052**

---

| 4.29 | **Midland Funding** | | Last 4 digits of account number    **1107** | | $3,743.00 |

Nonpriority Creditor's Name

**8875 Aero Drive Ste 200
San Diego, CA 92123**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only                                     ☐ Contingent

☐ Debtor 1 and Debtor 2 only                        ☐ Unliquidated

☐ At least one of the debtors and another           ☐ Disputed

☐ **Check if this claim is for a community
debt**                                              **Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?                      ☐ Student loans

                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                report as priority claims

                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify    **Collecting for Fia Card Services  N.A.
                                                                        Credit Card Debts**

---

| 4.30 | **Midland Funding** | | Last 4 digits of account number    **9384** | | $868.00 |

Nonpriority Creditor's Name

**8875 Aero Drive Ste 200
San Diego, CA 92123**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only                                     ☐ Contingent

☐ Debtor 1 and Debtor 2 only                        ☐ Unliquidated

☐ At least one of the debtors and another           ☐ Disputed

☐ **Check if this claim is for a community
debt**                                              **Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?                      ☐ Student loans

                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                                report as priority claims

                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                               ■ Other. Specify    **Collecting for Credit One Bank  N.A.
                                                                        Credit Card debts**

---

| 4.31 | **Mohammad Zughbi** | | Last 4 digits of account number    **XXXX** | | $1,200.00 |

Nonpriority Creditor's Name

**55 3rd Avenue
Paterson, NJ 07524**

When was the debt incurred?

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                     ■ Contingent

☐ Debtor 1 and Debtor 2 only                        ☐ Unliquidated

■ At least one of the debtors and another           ■ Disputed

☐ **Check if this claim is for a community
debt**                                              **Type of NONPRIORITY unsecured claim:**

Is the claim subject to offset?                      ☐ Student loans

                                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
☐ No                                                report as priority claims

                                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

■ Yes                                               ■ Other. Specify    **Unknown Debts**

---

Debtor 1   **Safi M Hanafy**                                                    Case number (if known)   **22-19052**

---

| 4.3 2 | **Mullooly, Jeffrey, Rooney & Flynn** | Last 4 digits of account number | **XXXX** | $0.00 |

Nonpriority Creditor's Name
**6851 Jericho Turnpike Suite 220**
**PO Box 9036**
**Syosset, NY 11791**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collecting for Calvary Portfolio Credit Card Debts**

---

| 4.3 3 | **New Century Financial, LLC** | Last 4 digits of account number | **XXXX** | $0.00 |

Nonpriority Creditor's Name
**Attn: Pressler & Pressler**
**7 Entin Road**
**Parsippany, NJ 07054**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card Debt ( for notice only)**

---

| 4.3 4 | **NYC Department of Finance** | Last 4 digits of account number | **XXXX** | $0.00 |

Nonpriority Creditor's Name
**Parking Violations Operations**
**JAF Station**
**PO Box 1724**
**New York, NY 10116-1724**

Number Street City State Zip Code
**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Traffic Ticket, Likely cannot be wiped out. Client should pay ticket.**

---

Debtor 1    **Safi M Hanafy**                                          Case number (if known)    **22-19052**

---

| 4.3 5 | **Paul a Grosso, ESQ** | Last 4 digits of account number | **XXXX** | $0.00 |

Nonpriority Creditor's Name

**172 Market Street**
**Elmwood Park, NJ 07407**

Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Gerald Sherman v. Safi Hanafy ( auto accident)**

---

| 4.3 6 | **Pnc Bank Na** | Last 4 digits of account number | **7882** | $4,103.00 |

Nonpriority Creditor's Name

**P0 Box 3180**
**Pittsburgh, PA 15230**

Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Credit card purchases**

---

| 4.3 7 | **Portfolio Recovery** | Last 4 digits of account number | **8231** | $3,020.00 |

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**P0 Box 41067**
**Norfolk, VA 23541**

Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Collecting for Ge Capital Retail Bank Credit Card debts**

---

Debtor 1  **Safi M Hanafy**                                                    Case number (if known)  **22-19052**

---

| 4.3 8 | **Portfolio Recovery** | Last 4 digits of account number  **8782** | **$2,425.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P0 Box 41067**
**Norfolk, VA 23541**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collecting for Ge Capital Retail Bank Credit Card Debts**

---

| 4.3 9 | **Portfolio Recovery** | Last 4 digits of account number  **2066** | **$1,287.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P0 Box 41067**
**Norfolk, VA 23541**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collecting for Ge Capital Retail Bank Credit Card Debts**

---

| 4.4 0 | **Portfolio Recovery** | Last 4 digits of account number  **3493** | **$1,266.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P0 Box 41067**
**Norfolk, VA 23541**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collecting for Citibank N.A. Credit Card Debts**

---

Debtor 1   **Safi M Hanafy**                                            Case number (if known)   **22-19052**

---

| 4.4 1 | **Portfolio Recovery** | Last 4 digits of account number   **0586** | $1,093.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P0 Box 41067**
**Norfolk, VA 23541**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Collecting for Citibank N.A.**
                   **Credit Card Debts**

---

| 4.4 2 | **Pressler, Felt, & Warshaw, LLP** | Last 4 digits of account number   **XXXX** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**7 Entin Road**
**Parsippany, NJ 07054**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card Debts ( for notice only)**

---

| 4.4 3 | **Prism** | Last 4 digits of account number   **7951** | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**P0 Box 6497**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card Debt ( for notice only)**

---

Debtor 1    **Safi M Hanafy**                                         Case number (if known)    **22-19052**

---

| 4.4 4 | **RBS Citizens Cc** | **Last 4 digits of account number** | **7723** | **$670.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy Department**
**443 Jefferson Blvd**
**Warwick, RI 02886**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

□ Yes

□ Contingent

□ Unliquidated

□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit card purchases**

---

| 4.4 5 | **Sears** | **Last 4 digits of account number** | **4667** | **$1,789.00** |

Nonpriority Creditor's Name
**P0 Box 6282**
**Sioux Falls, SD 57117**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

□ Debtor 1 only

□ Debtor 2 only

□ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

□ Yes

□ Contingent

□ Unliquidated

□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit card purchases**

---

| 4.4 6 | **Sears** | **Last 4 digits of account number** | **9965** | **$1,583.00** |

Nonpriority Creditor's Name
**P0 Box 6282**
**Sioux Falls, SD 57117**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

**As of the date you file, the claim is:** Check all that apply

□ Debtor 1 only

■ Debtor 2 only

□ Debtor 1 and Debtor 2 only

□ At least one of the debtors and another

□ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

□ Yes

□ Contingent

□ Unliquidated

□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit card purchases**

---

Debtor 1  **Safi M Hanafy**

Case number (if known)  **22-19052**

---

**4.4 7**

**Sears Credit**
Nonpriority Creditor's Name
**P0 Box 6282**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **3493**                               **$1,265.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card purchases**

---

**4.4 8**

**Sears Credit**
Nonpriority Creditor's Name
**P0 Box 6282**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0586**                               **$1,092.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card purchases**

---

**4.4 9**

**Sears Credit Card**
Nonpriority Creditor's Name
**P0 Box 6282**
**Sioux Falls, SD 57117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **1834**                               **$4,859.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card purchases**

---

Debtor 1  **Safi M Hanafy**                                                Case number (if known)  **22-19052**

---

| 4.5 0 | **Sears Credit Cards** | Last 4 digits of account number | **2510** | $1,495.00 |

Nonpriority Creditor's Name

**P0 Box 6282**
**Sioux Falls, SD 57117**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card purchases**

---

| 4.5 1 | **Selip & Stylianou, LLC** | Last 4 digits of account number | **XXXX** | $0.00 |

Nonpriority Creditor's Name

**Attorneys At Law**
**PO Box 914**
**Paramus, NJ 07653-0914**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collecting for Synchrony Bank Credit Card Debts**

---

| 4.5 2 | **State of New Jersey** | Last 4 digits of account number | **XXXX** | $0.00 |

Nonpriority Creditor's Name

**Department of Labor**
**PO Box 951**
**Trenton, NJ 08625-0951**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
■ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Overpayment of Banefits ( May Not be able to wipe out)**

---

Debtor 1   **Safi M Hanafy**                                    Case number (if known)   **22-19052**

---

| 4.5 3 | **Synchrony Bank** | Last 4 digits of account number   **8231** | **$0.00** |

Nonpriority Creditor's Name
**P0 Box 965036**
**Orlando, FL 32896**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card Debt ( for notice only)**

---

| 4.5 4 | **Target** | Last 4 digits of account number   **5540** | **$0.00** |

Nonpriority Creditor's Name
**P0 Box 673**
**Minneapolis, MN 55440**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit Card Debt (zero or no balance)**

---

| 4.5 5 | **Us Bank** | Last 4 digits of account number   **3776** | **$2,002.00** |

Nonpriority Creditor's Name
**205 W 4th Street**
**Cincinnati, OH 45202**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card purchases**

---

Debtor 1  **Safi M Hanafy**      Case number (if known)  **22-19052**

---

| 4.5 6 | | | |
|---|---|---|---|

**Us Bank Rms Cc**     Last 4 digits of account number  **9200**     **$2,312.00**

Nonpriority Creditor's Name

**205 W 4th Street**
**Cincinnati, OH 45202**     When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.     As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only     ☐ Contingent

☐ Debtor 1 and Debtor 2 only     ☐ Unliquidated

☐ At least one of the debtors and another     ☐ Disputed

☐ **Check if this claim is for a community debt**     **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes     ■ Other. Specify   **Credit card purchases**

---

| 4.5 7 | | | |
|---|---|---|---|

**Wells Fargo**     Last 4 digits of account number  **7366**     **$0.00**

Nonpriority Creditor's Name

**P0 Box 31557**
**Billings, MT 59107**     When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.     As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Debtor 2 only     ☐ Contingent

☐ Debtor 1 and Debtor 2 only     ☐ Unliquidated

☐ At least one of the debtors and another     ☐ Disputed

☐ **Check if this claim is for a community debt**     **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes     ■ Other. Specify   **Credit Card Debt (zero or no balance)**

---

| 4.5 8 | | | |
|---|---|---|---|

**World Financial Network Bank**     Last 4 digits of account number  **2989**     **$0.00**

Nonpriority Creditor's Name

**220 W. Schrock Road**
**Westerville, OH 43081**     When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.     As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Debtor 2 only     ☐ Contingent

☐ Debtor 1 and Debtor 2 only     ☐ Unliquidated

☐ At least one of the debtors and another     ☐ Disputed

☐ **Check if this claim is for a community debt**     **Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**     ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes     ■ Other. Specify   **Credit Card Debt ( for notice only)**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address        On which entry in Part 1 or Part 2 did you list the original creditor?

Debtor 1  **Safi M Hanafy**                                    Case number (if known)    **22-19052**

---

**American Expess Legal LLC**
**500 North Franklin Turnpike**
**PO Box 278**
**Ramsey, NJ 07446**

Line **4.1** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**American Express**
**Po Box 297871**
**Fort Lauderdale, FL 33329**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**American Express**
**PO Box 7871**
**Fort Lauderdale, FL 33329**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**American Express**
**PO Box 1270**
**Newark, NJ 07101-1270**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**American Express**
**PO Box 297812**
**Ft. Lauderdale, FL 33329-7812**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Apothaker  Scian PC**
**520 Fellowship Road**
**C306**
**Mount Laurel, NJ 08054**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Apothaker & Associates, PC**
**520 Fellowship Road**
**C306**
**Mount Laurel, NJ 08054**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**AT& Mobility Inc. AT&T Services**
**One AT&T Way**
**Room 3A104**
**Bedminster, NJ 07921**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Bank of America**
**Attn: Recovery Department**
**PO Box 2278**
**Norfolk, VA 23501**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Bank of America**
**100 N Tyon Street**
**Charlotte, NC 28255**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Bank of America**
**PO Box 982235**
**El Paso, TX 79901**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Debtor 1  **Safi M Hanafy**                                          Case number (if known)    **22-19052**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bank of America**<br>PO Box 982235<br>El Paso, TX 79901 | Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bank of America**<br>4461 Piedmont Parkway<br>Greensboro, NC 27410 | Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bank of America**<br>Attn; Bankruptcy<br>P0 Box 15021<br>Wilmington, DE 19850 | Line **4.29** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bank Of America**<br>Po Box 982238<br>El Paso, TX 79998 | Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bank of America**<br>PO Box 9000<br>Getzville, NY 14068 | Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bank of America**<br>475 Crosspoint Parkway<br>PO Box 9000<br>Getzville, NY 14068-9000 | Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Bank of America**<br>PO Box 17645<br>Baltimore, MD 21297 | Line **4.5** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Barnet Hospital**<br>1 E 35th Street<br>Paterson, NJ 07514 | Line **4.6** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Best Buy**<br>Retail Services<br>PO Box 5244<br>Carol Stream, IL 60197 | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Best Buy**<br>PO Box 17051<br>Baltimore, MD 21297-1051 | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Best Buy/HSBC Retail**<br>PO Box 5244<br>Carol Stream, IL 60197-5244 | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

Debtor 1  **Safi M Hanafy**                                                  Case number (if known)    **22-19052**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Calvary Investments** | Line **4.7** of (Check one): |
| **500 Summit Lake Drive** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Suite 400** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Valhalla, NY 10595** | |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Calvary Portfolio Services** | Line **4.7** of (Check one): |
| **Po Box 27288** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Tempe, AZ 85285** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Calvary Portfolio Services** | Line **4.7** of (Check one): |
| **Attention:  Bankruptcy Department** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **500 Summit Lake Dr. Suite 400** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Valhalla, NY 10595** | |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Calvary Portfolio Services** | Line **4.7** of (Check one): |
| **500 Summit Lake Drive** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **PO Box 520** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Valhalla, NY 10595** | |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Capital One** | Line **4.8** of (Check one): |
| **PO Box 85617** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Richmond, VA 23276-0001** | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Capital One** | Line **4.8** of (Check one): |
| **PO Box 85147** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Richmond, VA 23276** | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Capital One** | Line **4.8** of (Check one): |
| **PO Box 85015** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Richmond, VA 23285-5015** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Capital One Bank** | Line **4.8** of (Check one): |
| **15000 Capital One Drive** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Richmond, VA 23238** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Capital One Bank** | Line **4.9** of (Check one): |
| **PO Box 70885** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Charlotte, NC 28272** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Capital One Bank** | Line **4.9** of (Check one): |
| **P0 Box 30281** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Salt Lake City, UT 84130** | ☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Capital One Bank ( USA), N.A.** | Line **4.9** of (Check one): |
| **PO Box 71083** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Charlotte, NC 28272** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

Name and Address                          On which entry in Part 1 or Part 2 did you list the original creditor?

| Debtor 1 | **Safi M Hanafy** | | | Case number (if known) | **22-19052** |

---

**Capital One, NA**
**Capital One Bank (USA) N.A.**
**P0 Box 30285**
**Salt Lake City, UT 84130**

Line **4.9** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Capital One, NA**
**Capital One Bank (USA) N.A.**
**P0 Box 30285**
**Salt Lake City, UT 84130**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Capital One, NA**
**Bankruptcy Dept.**
**PO Box 5155**
**Norcross, GA 30091**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Cardmember Services**
**PO Box 15153**
**Wilmington, DE 19886**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Cardmember Services**
**PO Box 8982**
**Madison, WI 53708**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Cardmember Services**
**P0 Box 8650**
**Wilmington, DE 19899**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Celentano. Stadtmauer &**
**Walentowicz**
**PO Box 2594**
**Clifton, NJ 07015-2594**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Celentano. Stadtmauer &**
**Walentowicz**
**PO Box 2594**
**1035 Route 46 East**
**Clifton, NJ 07015-2594**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Chase Bank**
**PO Box 15153**
**Wilmington, DE 19886**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Chase Bank**
**PO Box 901060**
**Fort Worth, TX 76101**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Chase bank**
**PO Box 659409**
**San Antonio, TX 78265**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.10** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

---

| Debtor 1 | **Safi M Hanafy** | Case number *(if known)* | **22-19052** |

Last 4 digits of account number

---

| Name and Address<br>**Chase Bank**<br>**PO Box 183164**<br>**Columbus, OH 43218** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number |

---

| Name and Address<br>**Chase bank**<br>**PO Box 659409**<br>**San Antonio, TX 78265** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number |

---

| Name and Address<br>**Chase Bank**<br>**PO Box 659732**<br>**San Antonio, TX 78265** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.10** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number |

---

| Name and Address<br>**Citibank**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.14** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number |

---

| Name and Address<br>**Citibank**<br>**PO Box 6405**<br>**The Lakes, NV 88901-6405** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.14** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number |

---

| Name and Address<br>**Citibank**<br>**PO Box 6553**<br>**The Lakes, NV 88901** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.14** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number |

---

| Name and Address<br>**Citibank**<br>**PO Box 6405**<br>**The Lakes, NV 88901-6405** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.14** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number |

---

| Name and Address<br>**Citibank**<br>**PO Box 6500**<br>**Sioux Falls, SD 57117** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.12** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number |

---

| Name and Address<br>**Citibank Sd, Na**<br>**Pob 6241**<br>**Sioux Falls, SD 57117** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.14** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number |

---

| Name and Address<br>**Citibank Sd, Na**<br>**Pob 6241**<br>**Sioux Falls, SD 57117** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.13** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number |

---

| Name and Address<br>**Citibank Sd, Na**<br>**Pob 6241**<br>**Sioux Falls, SD 57117** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.15** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
|---|---|
| | Last 4 digits of account number |

---

| Name and Address<br>**Citicards** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.14** of *(Check one)*:<br>☐ Part 1: Creditors with Priority Unsecured Claims |
|---|---|

Official Form 106 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   Page 25 of 37

Debtor 1  **Safi M Hanafy**                                             Case number (if known)    **22-19052**

---

PO Box 6500
Sioux Falls, SD 57117                                              ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address                              On which entry in Part 1 or Part 2 did you list the original creditor?
**CitiCards**                                 Line **4.14** of (Check one):
**PO Box 6345**                                                     ☐ Part 1: Creditors with Priority Unsecured Claims
**The Lakes, NV 88901**                                            ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address                              On which entry in Part 1 or Part 2 did you list the original creditor?
**Citicards**                                 Line **4.12** of (Check one):
**PO Box 6500**                                                     ☐ Part 1: Creditors with Priority Unsecured Claims
**Sioux Falls, SD 57117**                                          ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address                              On which entry in Part 1 or Part 2 did you list the original creditor?
**Citicards**                                 Line **4.15** of (Check one):
**PO Box 6500**                                                     ☐ Part 1: Creditors with Priority Unsecured Claims
**Sioux Falls, SD 57117**                                          ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address                              On which entry in Part 1 or Part 2 did you list the original creditor?
**CitiCards**                                 Line **4.15** of (Check one):
**PO Box 6345**                                                     ☐ Part 1: Creditors with Priority Unsecured Claims
**The Lakes, NV 88901**                                           ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address                              On which entry in Part 1 or Part 2 did you list the original creditor?
**Citicorp Cedit Services**                   Line **4.40** of (Check one):
**PO Box 39308**                                                   ☐ Part 1: Creditors with Priority Unsecured Claims
**Solon, OH 44139**                                               ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address                              On which entry in Part 1 or Part 2 did you list the original creditor?
**Citicorp Credit Services**                  Line **4.40** of (Check one):
**PO Box 91600**                                                   ☐ Part 1: Creditors with Priority Unsecured Claims
**Albuquerque, NM 87199**                                         ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address                              On which entry in Part 1 or Part 2 did you list the original creditor?
**Citicorp Credit Services, Inc.**            Line **4.40** of (Check one):
**7920 NW 110th Street**                                           ☐ Part 1: Creditors with Priority Unsecured Claims
**Kansas City, MO 64153**                                         ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address                              On which entry in Part 1 or Part 2 did you list the original creditor?
**Citizens Bank**                             Line **4.44** of (Check one):
**100 Sockanosset Crossroads**                                     ☐ Part 1: Creditors with Priority Unsecured Claims
**Cranston, RI 02920**                                            ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address                              On which entry in Part 1 or Part 2 did you list the original creditor?
**Citizens Bank**                             Line **4.44** of (Check one):
**P0 Box 42115**                                                   ☐ Part 1: Creditors with Priority Unsecured Claims
**Providence, RI 02940**                                          ■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address                              On which entry in Part 1 or Part 2 did you list the original creditor?
**Citizens Bank**                             Line **4.44** of (Check one):
**Asset Disposition Redemption**                                   ☐ Part 1: Creditors with Priority Unsecured Claims
**Specialist**                                                    ■ Part 2: Creditors with Nonpriority Unsecured Claims
**100A Sockanossett Crossroad,**
**RDC100**
**Cranston, RI 02920**

Last 4 digits of account number

---

Name and Address                              On which entry in Part 1 or Part 2 did you list the original creditor?
**Citizens Finance Corporation**              Line **4.44** of (Check one):
                                                                   ☐ Part 1: Creditors with Priority Unsecured Claims

---

Debtor 1  **Safi M Hanafy**

Case number (if known)   **22-19052**

---

**PO Box 844**
**Wausau, WI 54402**

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Comenity**
**PO Box 183003**
**Columbus, OH 43218**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.58** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Comenity Bank**
**Attention: Bankruptcy**
**P0 Box 182686**
**Columbus, OH 43218**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.58** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Comenity Bank**
**Attention: Bankruptcy**
**P0 Box 182686**
**Columbus, OH 43218**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.58** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Credit One Bank**
**585 S. Pilot Street**
**Las Vegas, NV 89119**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Credit One Bank**
**PO Box 98873**
**Las Vegas, NV 89193**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Credit One Bank**
**P0 Box 80015**
**Los Angeles, CA 90080**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.16** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Discover**
**PO Box 5044**
**Sandy, UT 84091-5044**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Discover**
**PO Box 30957**
**Salt Lake City, UT 84130**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Discover**
**PO Box 30399**
**Salt Lake City, UT 84130**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Discover**
**PO Box 30943**
**Salt Lake City, UT 84130**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Discover**
**PO Box 5019**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.17** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

---

| Debtor 1  **Safi M Hanafy** | Case number (if known)  **22-19052** |
|---|---|

Sandy, UT 84091-5019

Last 4 digits of account number

---

Name and Address
**FIA Card Services, NA**
P0 Box 15137
Wilmington, DE 19850

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.29** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Forster, Garbus & Garbus**
**Attorneys At Law**
7 Banta Place
Hackensack, NJ 07601

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Foster & Garbus**
PO Box 9030
Farmingdale, NY 11735

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Foster and Garbus**
500 Bi-County Blvd.
Suite 300, West Wing
Farmingdale, NY 11735

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.19** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Gerald Sherman**
Attn: Paul  Grosso, ESQ
172 Market Street
Elmwood Park, NJ 07407

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.35** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**JCPenny**
PO Box 530945
Atlanta, GA 30353

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**JCPenny**
PO Box 960090
Orlando, FL 32896

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**JCPenny**
P0 Box 981131
El Paso, TX 79996

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**JNR Adjustment Company**
7001 E Fish Lake Rd Ste
Maple Grove, MN 55311

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.21** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Kohl's**
PO Box 2983
Milwaukee, WI 53201

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Kohl's**
PO Box 3004

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

---

Debtor 1  **Safi M Hanafy**                                          Case number (if known)  **22-19052**

---

Milwaukee, WI 53201

| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Kohls/chase** | Line **4.22** of (Check one): |
| **N58 W 17000 Ridgewood Drive** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Menomonee Falls, WI 53051** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **LDW Benefits Payment Control** | Line **4.52** of (Check one): |
| **PO Box 650** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Trenton, NJ 08646** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **LVNV Funding** | Line **4.24** of (Check one): |
| **Attn: Resurgent Capital** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **15 South Main Street** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| **Greenville, SC 29601** | |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Macy's** | Line **4.25** of (Check one): |
| **P.O. Box 4564** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Carol Stream, IL 60197-4564** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Macy's** | Line **4.25** of (Check one): |
| **9111 Duke Blvd.** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Mason, OH 45040** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Macy's** | Line **4.25** of (Check one): |
| **PO Box 4563** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Carol Stream, IL 60197-4563** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Macy's** | Line **4.25** of (Check one): |
| **P0 Box 4583** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Carol Stream, IL 60197** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Macy's** | Line **4.25** of (Check one): |
| **PO Box 4580** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Carol Stream, IL 60197-4580** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Macy's** | Line **4.27** of (Check one): |
| **9111 Duke Blvd.** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Mason, OH 45040** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Macy's** | Line **4.27** of (Check one): |
| **PO Box 71359** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Philadelphia, PA 19176** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Macy's** | Line **4.27** of (Check one): |
| **PO Box 8053** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **Mason, OH 45040** | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

---

Debtor 1  **Safi M Hanafy**                                                    Case number (if known)  **22-19052**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Macy's Visa**<br>P0 Box 745012<br>Cincinnati, OH 45274 | Line **4.26** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |
| **Macy's Visa**<br>P0 Box 9001108<br>Louisville, KY 40208 | Line **4.26** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |
| **Macy's Visa**<br>PO Box 90098<br>West Chester, OH 45071 | Line **4.26** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |
| **Midland Credit Management**<br>8875 Aero Drive<br>Suite 200<br>San Diego, CA 92123 | Line **4.29** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |
| **Midland Credit Management**<br>350 Carmino De La  Reina<br>Suite 100<br>San Diego, CA 92108 | Line **4.29** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |
| **Midland Funding**<br>Attn: Bankruptcy<br>P0 Box 939069<br>San Diego, CA 92193 | Line **4.29** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |
| **Midland Funding**<br>P0 Box 2001<br>Warren, MI 48090 | Line **4.29** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |
| **Mullooly, Jeffrey, Rooney & Flynn**<br>PO Box 9036<br>16th Floor<br>Syosset, NY 11791 | Line **4.32** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |
| **Mullooly, Jeffrey, Rooney & Flynn**<br>6851 Jericho Turnpike Suite 220<br>Syosset, NY 11791 | Line **4.32** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |
| **NYC Department of Finance**<br>Parking summons<br>PO Box 2057<br>New York, NY 10272 | Line **4.34** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
|  | Last 4 digits of account number |
| **NYC Department of Finance**<br>Parking Violations Operations<br>Peck Slip Station | Line **4.34** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1  **Safi M Hanafy**

Case number (if known)  **22-19052**

**PO Box 2337
New York, NY 10272**

Last 4 digits of account number

---

| Name and Address | |
|---|---|
| **NYC Department of Finance Parking Violations Operations JAF Station PO Box 1724 New York, NY 10116-1724** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.34** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | |
|---|---|
| **NYC Department of Finance Parking Violations Operations Peck Slip Station PO Box 2337 New York, NY 10272** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.34** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | |
|---|---|
| **NYC Parking Violations Church Street Station PO Box 3611 New York, NY 10008** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.34** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | |
|---|---|
| **PNC 2730 Liberty Avenue Pittsburgh, PA 15222** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.36** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | |
|---|---|
| **PNC Bank PO Box 15397 Wilmington, DE 19886-5397** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.36** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | |
|---|---|
| **PNC Bank PO Box 15137 Wilmington, DE 19886** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.36** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | |
|---|---|
| **PNC Bank PO Box 4700 Wilkes Barre, PA 18773-4700** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.36** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | |
|---|---|
| **Portfolio Recovery 120 Corporate Blvd Ste 1 Norfolk, VA 23502** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.37** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | |
|---|---|
| **Portfolio Recovery 140 Corporate Blvd. Norfolk, VA 23502** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.37** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

| Name and Address | |
|---|---|
| **Portfolio Recovery 140 Corporate Blvd. Ste. 1 Norfolk, VA 23502** | On which entry in Part 1 or Part 2 did you list the original creditor? Line **4.37** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims ■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number

---

Debtor 1  **Safi M Hanafy**                                                                    Case number (if known)   **22-19052**

---

Name and Address
**Portfolio Recovery**
**120 Corporate Blvd.**
**Ste. 1**
**Norfolk, VA 23502**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.37** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Portfolio Recovery**
**120 Corporate Blvd Ste 1**
**Norfolk, VA 23502**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.38** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Portfolio Recovery**
**120 Corporate Blvd Ste 1**
**Norfolk, VA 23502**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.39** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Portfolio Recovery**
**120 Corporate Blvd Ste 1**
**Norfolk, VA 23502**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.40** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Portfolio Recovery**
**120 Corporate Blvd Ste 1**
**Norfolk, VA 23502**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.41** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**PRA III , LLC**
**PO Box 12914**
**Norfolk, VA 23541**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.38** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Pressler & Pressler**
**7 Entin Road**
**Parsippany, NJ 07054**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.30** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Pressler & Pressler ESQ**
**7 Entin Road**
**Parsippany, NJ 07054**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.30** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Pressler & Pressler ESQ PC**
**7 Entin Road**
**Parsippany, NJ 07054**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.42** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Pressler And Pressler, Attorneys**
**7 Entin Road**
**Parsippany, NJ 07054**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.42** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Pressler, Felt, & Warshaw, LLP**
**7 Entin Road**
**Parsippany, NJ 07054**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.30** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Pressler, Felt, & Warshaw, LLP ESQ**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.30** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims

---

| Debtor 1  **Safi M Hanafy** | | Case number (if known)  **22-19052** |
|---|---|---|

7 Entin Road
Parsippany, NJ 07054

☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Pressler, Felt, & Warshaw, LLP ESQ**
**7 Entin Road**
**Parsippany, NJ 07054**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.42** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Pressler, Felt, & Warshaw, LLP ESQ**
**7 Entin Road**
**Parsippany, NJ 07054**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.42** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**RBS**
**Credit Card Services**
**PO Box 42010**
**Providence, RI 02940**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.44** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**RBS**
**PO Box 18204**
**Bridgeport, CT 06601**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.44** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**RBS Citizens Cc**
**1000 Lafayette Blvd**
**Bridgeport, CT 06604**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.44** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Resurgent**
**PO Box 1410**
**Troy, MI 48099**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Resurgent Capital**
**PO Box 10587**
**Greenville, SC 29603**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Resurgent Capital**
**PO Box 10587**
**Greenville, SC 29603**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Resurgent Capital Services, L.P.**
**15 S. Main St., Ste. 600**
**Greenville, SC 29601**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.12** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Resurgent Capital Services, L.P.**
**15 S. Main St., Ste. 600**
**Greenville, SC 29601**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.24** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Sears**
**P0 Box 182532**
**Columbus, OH 43218**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.49** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Debtor 1  **Safi M Hanafy**                                                                    Case number (if known)  **22-19052**

---

Name and Address
**Sears**
**PO Box 182459**
**Columbus, OH 43218**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.49** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Sears Credit Card**
**PO Box 183081**
**Columbus, OH 43218**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.49** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Sears Credit Card**
**P0 Box 78051**
**Phoenix, AZ 85061**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.49** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Sears Credit Card**
**PO Box 183082**
**Columbus, OH 43218**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.49** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Sears Credit Cards**
**PO Box 183082**
**Columbus, OH 43218**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.49** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Sears Credit Cards**
**PO Box 183081**
**Columbus, OH 43218**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.49** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Sears Credit Cards**
**PO Box 183081**
**Columbus, OH 43218**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.49** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Sears Gold Mastercard**
**PO Box 182156**
**Columbus, OH 43218**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.49** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Sears Gold Mastercard**
**PO Box 6922**
**The Lakes, NV 88901**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.49** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Selip and Stylianou**
**PO Box 9004**
**Melville, NY 11747**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.51** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Selip and Stylianou**
**199 Crossways Park Drive**
**PO Box 393**
**Woodbury, NY 11797**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.51** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Selip and Stylianou**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.51** of (Check one):

---

Debtor 1  **Safi M Hanafy**                                                 Case number (if known)    **22-19052**

---

**199 Crossways Park Drive**
**PO Box 9004**
**Woodbury, NY 11797**

☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**State of New Jersey**
**Department of Labor**
**PO Box 951**
**Trenton, NJ 08625-0951**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.52** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**State of New Jersey**
**Department of Labor**
**PO Box 059**
**Trenton, NJ 08625**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.52** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Synchrony Bank**
**PO Box 530927**
**Atlanta, GA 30353**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.53** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Synchrony Bank**
**P0 Box 965024**
**Orlando, FL 32896**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.53** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Synchrony Bank**
**Po Box 965015**
**Orlando, FL 32896**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.53** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Synchrony Bank**
**PO Box 960013**
**Orlando, FL 32896**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.53** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Synchrony Bank**
**P0 Box 965015**
**Orlando, FL 32896**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.53** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Synchrony Bank**
**PO Box 965013**
**Orlando, FL 32896**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.53** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Target**
**3901 West 53rd St.**
**Sioux Falls, SD 57106**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.54** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Target**
**PO Box 660170**
**Dallas, TX 75266**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.54** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**TD Bank**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.54** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims

---

Official Form 106 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 35 of 37

Debtor 1  **Safi M Hanafy**

Case number (if known)  **22-19052**

**PO Box 8400**
**Lewiston, ME 04243**

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**TD bank**
**PO Box 84037**
**Fortson, GA 31808**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.54** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**TD Banknorth**
**Operations Center**
**P0 Box 1377**
**Lewiston, ME 04243**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.54** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**US Bank**
**PO Box 5227**
**Cincinnati, OH 45201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.55** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**US bank**
**PO Box 6352**
**Fargo, ND 58125**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.55** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**US Bank**
**4801 Frederica Street**
**Owensboro, KY 42301**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.55** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**US Bank**
**PO Box 108**
**Saint Louis, MO 63166**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.55** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**US Bank**
**PO Box 790408**
**Saint Louis, MO 63179**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.55** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Wells Fargo Bank**
**PO Box 30086**
**Los Angeles, CA 90030**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.57** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Wells Fargo Bank**
**PO Box 28724**
**Kansas City, MO 64118**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.57** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Wells Fargo Card Services**
**PO Box 10347**
**Des Moines, IA 50306-0347**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.57** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**Wells Fargo Card Services**
**PO Box 6412**
**Carol Stream, IL 60197**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.57** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| Debtor 1 | **Safi M Hanafy** | Case number (if known) | **22-19052** |
| --- | --- | --- | --- |

Name and Address
**Wells Fargo Financial
PO Box 98784
Las Vegas, NV 89195**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.57** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
| --- | --- |

6.  **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
| --- | --- | --- | --- | --- |
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | | Total Claim |
| --- | --- | --- | --- | --- |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 78,869.00 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 78,869.00 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Safi M Hanafy** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | |
| Case number | 22-19052 | |
| (if known) | | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.2 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.3 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.4 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |
| 2.5 | |
| Name | |
| Number    Street | |
| City          State          ZIP Code | |

**Fill in this information to identify your case:**

| Debtor 1 | **Safi M Hanafy** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number | 22-19052 | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.*)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **Asmaa  Hanafy**<br>**151 Burhans Avenue**<br>**Haledon, NJ 07508**<br>**Co-signed obligation with debtor's spouse.** | ■ Schedule D, line ___**2.3**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Pnc Bank** |
| 3.2 | **Asmaa  Hanafy**<br>**151 Burhans Avenue**<br>**Haledon, NJ 07508**<br>**Co-signed obligation with debtor's spouse.** | ■ Schedule D, line ___**2.1**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Borough of Haledon** |
| 3.3 | **Asmaa  Hanafy**<br>**151 Burhans Avenue**<br>**Haledon, NJ 07508**<br>**Co-signed obligation with debtor's spouse.** | ■ Schedule D, line ___**2.4**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Pnc Bank** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Safi M Hanafy** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | **22-19052** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income                                              12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**      Describe Employment

| 1. **Fill in your employment information.** | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ■ Employed ☐ Not employed | ■ Employed ☐ Not employed |
| | **Occupation** | **Driver ( Uber Driver)** | **Substitute Teacher** |
| Include part-time, seasonal, or self-employed work. | **Employer's name** | **Uber, Inc.** | **Kelly Services USA, LLC** |
| Occupation may include student or homemaker, if it applies. | **Employer's address** | **1455 Market Street San Francisco, CA 94103** | **( work location) Paterson Public Schools 90 Delaware Avenue Paterson, NJ 07503** |
| | **How long employed there?** | **2015 to Present** | **2 Years** |

**Part 2:**      Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $          **0.00** | $      **1,625.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$          **0.00** | +$          **0.00** |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | 4. | $          **0.00** | $      **1,625.00** |

Debtor 1   **Safi M Hanafy**                                              Case number (*if known*)   **22-19052**

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ 1,625.00 |

**5.** List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 161.22 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h.+ **Other deductions.** Specify: _____ | 5h.+ | $ 0.00  + | $ 0.00 |

**6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ 161.22

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ 1,463.78

**8.** List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 2,150.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify:  **Rental Income ( 2nd floor unit)** | 8h.+ | $ 1,050.00  + | $ 0.00 |
| **Income tax refunds ( average over 12 months) , estimated** | | $ 285.00 | $ 285.00 |

**9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 3,485.00   $ 285.00

**10. Calculate monthly income.** Add line 7 + line 9.   10.   $ 3,485.00  +  $ 1,748.78  =  $ 5,233.78
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11. State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11.   +$ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12.   $ 5,233.78

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

■ No.

☐ Yes. Explain:   **Debtor is employed as a 1099 driver. Debtor's income is highly flexible and not consistent. Debtor's income is contingent upon amount of work performed and amount of work available. Debtor is seeking more stable full-time employment.**

**Spouse is currently working as substitute teacher. Spouse was not previously working regularly due to medical issues. Spouse has medical issues which affect her ability to work regularly. Spouse is employed on a ten month basis only.**

In re    **Safi M Hanafy**                                                                Case No.    **22-19052**

                                                Debtor(s)

## SCHEDULE J - YOUR EXPENSES
**Attachment A**

\*  Some monthly household and living expenses maybe higher than usual due to debtor's employment as a driver.  Monthly expense likely to increase with an increase in monthly income.

\*  Debtor is obligated ,for a mortgage loan, as to a home solely owned by debtor's mother.  Debtor's mother pays mortgage loan and all expense associated with this real property. This property is located at : 10 Lee Avenue, Haledon, NJ.

\*  Debtor's spouse has health issues which make some household and living expenses higher than usual.

\*  Debtor's older daughter is currently attending college.  Debtor provides care and support to his two daughters.

\*  Monthly expenses likely to increase due to rising costs and inflation.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Safi M Hanafy** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | **22-19052** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____

MM / DD / YYYY

## Official Form 106J
# Schedule J: Your Expenses                                                            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

    ■ No. Go to line 2.

    ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

    Do not list Debtor 1 and Debtor 2.      ■ Yes.   Fill out this information for each dependent..............

    Do not state the dependents names.

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | | | ☐ No |
    | Daughter | 17 Years | ■ Yes |
    | | | ☐ No |
    | Daughter | 21 Years | ■ Yes |
    | | | ☐ No |
    | | | ☐ Yes |
    | | | ☐ No |
    | | | ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.      4. $ _____ **705.00**

    **If not included in line 4:**

    4a.  Real estate taxes                                           4a. $ _____ **830.00**
    4b.  Property, homeowner's, or renter's insurance                4b. $ _____ **120.00**
    4c.  Home maintenance, repair, and upkeep expenses               4c. $ _____ **150.00**
    4d.  Homeowner's association or condominium dues                 4d. $ _____ **0.00**

5. **Additional mortgage payments for your residence,** such as home equity loans     5. $ _____ **0.00**

| Debtor 1 | **Safi M Hanafy** | Case number (if known) | **22-19052** |
|---|---|---|---|

6. **Utilities:**

| | | | | |
|---|---|---|---|---|
| 6a. | Electricity, heat, natural gas | 6a. | $ | 380.00 |
| 6b. | Water, sewer, garbage collection | 6b. | $ | 105.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | 340.00 |
| 6d. | Other. Specify: | 6d. | $ | 0.00 |

| | | | |
|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. $ | 925.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 95.00 |
| 10. | **Personal care products and services** | 10. $ | 90.00 |
| 11. | **Medical and dental expenses** | 11. $ | 120.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 485.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 40.00 |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| | | | | |
|---|---|---|---|---|
| 15a. | Life insurance | 15a. | $ | 0.00 |
| 15b. | Health insurance | 15b. | $ | 0.00 |
| 15c. | Vehicle insurance | 15c. | $ | 395.00 |
| 15d. | Other insurance. Specify: | 15d. | $ | 0.00 |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify:  **Personal Income Taxes ( debtor), estimated**      16. $   0.00

17. **Installment or lease payments:**

| | | | | |
|---|---|---|---|---|
| 17a. | Car payments for Vehicle 1 | 17a. | $ | 0.00 |
| 17b. | Car payments for Vehicle 2 | 17b. | $ | 0.00 |
| 17c. | Other. Specify: | 17c. | $ | 0.00 |
| 17d. | Other. Specify: | 17d. | $ | 0.00 |

| | | | |
|---|---|---|---|
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. $ | 0.00 |

20. **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income._**

| | | | | |
|---|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | $ | 0.00 |
| 20b. | Real estate taxes | 20b. | $ | 0.00 |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | 0.00 |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | 0.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ | 0.00 |

| | | | |
|---|---|---|---|
| 21. | **Other:** Specify:   **PNC Bank ( 10 Lee Avenue, Haledon, NJ)** | 21. +$ | 0.00 |
| | **( Loan paid solely by debtor's mother)** | +$ | 0.00 |
| | **Credit Card Debts ( Solely in Spouse's Name)** | +$ | 0.00 |

22. **Calculate your monthly expenses**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | $ | 4,780.00 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 4,780.00 |

23. **Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 _(your combined monthly income)_ from Schedule I. | 23a. $ | 5,233.78 |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. -$ | 4,780.00 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your _monthly net income._ | 23c. $ | 453.78 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.

☐ Yes.   | Explain here: **Debtor is making an adequate protection payment as to his home mortgage loan and seeking to obtain a home mortgage loan modification.** |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Safi M Hanafy** | |
| | First Name          Middle Name          Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | |
| Case number | **22-19052** | |
| (if known) | | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes.  Name of person _____    Attach *Bankruptcy Petition Preparer's Notice,*
*Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Safi M Hanafy**                               X _____
**Safi M Hanafy**                                        Signature of Debtor 2
Signature of Debtor 1

Date **12/02/2022**                                  Date _____

Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Safi M Hanafy** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | 22-19052 |

☐ Check if this is an amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy                04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

1.    **What is your current marital status?**

   ■ Married
   ☐ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $22,188.00 | ■ Wages, commissions, bonuses, tips | $8,250.00 |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    **Safi M Hanafy**

Case number *(if known)*    **22-19052**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2021 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $12,047.00 | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $440.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2020 ) | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $7,278.00 | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $4,335.00 |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐  No
    ■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | Rental Income | $10,500.00 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2021 ) | Rental Income | $6,800.00 | | |
| | | $0.00 | Unemployment benefits | $28,197.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2020 ) | Rental Income | $4,500.00 | | |
| | | $0.00 | Unemployment benefits | $22,241.00 |

| Part 3: | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ☐  No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
    ☐  No.   Go to line 7.
    ☐  Yes   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

| Debtor 1 | **Safi M Hanafy** | Case number *(if known)* | **22-19052** |

■ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.    Go to line 7.

■ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **PSEG** <br> **PO Box 14104** <br> **New Brunswick, NJ 08906-4104** | **Within the past 90 days. Ordinary monthly payments of utilities, estimated.** | **$750.00** | **$0.00** | ☐ Mortgage <br> ☐ Car <br> ☐ Credit Card <br> ☐ Loan Repayment <br> ☐ Suppliers or vendors <br> ■ Other  **Utilities, estimated** |
| **Pnc Bank** <br> **P0 Box 5570** <br> **Cleveland, OH 44101** | **Within the past 90 days. Ordinary monthly payments of home mortgage.** | **$0.00** | **$322,397.00** | ■ Mortgage <br> ☐ Car <br> ☐ Credit Card <br> ☐ Loan Repayment <br> ☐ Suppliers or vendors <br> ☐ Other__ |
| **Pnc Bank** <br> **P0 Box 5570** <br> **Cleveland, OH 44101** | **Within the past 90 days.  No payments by debtor.  Solely paid by debtor's mother.** | **$0.00** | **$48,789.00** | ■ Mortgage <br> ☐ Car <br> ☐ Credit Card <br> ☐ Loan Repayment <br> ☐ Suppliers or vendors <br> ☐ Other__ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No

☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

■ No

☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment <br> Include creditor's name |
|---|---|---|---|---|

Debtor 1  **Safi M Hanafy**                                                    Case number *(if known)*  **22-19052**

---

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

---

9.   **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody
modifications, and contract disputes.

- ☐  No
- ■  Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **PNC Bank, NA v. Safi Hanafy, et als.**<br>**F-015868-15** | **Foreclosure Action** | **Superior Court of New Jersey**<br>**Passaic County Court House**<br>**77 Hamilton Street**<br>**Chancery Division**<br>**Paterson, NJ 07505** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgement entered and sheriff's sale scheduled prior to filing of the petition.** |
| **Safi M Hanafy v. Unknown Party** | **Tort Claim ( assualt action)** | **Superior Court of New Jersey**<br>**Passaic County Court House**<br>**77 Hamilton Street**<br>**Paterson, NJ 07505** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Pending** |
| **Portfolio Recovery Associates v. Hanafy, et als.**<br>**DC-005871-13** | **Contract claim** | **Superior Court of New Jersey**<br>**Passaic County Court House**<br>**77 Hamilton Street**<br>**Paterson, NJ 07505** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgement entered for Plaintiff.** |
| **New Century Fincnail Services v. Hanafy, et als.**<br>**Doclet # DC-015870-13**<br>**DC-015870-13** | **Contract claim** | **Superior Court of New Jersey**<br>**Passaic County Court House**<br>**77 Hamilton Street**<br>**Paterson, NJ 07505** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgement entered for Plaintiff.** |
| **Portfolio Recovery Associates v. Hanfy, et als.**<br>**Docket # DC-005373-13**<br>**DC-005373-13** | **Contract claim** | **Superior Court of New Jersey**<br>**Passaic County Court House**<br>**77 Hamilton Street**<br>**Paterson, NJ 07505** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgement entered for Plaintiff.** |
| **Ge Capital Retail Bank v. Hanafy, et. als.**<br>**Docket # DC-005149-12**<br>**DC-005149-12** | **Contract claim** | **Superior Court of New Jersey**<br>**Passaic County Court House**<br>**77 Hamilton Street**<br>**Paterson, NJ 07505** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgement entered for Plaintiff.** |

Debtor 1    **Safi M Hanafy**                                                     Case number *(if known)*   **22-19052**

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Midland Funding LLC v. Hanafy , et. als.** Docket # DC-002756-14 DC-002756-14 | **Contract claim** | **Superior Court of New Jersey** **Passaic County Court House** **77 Hamilton Street** **Paterson, NJ 07505** | ☐ Pending ☐ On appeal ■ Concluded **Judgement entered for Plaintiff.** |
| **New Century Financial Services v. Hanafy, et. als.** Docket # DC-015877-13 DC-015877-13 | **Contract claim** | **Superior Court of New Jersey** **Passaic County Court House** **77 Hamilton Street** **Paterson, NJ 07505** | ☐ Pending ☐ On appeal ■ Concluded **Judgement entered for Plaintiff.** |
| **Portfolio Recovery Associates, LLC v. Hanafy, et. als.** Docket # DC-005611-13 DC-005611-13 | **Contract claim** | **Superior Court of New Jersey** **Passaic County Court House** **77 Hamilton Street** **Paterson, NJ 07505** | ☐ Pending ☐ On appeal ■ Concluded **Judgement entered for Plaintiff.** |
| **Ge Capital Retail Bank v. Hanafy, et. als.** Docket # DC-005148-12 DC-005148-12 | **Contract claim** | **Superior Court of New Jersey** **Passaic County Court House** **77 Hamilton Street** **Paterson, NJ 07505** | ☐ Pending ☐ On appeal ■ Concluded **Judgement entered for Plaintiff.** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| Debtor 1 | **Safi M Hanafy** | Case number *(if known)* | **22-19052** |

---

| Part 5: | List Certain Gifts and Contributions |

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
   ☑ No
   ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
   ☐ No
   ☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Charitable donations** | **Donations of cash monies, food items and used clothing items to various charities and charitable organizations.** | **Within the past one year, estimated** | **$500.00** |

---

| Part 6: | List Certain Losses |

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

   ☑ No
   ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

---

| Part 7: | List Certain Payments or Transfers |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

   ☐ No
   ☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Raymond and Raymond, Attorneys At Law**<br>**Attn: Herbert B. Raymond, ESQ.**<br>**7 Glenwood Avenue**<br>**Suite 408, 4th Floor**<br>**East Orange, NJ 07017**<br>**herbertraymond@gmail.com** | **Court filing fees of $313.00 dollars paid by client prior to filing of the petition.**<br>**Legal fees of $4750.00 dollars.**<br>**Client paid a retainer fee of $0.00 dollars.**<br>**Balance of legal fees of $4750.00 dollars, est. to be paid through chapter 13 plan.**<br>**Legal fees subject to additional fees and fee applications for continuing legal services.** | **November 2022** | **$313.00** |

Debtor 1    **Safi M Hanafy**                                                    Case number *(if known)*    **22-19052**

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Access Counseling, Inc.**<br>**633 West 5th Street**<br>**Suite#26001**<br>**Los Angeles, CA 90071**<br>**www.accesscounselinginc.org** | **$8.95 dollars for court required credit counseling course.** | **November 2022** | **$8.95** |
| **Mack Appraisal Service, LLC**<br>**39 Whitfield Place**<br>**Caldwell, NJ 07006**<br>**mackappraisal@gmail.com** | **$150.00 dollars for real property appraisal.** | **November 2022** | **$150.00** |

17.  **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

- ■ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18.  **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ■ No
- ☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19.  **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

- ■ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20.  **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor 1    **Safi M Hanafy**                                           Case number (*if known*)    **22-19052**

---

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ■ **No**
    ☐ **Yes.  Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

    ■ **No**
    ☐ **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Debtor 1    **Safi M Hanafy**                                        Case number (*if known*)    **22-19052**

---

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|
| | | | |

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Express One Transportation, LLC<br>10 Lee Avenue<br>Haledon, NJ 07508** | **Express One Transportation, LLC<br>100 percent interest in business.<br>Incorporated in the State of New Jersey<br>Solely owned and operated by Safi Hanfy (debtor)<br>Business formed to operate as student transportation.<br>No real property. No accounts receivables.**<br><br>**N/A<br>Self -Prepared** | **EIN:     XXX-XX-1264**<br><br>**From-To    2014 to 2016 ( Not currently operating)** |
| **Air Limousine Service, LLC<br>10 Lee Avenue<br>Haledon, NJ 07508** | **100 percent interest in business<br>Incorporated in the State of New Jersey<br>Solely owned and operated by Safi Hanfy (debtor)<br>Business operated as limousine and car service.  No real property.<br>No accounts receivables.**<br><br>**N/A<br>Self Prepared** | **EIN:     38-38086631**<br><br>**From-To    2009 to 2014 ( Not currently operating)** |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

Debtor 1    **Safi M Hanafy**                                                    Case number *(if known)*    **22-19052**

---

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers
are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection
with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**/s/ Safi M Hanafy**
_____                    _____
**Safi M Hanafy**                                      **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **12/02/2022**                              Date    _____
_____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

Debtor 1    **Safi M Hanafy**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    District of New Jersey

Case number    **22-19052**
(if known)

**Check as directed in lines 17 and 21:**

According to the calculations required by this Statement:

- ■ 1. Disposable income is not determined under 11 U.S.C. § 1325(b)(3).

- ☐ 2. Disposable income is determined under 11 U.S.C. § 1325(b)(3).

- ■ 3. The commitment period is 3 years.

- ☐ 4. The commitment period is 5 years.

☐ Check if this is an amended filing

## Official Form 122C-1
# Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period
**10/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:    Calculate Your Average Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ■ **Married.** Fill out both Columns A and B, lines 2-11.

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 425.00 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Do not include payments from a spouse. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 2,518.94 | | |
| Ordinary and necessary operating expenses | -$ 377.33 | | |
| Net monthly income from a business, profession, or farm | $ 2,141.61 | Copy here -> $ 2,141.61 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 1,050.00 | | |
| Ordinary and necessary operating expenses | -$ 100.00 | | |
| Net monthly income from rental or other real property | $ 950.00 | Copy here -> $ 950.00 | $ 0.00 |

Debtor 1    __Safi M Hanafy__                                          Case number (*if known*)  __22-19052__

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |
| 8. | **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under
the Social Security Act. Instead, list it here:

For you                                          $ __0.00__

For your spouse                            $ __0.00__

9. **Pension or retirement income.** Do not include any amount received that was a
benefit under the Social Security Act. Also, except as stated in the next sentence, do
not include any compensation, pension, pay, annuity, or allowance paid by the
United States Government in connection with a disability, combat-related injury or
disability, or death of a member of the uniformed services. If you received any retired
pay paid under chapter 61 of title 10, then include that pay only to the extent that it
does not exceed the amount of retired pay to which you would otherwise be entitled
if retired under any provision of title 10 other than chapter 61 of that title.                     $ 0.00          $ 0.00

10. **Income from all other sources not listed above.**  Specify the source and amount.
Do not include any benefits received under the Social Security Act; payments
received as a victim of a war crime, a crime against humanity, or international or
domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the
United States Government in connection with a disability, combat-related injury or
disability, or death of a member of the uniformed services. If necessary, list other
sources on a separate page and put the total below.

| | | | |
|---|---|---|---|
| | _____ | $ 0.00 | $ 0.00 |
| | _____ | $ 0.00 | $ 0.00 |
| | Total amounts from separate pages, if any. | + $ 0.00 | $ 0.00 |

11. **Calculate your total average monthly income.** Add lines 2 through 10 for
each column. Then add the total for Column A to the total for Column B.        $ __3,091.61__  + $ __425.00__  = $ __3,516.61__

**Total average
monthly income**

---

**Part 2:**        Determine How to Measure Your Deductions from Income

---

12. Copy your total average monthly income from line 11. ..............................................................        $ __3,516.61__

13. **Calculate the marital adjustment.** Check one:

☐   You are not married. Fill in 0 below.

☐   You are married and your spouse is filing with you. Fill in 0 below.

■   You are married and your spouse is not filing with you.

Fill in the amount of the income listed in line 11, Column B, that was NOT regularly paid for the household expenses of you or your
dependents, such as payment of the spouse's tax liability or the spouse's support of someone other than you or your dependents.

Below, specify the basis for excluding this income and the amount of income devoted to each purpose. If necessary, list additional
adjustments on a separate page.

If this adjustment does not apply, enter 0 below.

| | | |
|---|---|---|
| _____ | $ _____ | |
| _____ | $ _____ | |
| _____ | + $ _____ | |
| Total | $ 0.00 | Copy here=>  - 0.00 |

14. **Your current monthly income.**  Subtract line 13 from line 12.                                              $ __3,516.61__

15. **Calculate your current monthly income for the year.**  Follow these steps:

15a. Copy line 14 here=> ...............................................................................................        $ __3,516.61__

Debtor 1    **Safi M Hanafy**                                          Case number (*if known*)  **22-19052**

Multiply line 15a by 12 (the number of months in a year).

**x 12**

15b.  The result is your current monthly income for the year for this part of the form. .........................................

$ **42,199.32**

---

16. **Calculate the median family income that applies to you.** Follow these steps:

16a. Fill in the state in which you live.                **NJ**

16b. Fill in the number of people in your household.             **4**

16c. Fill in the median family income for your state and size of household.                          $ **143,987.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

17. **How do the lines compare?**

17a.  ■  Line 15b is less than or equal to line 16c. On the top of page 1 of this form, check box 1, *Disposable income is not determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3.** Do NOT fill out *Calculation of Your Disposable Income* (Official Form 122C-2).

17b.  ☐  Line 15b is more than line 16c. On the top of page 1 of this form, check box 2, *Disposable income is determined under 11 U.S.C. § 1325(b)(3).* **Go to Part 3 and fill out Calculation of Your Disposable Income (Official Form 122C-2).** On line 39 of that form, copy your current monthly income from line 14 above.

---

| Part 3: | **Calculate Your Commitment Period Under 11 U.S.C. § 1325(b)(4)** |
|---|---|

18. **Copy your total average monthly income from line 11 .**                          $ **3,516.61**

19. **Deduct the marital adjustment if it applies.** If you are married, your spouse is not filing with you, and you contend that calculating the commitment period under 11 U.S.C. § 1325(b)(4) allows you to deduct part of your spouse's income, copy the amount from line 13.

19a. If the marital adjustment does not apply, fill in 0 on line 19a.                          –$ **0.00**

19b. **Subtract line 19a from line 18.**                          $ **3,516.61**

20. **Calculate your current monthly income for the year.** Follow these steps:

20a. Copy line 19b                          $ **3,516.61**

Multiply by 12 (the number of months in a year).                **x 12**

20b. The result is your current monthly income for the year for this part of the form                          $ **42,199.32**

20c. Copy the median family income for your state and size of household from line 16c                          $ **143,987.00**

21. **How do the lines compare?**

■  Line 20b is less than line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 3, *The commitment period is 3 years.* Go to Part 4.

☐  Line 20b is more than or equal to line 20c. Unless otherwise ordered by the court, on the top of page 1 of this form, check box 4, *The commitment period is 5 years.* Go to Part 4.

---

| Part 4: | **Sign Below** |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

X **/s/ Safi M Hanafy**

**Safi M Hanafy**
Signature of Debtor 1

Date **12/02/2022**
MM / DD / YYYY

If you checked 17a, do NOT fill out or file Form 122C-2.

If you checked 17b, fill out Form 122C-2 and file it with this form. On line 39 of that form, copy your current monthly income from line 14 above.

Debtor 1    **Safi M Hanafy**                                           Case number (*if known*)    **22-19052**

| Debtor 1 | **Safi M Hanafy** | | Case number (*if known*) | **22-19052** |

# Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period **05/01/2022** to **10/31/2022**.

**Line 5 - Income from operation of a business, profession, or farm**
Source of Income: **Uber, Inc.**
Income/Expense/Net by Month:

| | Date | Income | Expense | Net |
|---|---|---|---|---|
| 6 Months Ago: | **05/2022** | **$2,317.45** | **$347.00** | **$1,970.45** |
| 5 Months Ago: | **06/2022** | **$2,593.58** | **$388.00** | **$2,205.58** |
| 4 Months Ago: | **07/2022** | **$1,035.86** | **$155.00** | **$880.86** |
| 3 Months Ago: | **08/2022** | **$3,361.97** | **$504.00** | **$2,857.97** |
| 2 Months Ago: | **09/2022** | **$1,783.36** | **$267.00** | **$1,516.36** |
| Last Month: | **10/2022** | **$4,021.42** | **$603.00** | **$3,418.42** |
| | Average per month: | **$2,518.94** | **$377.33** | |
| | | | Average Monthly NET Income: | **$2,141.61** |

Remarks:
**Debtor's current full-job.**
**Debtor is currently working as a 1099 driver for Uber, Inc.**
**Debtor is a 1099 driver.  Debtor's income is highly flexible and not consistent.  Debtor's income is contingent upon amount of work performed and amount of work available.**
**Debtor must pay for fuel, insurance, maintenance and other expenses associated with the operation of a motor vehicle.**

**Line 6 - Rent and other real property income**
Source of Income: **Rental Income**
Constant income of  **1,050.00**  per month.
Constant expense of  **100.00**  per month.
Net Income  **950.00**  per month.
Remarks:
**Debtor is receiving rental income as to his real property.**
**2nd floor unit for real property is currently rented and tenant is paying monthly rents.**

| Debtor 1 | **Safi M Hanafy** | Case number (*if known*) | **22-19052** |
|---|---|---|---|

## Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period **05/01/2022** to **10/31/2022**.

**Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions**
Source of Income: **Kelly Services USA, LLC**
Year-to-Date Income:
Starting Year-to-Date Income:  **$5,700.00**  from check dated    **4/30/2022**    .
Ending Year-to-Date Income:  **$8,250.00**  from check dated    **10/31/2022**    .
Income for six-month period (Ending-Starting):  **$2,550.00**  .
Average Monthly Income:  **$425.00**  .
Remarks:
**Spouse's current employer.**
**Spouse is currently working for this employer.**
**Spouse is employed on a ten month basis only.**
**Spouse was not previously working regularly due to medical issues.**
**Spouse's income , as a substitute teacher, is not consistent and is based upon amount of work available and amount of work performed.**

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

> You are an individual filing for bankruptcy, and
>
> Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation
>
> Chapter 11 - Reorganization
>
> Chapter 12 - Voluntary repayment plan for family farmers or fishermen
>
> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;
>
> most student loans;
>
> domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---|---|
|   | $1,167 | filing fee |
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $78  | administrative fee |
|   | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
**HERBERT B. RAYMOND, ESQ. HR#1379**
**7 GLENWOOD AVENUE**
**SUITE 408**
**EAST ORANGE, NJ 07017**
**973-675-5622**
**HERBERTRAYMOND@GMAIL.COM**

In Re:    **Safi M Hanafy**

Case No.:    **22-19052**

Chapter:    13

Judge:

## DISCLOSURE OF CHAPTER 13 DEBTOR'S ATTORNEY COMPENSATION

1.      Pursuant to 11 U.S.C. § 329(a) and Fed. R. Bankr. P. 2016(b), I certify that I am the attorney for the debtor(s) and that compensation was paid to me within one year before the filed date of the petition, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in connection with this bankruptcy case is as follows:

■ Under D.N.J. LBR 2016-5(b), I have agreed to accept for all legal services required to confirm a plan, subject to the exclusions listed below, including administrative services that may occur postconfirmation, a flat fee in the amount of $ __4,750.00__ . I understand that I must demonstrate that additional services were unforeseeable at the time of the filing of this disclosure if I seek additional compensation and reimbursement of necessary expenses.

Legal services on behalf of the debtor in connection with the following are not included in the flat fee:

Representation of the debtor in:
- adversary proceedings,
- loss mitigation/loan modification efforts,
- post-confirmation filings and matters brought before the Court.

I have received:                                              $ __0.00__

The balance due is:                                          $ __4,750.00__

The balance ■ will ☐ will not be paid through the plan.

☐ Under D.N.J. LBR 2016-5(c), I have agreed to accept for legal services provided on behalf of the debtor in this case, an hourly fee of $ ___ . The hourly fee charged by other members of my firm that may provide services to this client range from $ ___ to $ ___ . I understand that I must receive the Court's approval of any fees or expenses to be paid to me in this case post petition pursuant to D.N.J. LBR 2016-1.

I have received:                                              $ ___

2.      The source of the funds paid to me was:

■ Debtor(s)                    ☐ Other (specify below)

3.      If a balance is due, the source of future compensation to be paid to me is:

■ Debtor(s)                □ Other (specify below)

4.      I □ have or ■ have not agreed to share compensation with another person(s) unless they are members of my law firm. If I have agreed to share compensation with a person(s) who is not a member of my law firm, a copy of that agreement and a list of the people sharing in the compensation is attached.

5.      (a) The Debtor(s) agree that coverage counsel may appear at hearings on their behalf in lieu of counsel retained by Debtor(s) as needed. If possible, Debtor's counsel will advise Debtor(s) of the use of coverage counsel for any hearings prior to that hearing. Debtor(s) acknowledge that coverage counsel may not be a member of my firm and may or may not be compensated for their appearance.

_____        _____
Debtor(s) Initials                Debtor(s) Initials

(b) The Debtor(s) DO NOT agree that coverage counsel may appear at hearings on their behalf in lieu of counsel retained by Debtor(s) as needed. All appearances related to the Debtor(s) matter will be made by me, the undersigned attorney, or members of my law firm.

**/s/ SMH**
_____        _____
Debtor(s) Initials                Debtor(s) Initials

6.      The Debtor(s) have reviewed this Disclosure and it is consistent with the terms of the Retainer Agreement.

Date:   **12/02/2022**                    **/s/ Safi M Hanafy**
_____        _____
                                     **Safi M Hanafy**
                                     Debtor

Date:   _____        _____
                                     Joint Debtor

Date:   **12/02/2022**                    **/s/ HERBERT B. RAYMOND, ESQ.**
_____        _____
                                     **HERBERT B. RAYMOND, ESQ. HR#1379**
                                     Debtor's Attorney

*rev. 8/1/21*

In re | **Safi M Hanafy**
**Asmaa A Hanafy** | Case No. | **18-29589**
Debtor(s)

## <u>Disclosure of Chapter 13 Debtor's Attorney Compensation</u>
### Attachment A

# Retainer Agreement

This shall constitute the fee arrangement between you, the client(s) or Debtor(s) and the law firm, that is Herbert B. Raymond, Esq., Jeffrey M. Raymond, Esq., and Kevin L. DeLyon, Esq., dba Raymond and Raymond.  The fee you are being charged, pre-confirmation, is a set fee, with possible upward adjustment (if the fee charged is not the flat $4,750 as authorized by the Court), contingent on services rendered.  The fee you are being charged is $4750.00 dollars plus filing fees and costs of approximately $400 (consisting of the court filing fee, the credit counseling fee and the credit reporting fee, i.e. actual costs of filing).  There may also be a cost, which you must pay, pertaining to the financial management requirement, which must be completed before all payments are made under the plan.  Your Trustee may offer the course to you at no charge.

Pre-Confirmation with Adjustment if Necessary: The fee charged relates to pre-confirmation services only and is a set fee, in other words, it is a flat rate fee which may be adjusted upwards depending on the services rendered in the case (in the event the sum charged is less than $4,750).  The maximum amount, that the fee may be increased is to the sum of $4,750.00, a sum set by the Court, exclusive of costs. The Debtor consents and agrees to be  charged this fee and understands that if the fee charged is less than the $4,750, that the attorneys/law firm, may amend the fee disclosure so that the increased fee is charged.  The amended fee disclosure statement, will be e-mailed or mailed to the Debtor/client. By signing this agreement, despite the legal fee charged to you, you consent to a legal fee to be charged of up to $4,750, depending on the circumstances in the case (if additional services are rendered).

Excluded Services: Services pertaining to loss mitigation or loan modification efforts and representation in adversary proceedings, is not included in the fees being charged.  The Court specifically excludes such fees from the flat rate charge.

        i. The legal fee for loss mitigation is $2,500.00, unless the situation is very complicated, as determined by counsel, in which case, the billing may be completed on an hourly basis at the rate in effect, at the time the services are performed or consistent with a separately entered agreement between the Debtor and Counsel.  This sum, is in addition to, the flat or set fee noted.  There may also be additional fees pertaining to loss mitigation as follows:

                a. Status conferences: $500

                b. Loss Mitigation Extension or Termination Applications: $500

                c. Motion(s) to Approve a Final Loan Modification: $750

        ii. Representation in Adversary Proceedings: Fees pertaining to adversary proceedings are not included in the set fee and are covered in the section labeled Litigation below.

Litigation: In some circumstances, as determined by counsel, involving considerable litigation or matters which are substantially contested, such as but not limited to, complicated legal or factual issues, adversary proceedings, legal briefing or plenary hearings (involving a contested factual issue such as, but not limited to a valuation hearing or contested confirmation issue), a request may be made, by the law firm, to the Court, for fees to be paid an hourly rate, which shall be the rate in effect, set by the firm, at the time the services are rendered to the Debtor.  Currently the rate in effect is $350

per hour.  Alternatively, the law firm may charge a flat or set fee for such services, in a separately entered into agreement between the Debtor and Counsel, to be determined by counsel, at the time the services are rendered, based on the anticipated amount and complexity of the work to be performed.

Appeal: In no event will the fee cover an appeal and no appeal will be under-taken without a separate agreement between the Debtor and law firm and the payment of the required legal fees and costs of appeal, if required per the agreement.  The agreement may provide that legal fees will be paid through the bankruptcy Chapter 13 plan as an administrative expense requiring no initial fee payment.  Actual costs must be paid immediately by the client whether the fee is paid at the time of execution or through the plan.  The fee may be a set or flat fee, to be determined by counsel, at the time the anticipated services are rendered, based on the anticipated amount and complexity of the work to be performed, in an separate agreement between the Debtor and Counsel. Alternatively, the fee may be premised on hourly billing at the current hourly rate in effect set by the firm.

Payment of Legal Fees: Fees for pre-confirmation services whether included or excluded, will be part of your Chapter 13 plan to the extent not paid initially and if the fee is for an excluded service or if the pre-confirmation fee is increased due to the rendering of additional services, the Chapter 13 plan payment may increase.  By signing this agreement, you consent to the fees that are charged and that the fees will be paid through the plan and the law firm will continue to represent you and make adjustment to the plan payments as necessary, depending on services rendered, and the fees will be paid through your Chapter 13 plan, as an administrative expense (meaning generally speaking that the law firm is paid before other plan obligations are paid) and may result in an increase in plan payments.

Unanticipated/Unforeseeable At the Time of Filing and/or Post-Confirmation:  The fee noted above, whether flat rate, increased by adjustment or hourly, does not include any services rendered to you, if unanticipated/unforeseeable at the time of filing and/or after the approval (confirmation) of your plan. Thus any service, including but not limited to services, other than those services deemed part and parcel of the original fee or plan, performed after the confirmation of your plan or that were unanticipated or unforeseeable at the time of your filing, may be charged to you, pursuant to the following schedule and are known as supplemental counsel fees:

      a. Modified Plans: $750

      b. Motions Filed on Behalf of the Debtor: $1,500

      c. Defense of Trustee Motion(s) or Trustee Default Certification(s): $500

      d.  Stay Relief Motions or any Other Motion(s), Application(s) or Default Certifications Filed Against the Debtor: $750

      e. Retention Application(s): $550

      f. Notice of Settlement and/or Notice of Sale: $350

      g. Amendments to Petition For All Schedules Except Schedules I and J: $250 (Plus Actual Costs)

      i. Amendment(s) to Petition for Schedules I and/or J: $350 Per Schedule Plus Actual Costs, if applicable

      h. Additional Court Appearances Pertaining to Any of the Above or Below: $200

      i.  Preparation of Wage Order: $250

      j. Conversion of Case: Any amounts still due under the plan plus additional legal fees ($1,000) and actual costs of conversion such as amendment filing fee and conversion fee

**k. Filing of Proof of Claim on Behalf of Any Creditor: $350**

**l. Shorten Time or Shorten Notice-Applications to Shorten Time or Notice, as to any matter: $500 in addition to cost relating to principal matter.**

**These after confirmation and/or unanticipated/unforeseeable at the time of filing, supplemental legal fees, are be charged to the Debtor/Client consistent with this schedule and are, generally speaking, to be paid through the plan unless requested by counsel to be paid directly.  In very complicated or time consuming situations, like, for example, where a legal issue arises or where there is a contested factual issue necessitating a plenary hearing, the fee charged may be on an hourly basis, at the rate, currently $350 per hour, in counsel's discretion, in effect at the time the service is rendered. Alternatively, the law firm may charge a flat fee for such services, to be encapsulated in a separate agreement with the Debtor, to be determined at the time the services are rendered, based on the anticipated amount and complexity of the work to be performed. The Debtor(s) consents to the post-confirmation fees and/or unanticipated/unforeseeable at the time of filing fees to be charged, whether on an hourly basis, pursuant to this fee schedule (for an enumerated  or standard service) and/or on a set or flat fee basis, and the attorney will represent the Debtor(s) and charge the Debtor pursuant to the this schedule, with the legal fees, in most cases, to be paid through the plan, unless the Debtor notifies the firm otherwise.  The additional fee, if paid through the plan, may result in an increase in the Debtor's plan payment to the Trustee.**

**The fee schedule shall be inapplicable, should there be any major change to the Bankruptcy Code or other applicable law, in which case the law firm shall publish and retain a new schedule, for inspection and review by the client upon request.  The new fee schedule shall be implemented only in the case of a substantial change to the law and shall apply to all ongoing cases.**

**Costs: Actual costs of filing, such as, but not limited to the costs noted above (i.e. court filing fees, credit reporting fees, conversion fees, appeal fees, title report costs, debtor education course, loss mitigation web portal fees, amendment fees, reopening fees, case severing, judgment search, judgment cancellation or mortgage recording), must be paid by the Debtor/Client.   These actual costs must be paid by the Debtor and the actual cost must be paid to counsel before it is incurred, unless paid through the bankruptcy plan, if applicable.**

**Fees Due Upon Dismissal or Conversion: If your case is ever dismissed, you will still owe to the law firm any amounts due under the plan which have yet to be paid (unpaid amounts).  Similarly, upon conversion, the amounts still due under the plan, must be paid before conversion of your case to another chapter of the code, and you have agreed, by signing this agreement, we have no obligation to convert the case, until all fees and costs due to the firm are completely paid.**

**Irrevocable Assignment of Legal Fees and/or Costs:  The Debtor, by signing this statement, assigns his/her/their interest, in the funds held by the Trustee, to the extent Counsel is still owed legal fees or expenses, for services rendered or expenses incurred.  You hereby irrevocably assign to us your interest in all payments made to the Chapter 13 Trustee, to the extent of any balance due, subject to Court approval of such fees and/or expenses.  If your case is dismissed, or converted before our fees and/or expenses are paid in full, you agree to allow the Chapter 13 Trustee to pay the balance due to us directly from funds that would otherwise be returned to you, subject to Court approval of the fees and/or expenses.  This means that if the Chapter 13 Trustee is holding funds, from payments that you made into the case, at the time the case is converted or dismissed, you have agreed that those funds are assigned to us and that such funds will be paid to our firm on account of legal fees and/or costs still due and owing.**

**By signing this agreement, you agree to the fee structure noted above regarding the legal fees (flat, adjustment upward, hourly, post-confirmation and unanticipated/unforeseeable), and to the assignment of Legal Fees and/or Costs in the case.  By signing this agreement, I consent to the terms**

and accept the fee agreement and understand the fee arrangement.  This means that my attorney(s) will continue to represent me and any charges shall be consistent with this agreement.  I understand that effective legal representation means cooperating with my attorney by providing information, whether in the form of documents or information, and being forthright (honest).  I understand that should I fail to cooperate with my attorney in this manner or that if I am not forthright, I jeopardize the continuation of my case and my attorney may ask the Court to withdraw as my counsel.  There will be no refunds of any legal fees if the firm withdraws as counsel and there will be no refunds of any sums once the case is filed with the Court.

**Designation of Contact:** You must provide us, to be noted on this agreement, in this space with a cellular phone number and email address, so that we are able to contact you to discuss your case (including how to proceed in any situation) and provide you with information pertaining to your case.  You consent, by signing this agreement, to receiving and obtaining information about your case through email (thus we will send all correspondence and documents to you through email and not by regular mail except in exceptional circumstances) and to be contacted to discuss your case by phone, email and/or text message.  You are responsible for checking and receiving all messages through these methods and should you fail to respond to us, we will either:

    a) **Take the steps we deem necessary or appropriate in the situation to best represent you**

    b) **File a request to no longer be your attorney**

    c) **Not oppose relief requested in certain situations resulting in the loss of property and/or the dismissal of your case**

You must immediately notify us should there be any change in your email address or phone number, so that we may contact you when necessary.

**Title and Judgment Searches:** If you own real estate (such as a house), we encourage you to obtain a title search and/or judgment search, to determine the encumberances against your property, in the case of a mortgage or other lien and/or to determine docketed judgments which operate as liens against the property.  We are not professional property evaluators and the only way to properly determine whether a lien exists, as to real estate, is to obtain a title search.  As to judgments, we also cannot properly determine judgments against you without a commercially obtained judgment search. The cost of a title report is several hundred dollars and a judgment search is typically less than $100.  If you wish to obtain a title report and/or judgment search, you must pay these costs to us initially.  By initialing this statement, you have indicated that you understand our recommendation to obtain these professional reports and that by not obtaining these reports we cannot properly determine liens, mortgages or judgments against real estate that you own [We may obtain information as to judgments, mortgages or liens through public records but cannot promise or guarantee that the information is correct, which may adversely affect you or ultimately result in additional costs or fees in your case or otherwise], which may seriously affect you should you ultimately want to sell or refinance the property.


If you do not own real estate, a judgment search is still a recommended course of action, since it may be the case that judgments entered against you form a cloud on title in the event you purchase or obtain real estate after your bankruptcy case is completed.  Judgments may also negatively affect your credit.


**/S/  SAFI HANAFY  ,  Debtor**

# United States Bankruptcy Court
### District of New Jersey

In re  **Safi M Hanafy**                                                          Case No.  **22-19052**

Debtor(s)                                       Chapter  **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **12/02/2022**                              **/s/ Safi M Hanafy**

**Safi M Hanafy**

Signature of Debtor