**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
SAFI M. HANAFY,

Debtor(s)

Case No.: 22-19052 VFP

Judge: Vincent F. Papalia, USBJ

## Chapter 13 Plan and Motions

☒ Original    ☐ Modified/Notice Required    Date: DECEMBER 5, 2022  
☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER  
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___HR___    Initial Debtor: ___SH___    Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____450_____ per _____MONTH_____ to the Chapter 13 Trustee, starting on _____December of 2022_____ for approximately _____36_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☒ Loan modification with respect to mortgage encumbering property:
Description: 151 Burhans Avenue, Haledon, New Jersey 07508 (Mortgage Held by Pnc Bank)
Proposed date for completion: 5/31/23 or as extended**

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☒ Other information that may be important relating to the payment and length of plan:

** Trustee is to make payments on mortgage arrears, due to Pnc Bank (First mortgage encumbering real property located at 151 Burhans Avenue, Haledon, New Jersey), pending completion of loan modification. Mortgage arrears, due to Pnc Bank, to be addressed through loan modification, to the extent not paid through plan payments. Loan modification to be completed, on or before May 31, 2023, or as extended by the Court through loss mitigation.

Debtor to make loss mitigation payment, not regular monthly mortgage payment, to Pnc Bank, pending completion of loan modification.

**Part 2:    Adequate Protection ☒ NONE**

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 4,750 |
| DOMESTIC SUPPORT OBLIGATION | | |

    b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Pnc Bank | MORTGAGE ARREARS REGARDING REAL PROPERTY LOCATED AT 151 BURHANS AVE., HALEDON, NEW JERSEY | $240,000, TRUSTEE IS TO PAY MORTGAGE ARREARS PENDING COMPLETION OF LOAN MODIFICATION. | N/A | $240,000 TRUSTEE IS TO PAY MORTGAGE ARREARS PENDING COMPLETION OF LOAN MODIFICATION. | Loss mitigation payment, not regular monthly mortgage payment, to be paid by the Debtor directly to Pnc Bank, starting 12/1/2022 et. seq. |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

c. **Secured claims excluded from 11 U.S.C. 506:** ☒ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**   ☒ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

i. Pnc Bank, mortgage encumbering real property located at 10 Lee Avenue, Haledon, New Jersey, no arrears, continued payments, property not owned by the Debtor.  Continued payments, by Debtor's mother, directly to Pnc Bank, on mortgage regarding this property, no arrears.

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ NONE

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| HALEDON BOROUGH, TAX COLLECTOR | REAL ESTATE TAX ARREARS PERTAINING TO REAL PROPERTY LOCATED AT 151 BURHANS AVENUE, HALEDON, NEW JERSEY | $0 OR UNKNOWN |
| NEW CENTURY FINANCIAL SERVICES, INC. | JUDGMENT AGAINST REAL PROPERTY LOCATED AT 151 BURHANS AVENUE, HALEDON, NEW JERSEY | $5,158, PAYMENT IN FULL OF THIS OBLIGATION |

### Part 5:    Unsecured Claims ☐ NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

# Part 6:  Executory Contracts and Unexpired Leases  ☒ NONE

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

# Part 7:  Motions  ☒ NONE

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form,** *Notice of Chapter 13 Plan Transmittal*, **within the time and in the manner set forth in D.N.J. LBR 3015-1.  A** *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

   a.  **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**  ☒ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Counsel Fees and Supp. Counsel Fees (Fully Paid before other claims)
3) Secured Claims and then Priority Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:   Modification  ☒ NONE**

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
|  |  |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: DECEMBER 2, 2022 _____    /S/ SAFI M. HANAFY _____
                                                  Debtor

Date: _____                    _____
                                                  Joint Debtor

Date: DECEMBER 2, 2022 _____    /S/ HERBERT B. RAYMOND, ESQ. _____
                                                  Attorney for Debtor(s)

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-19052-VFP
Safi M Hanafy  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 10
Date Rcvd: Dec 06, 2022      Form ID: pdf901      Total Noticed: 216

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Safi M Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |
| 519764695 | + | American Expess Legal LLC, 500 North Franklin Turnpike, PO Box 278, Ramsey, NJ 07446-0278 |
| 519764701 | + | Apotaker & Scian PC, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 519764702 | + | Apothaker Scian PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 519764703 | + | Apothaker & Associates, PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 519764704 | + | Asmaa Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |
| 519764711 | | Bank of America, 4461 Piedmont Parkway, Greensboro, NC 27410 |
| 519764721 | + | Barnet Hospital, 1 E 35th Street, Paterson, NJ 07514-1311 |
| 519764720 | + | Barnet Hospital, 680 Broadway, Paterson, NJ 07514-1524 |
| 519764725 | + | Borough of Haledon, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764726 | + | Borough of Haledon NJ, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764727 | + | Borough of Haledon, NJ, Attn: water / sewer, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764747 | + | Cardmember Services, PO Box 8982, Madison, WI 53708-8982 |
| 519764749 | + | Celentano. Stadtmauer & Walentowicz, PO Box 2594, 1035 Route 46 East, Clifton, NJ 07013-7481 |
| 519764748 | | Celentano. Stadtmauer & Walentowicz, PO Box 2594, Clifton, NJ 07015-2594 |
| 519764775 | + | Citicorp Cedit Services, PO Box 39308, Solon, OH 44139-0308 |
| 519764778 | + | Citizens Bank, 100 Sockanosset Crossroads, Cranston, RI 02920-5565 |
| 519764779 | + | Citizens Bank, Asset Disposition Redemption Specialist, 100A Sockanossett Crossroad, RDC100, Cranston, RI 02920-5539 |
| 519764780 | + | Citizens Bank, P0 Box 42115, Providence, RI 02940-2115 |
| 519764781 | + | Citizens Finance Corporation, PO Box 844, Wausau, WI 54402-0844 |
| 519764798 | | Foster & Garbus, PO Box 9030, Farmingdale, NY 11735 |
| 519764799 | + | Foster and Garbus, 500 Bi-County Blvd., Suite 300, West Wing, Farmingdale, NY 11735-3988 |
| 519764801 | + | Gerald Sherman, Attn: Paul Grosso, ESQ, 172 Market Street, Elmwood Park, NJ 07407-1413 |
| 519764802 | + | Haledon Tax Collector, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764813 | | Kohls/chase, N58 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 519764814 | + | LDW Benefits Payment Control, PO Box 650, Trenton, NJ 08646-0650 |
| 519764823 | + | Macy's, PO Box 71359, Philadelphia, PA 19176-1359 |
| 519764826 | | Macy's Visa, PO Box 90098, West Chester, OH 45071 |
| 519764831 | + | Maher Alqarallah, 15 Brookview Drive, Haledon, NJ 07508-2600 |
| 519764832 | + | Martone & Uhlmann ESQ, 777 Passaic Avenue, Suite 535, Clifton, NJ 07012-1874 |
| 519764833 | + | Martone & Uhlmann PC, 777 Passaic Avenue, Suite 535, Clifton, NJ 07012-1874 |
| 519764834 | + | Mattleman, Weinworth, & Miller ESQ LLP, 401 Route 70 East, Suite 100, Cherry Hill, NJ 08034-2410 |
| 519764841 | + | Mohammad Zughbi, 55 3rd Avenue, Paterson, NJ 07524-1560 |
| 519764847 | | NYC Department of Finance, Parking Violations Operations, JAF Station, PO Box 1724, New York, NY 10116-1724 |
| 519764849 | + | NYC Department of Finance, Parking Violations Operations, Peck Slip Station, PO Box 2337, New York, NY 10272-2337 |
| 519764848 | + | NYC Department of Finance, Parking summons, PO Box 2057, New York, NY 10272-2057 |
| 519764852 | + | NYC Parking Violations, Church Street Station, PO Box 3611, New York, NY 10008-3611 |
| 519764859 | | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 519764869 | + | PNC Bank, Attn: Mortgage Service Center, PO Box 3714558, Pittsburgh, PA 15250-0001 |
| 519764860 | | PNC Bank, Attn: Mortgage Service Center, PO Box 371458, Summit Hill, PA 18250 |
| 519764875 | | PNC Bank, PO Box 4700, Wilkes Barre, PA 18773-4700 |
| 519764874 | | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |
| 519764866 | | PNC Bank, Po Box 5370, Cleveland, OH 44101 |
| 519764892 | ++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 address filed with court:, PRA III , LLC, PO Box 12914, Norfolk, VA 23541 |

| | | |
|---|---|---|
| 519764853 | + | Paul a Grosso, ESQ, 172 Market Street, Elmwood Park, NJ 07407-1413 |
| 519764858 | + | Pnc Bank, 103 Bellevue Pkwy, Wilmington, DE 19809-3701 |
| 519764902 | + | Prism, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 519764915 | | Sears, PO Box 182459, Columbus, OH 43218 |
| 519764928 | | Selip & Stylianou, LLC, Attorneys At Law, PO Box 914, Paramus, NJ 07653-0914 |
| 519764929 | + | Selip and Stylianou, PO Box 9004, Melville, NY 11747-9004 |
| 519764931 | + | Selip and Stylianou, 199 Crossways Park Drive, PO Box 393, Woodbury, NY 11797-2016 |
| 519764934 | + | State of New Jersey, Department of Labor, PO Box 059, Trenton, NJ 08625-0059 |
| 519764932 | | State of New Jersey, Department of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 519764946 | | TD bank, PO Box 84037, Fortson, GA 31808 |
| 519764957 | + | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |
| 519764956 | + | Wells Fargo Bank, PO Box 30086, Los Angeles, CA 90030-0086 |
| 519764959 | + | Wells Fargo Card Services, PO Box 6412, Carol Stream, IL 60197-6412 |
| 519764960 | + | Wells Fargo Financial, PO Box 98784, Las Vegas, NV 89193-8784 |

TOTAL: 58

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 06 2022 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 06 2022 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 06 2022 20:48:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Dec 06 2022 20:57:57 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519764706 | + | Email/Text: g20956@att.com | Dec 06 2022 20:49:00 | AT& Mobility Inc., One AT&T Way, Room 31104, Bedminster, NJ 07921-2693 |
| 519764707 | + | Email/Text: g20956@att.com | Dec 06 2022 20:49:00 | AT& Mobility Inc. AT&T Services, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 519764696 | + | Email/PDF: bncnotices@becket-lee.com | Dec 06 2022 20:47:14 | American Express, P0 Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 519764699 | | Email/PDF: bncnotices@becket-lee.com | Dec 06 2022 20:47:38 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 519764697 | + | Email/PDF: bncnotices@becket-lee.com | Dec 06 2022 20:47:49 | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519764698 | | Email/PDF: bncnotices@becket-lee.com | Dec 06 2022 20:47:37 | American Express, PO Box 297812, Ft. Lauderdale, FL 33329-7812 |
| 519764700 | | Email/PDF: bncnotices@becket-lee.com | Dec 06 2022 20:47:50 | American Express, PO Box 7871, Fort Lauderdale, FL 33329 |
| 519764709 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 06 2022 20:48:00 | Bank Of America, Attention: Recovery Department, 4161 Peidmont Parkway, Greensboro, NC 27410 |
| 519764708 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 06 2022 20:48:00 | Bank Of America, P0 Box 982235, El Paso, TX 79998 |
| 519764716 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 06 2022 20:48:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519764719 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 06 2022 20:48:00 | Bank of America, PO Box 9000, Getzville, NY 14068-9000 |
| 519764712 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 06 2022 20:48:00 | Bank of America, 100 N Tyon Street, Charlotte, NC 28255-0001 |

| | | | |
|---|---|---|---|
| 519764710 | + Email/Text: creditcardbkcorrespondence@bofa.com | Dec 06 2022 20:48:00 | Bank of America, Attn: Recovery Department, PO Box 2278, Norfolk, VA 23501-2278 |
| 519764715 | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 06 2022 20:48:00 | Bank of America, Attn; Bankruptcy, P0 Box 15021, Wilmington, DE 19850 |
| 519764717 | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 06 2022 20:48:00 | Bank of America, 475 Crosspoint Parkway, PO Box 9000, Getzville, NY 14068-9000 |
| 519764718 | + Email/Text: mortgagebkcorrespondence@bofa.com | Dec 06 2022 20:48:00 | Bank of America, PO Box 17645, Baltimore, MD 21297-1645 |
| 519764723 | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 06 2022 20:48:00 | Best Buy, PO Box 17051, Baltimore, MD 21297-1051 |
| 519764722 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 06 2022 20:48:00 | Best Buy, Retail Services, PO Box 5244, Carol Stream, IL 60197-5244 |
| 519764724 | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Dec 06 2022 20:48:00 | Best Buy/HSBC Retail, PO Box 5244, Carol Stream, IL 60197-5244 |
| 519764735 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2022 20:47:35 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 519764738 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2022 20:47:12 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 519764743 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2022 20:47:02 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519764758 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:57:57 | Citibank, Attn.: Citi Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764759 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:58:03 | Citibank, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764763 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:58:03 | Citibank, PO Box 6553, The Lakes, NV 88901 |
| 519764765 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:47:39 | Citibank Sd, Na, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764777 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:58:03 | Citicorp Credit Services, Inc., 7920 NW 110th Street, Kansas City, MO 64153 |
| 519764903 | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 06 2022 20:48:00 | RBS, Credit Card Services, PO Box 42010, Providence, RI 02940 |
| 519764904 | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 06 2022 20:48:00 | RBS, PO Box 18204, Bridgeport, CT 06601 |
| 519764906 | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 06 2022 20:48:00 | RBS Citizens Cc, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 519764905 | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 06 2022 20:48:00 | RBS Citizens Cc, Attn: Bankruptcy Department, 443 Jefferson Blvd, Warwick, RI 02886 |
| 519764728 | + Email/Text: bankruptcy@cavps.com | Dec 06 2022 20:49:00 | Calvary Investments, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 519764731 | + Email/Text: bankruptcy@cavps.com | Dec 06 2022 20:49:00 | Calvary Portfolio Services, 500 Summit Lake Drive, PO Box 520, Valhalla, NY 10595-0520 |
| 519764730 | + Email/Text: bankruptcy@cavps.com | Dec 06 2022 20:49:00 | Calvary Portfolio Services, Po Box 27288, Tempe, AZ 85285-7288 |
| 519764729 | + Email/Text: bankruptcy@cavps.com | Dec 06 2022 20:49:00 | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 519764733 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2022 20:47:46 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 519764736 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2022 20:47:02 | Capital One, PO Box 85147, Richmond, VA 23276-0001 |
| 519764740 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 06 2022 20:47:02 | Capital One Bank, PO Box 70885, Charlotte, NC 28272-0885 |
| 519764739 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2022 20:47:35 | Capital One Bank, P0 Box 30281, Salt Lake City, UT 84130-0281 |
| 519764737 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2022 20:47:02 | Capital One Bank, Attn: General Correspondence, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519764741 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2022 20:47:46 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 519764742 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2022 20:47:46 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519767836 | + | Email/Text: bankruptcy@cavps.com | Dec 06 2022 20:49:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519764771 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:58:10 | CitiCards, PO Box 6345, The Lakes, NV 88901-0001 |
| 519764761 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:57:57 | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 519764760 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:47:52 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764767 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:47:52 | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 519764770 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:47:52 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764776 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:58:03 | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 519764782 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 06 2022 20:48:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 519764783 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 06 2022 20:48:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 519764787 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 06 2022 20:47:22 | Credit One Bank, P0 Box 80015, Los Angeles, CA 90080-0015 |
| 519764786 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 06 2022 20:47:37 | Credit One Bank, 585 S. Pilot Street, Las Vegas, NV 89119-3619 |
| 519764785 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 06 2022 20:47:22 | Credit One Bank, P0 Box 98873, Las Vegas, NV 89193-8873 |
| 519764791 | | Email/Text: mrdiscen@discover.com | Dec 06 2022 20:48:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 519764793 | | Email/Text: mrdiscen@discover.com | Dec 06 2022 20:48:00 | Discover, PO Box 30957, Salt Lake City, UT 84130 |
| 519764794 | | Email/Text: mrdiscen@discover.com | Dec 06 2022 20:48:00 | Discover Financial Services Llc, P0 Box 15316, Wilmington, DE 19850 |
| 519764818 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:57:56 | Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 519764817 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:58:03 | Macy's, P.O. Box 4564, Carol Stream, IL 60197-4564 |
| 519764820 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:47:52 | Macy's, PO Box 4563, Carol Stream, IL 60197-4563 |
| 519764819 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:47:39 | Macy's, PO Box 4580, Carol Stream, IL 60197-4580 |
| 519764822 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:47:52 | Macy's, PO Box 8053, Mason, OH 45040 |
| 519764825 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:58:10 | Macy's Visa, P0 Box 745012, Cincinnati, OH 45274 |

| | | | |
|---|---|---|---|
| 519764827 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:57:56 | Macy's Visa, P0 Box 9001108, Louisville, KY 40208 |
| 519764828 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:57:56 | Macys, P0 Box 8218, Mason, OH 45040 |
| 519764792 | Email/Text: mrdiscen@discover.com | Dec 06 2022 20:48:00 | Discover, PO Box 30399, Salt Lake City, UT 84130 |
| 519764790 | Email/Text: mrdiscen@discover.com | Dec 06 2022 20:48:00 | Discover, PO Box 5019, Sandy, UT 84091-5019 |
| 519764789 | Email/Text: mrdiscen@discover.com | Dec 06 2022 20:48:00 | Discover, PO Box 5044, Sandy, UT 84091-5044 |
| 519764796 | + Email/Text: creditcardbkcorrespondence@bofa.com | Dec 06 2022 20:48:00 | FIA Card Services, NA, P0 Box 15137, Wilmington, DE 19850-5137 |
| 519764797 | + Email/Text: fggbanko@fgny.com | Dec 06 2022 20:48:00 | Forster, Garbus & Garbus, Attorneys At Law, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519764800 | + Email/Text: fggbanko@fgny.com | Dec 06 2022 20:48:00 | Foster, Garbus & Garbus, Attorneys At Law, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519764803 | + Email/PDF: gecsedi@recoverycorp.com | Dec 06 2022 20:47:06 | JC Penny, Attention: Bankruptcy, P0 Box 103104, Roswell, GA 30076-9104 |
| 519764804 | + Email/PDF: gecsedi@recoverycorp.com | Dec 06 2022 20:47:13 | JCPenny, PO Box 530945, Atlanta, GA 30353-0945 |
| 519764805 | + Email/PDF: gecsedi@recoverycorp.com | Dec 06 2022 20:47:08 | JCPenny, P0 Box 981131, El Paso, TX 79998-1131 |
| 519764806 | + Email/PDF: gecsedi@recoverycorp.com | Dec 06 2022 20:47:35 | JCPenny, PO Box 960090, Orlando, FL 32896-0090 |
| 519764807 | + Email/Text: bankruptcies@jnrcollects.com | Dec 06 2022 20:49:00 | JNR Adjustment Company, P0 Box 27070, Minneapolis, MN 55427-0070 |
| 519764808 | + Email/Text: bankruptcies@jnrcollects.com | Dec 06 2022 20:49:00 | JNR Adjustment Company, 7001 E Fish Lake Rd Ste, Maple Grove, MN 55311-2841 |
| 519764746 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 06 2022 20:47:46 | Cardmember Services, P0 Box 8650, Wilmington, DE 19899 |
| 519764745 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 06 2022 20:47:46 | Cardmember Services, PO Box 15153, Wilmington, DE 19886 |
| 519764750 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 06 2022 20:46:58 | Chase Bank, P0 Box 15298, Wilmington, DE 19850 |
| 519764752 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 06 2022 20:47:46 | Chase Bank, PO Box 15153, Wilmington, DE 19886 |
| 519764755 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 06 2022 20:47:46 | Chase Bank, PO Box 183164, Columbus, OH 43218 |
| 519764753 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 06 2022 20:46:59 | Chase Bank, PO Box 659732, San Antonio, TX 78265 |
| 519764757 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 06 2022 20:47:46 | Chase Bank, PO Box 901060, Fort Worth, TX 76101 |
| 519764754 | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 06 2022 20:47:46 | Chase bank, PO Box 659409, San Antonio, TX 78265 |
| 519764809 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 06 2022 20:48:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 519764810 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 06 2022 20:48:00 | Kohl's, PO Box 3004, Milwaukee, WI 53201-3004 |
| 519764811 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 06 2022 20:48:00 | Kohls, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 519764815 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2022 20:47:39 | LVNV, 55 Beattie Place, Greenville, SC 29601-5115 |
| 519764816 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2022 20:57:56 | LVNV Funding, Attn: Resurgent Capital, 15 South |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519764842 | | Email/Text: Bankruptcy@mjrf.com | Dec 06 2022 20:48:00 | Mullooly, Jeffrey, Rooney & Flynn, 6851 Jericho Turnpike Suite 220, PO Box 9036, Syosset, NY 11791 |
| 519764844 | | Email/Text: Bankruptcy@mjrf.com | Dec 06 2022 20:48:00 | Mullooly, Jeffrey, Rooney & Flynn, 6851 Jericho Turnpike Suite 220, Syosset, NY 11791 |
| 519764843 | | Email/Text: Bankruptcy@mjrf.com | Dec 06 2022 20:48:00 | Mullooly, Jeffrey, Rooney & Flynn, PO Box 9036, 16th Floor, Syosset, NY 11791 |
| 519764836 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 06 2022 20:48:00 | Midland Credit Management, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519764835 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 06 2022 20:48:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 519764837 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 06 2022 20:48:00 | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 519764839 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 06 2022 20:48:00 | Midland Funding, Attn: Bankruptcy, P0 Box 939069, San Diego, CA 92193-9069 |
| 519764840 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 06 2022 20:48:00 | Midland Funding, P0 Box 2001, Warren, MI 48090-2001 |
| 519764854 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 06 2022 20:48:00 | PNC, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519764864 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 06 2022 20:48:00 | PNC Bank, 2730 LIberty Avenue, Pittsburgh, PA 15222 |
| 519764871 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 06 2022 20:48:00 | PNC Bank, Attn: Customer Service, PO Box 609, Pittsburgh, PA 15230 |
| 519764861 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 06 2022 20:48:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519764878 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 06 2022 20:48:00 | PNC Mortgage, PO Box 1820, Dayton, OH 45401 |
| 519764855 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 06 2022 20:48:00 | Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 519764877 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 06 2022 20:48:00 | Pnc Bank Na, P0 Box 3180, Pittsburgh, PA 15230 |
| 519764876 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 06 2022 20:48:00 | PNC Bank, PO Box 15137, Wilmington, DE 19886-5137 |
| 519764884 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 06 2022 20:47:23 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764887 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 06 2022 20:47:38 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 519764886 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 06 2022 20:47:23 | Portfolio Recovery, 140 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 519764879 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 06 2022 20:47:23 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764845 | | Email/Text: signed.order@pfwattorneys.com | Dec 06 2022 20:48:00 | New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519764893 | | Email/Text: signed.order@pfwattorneys.com | Dec 06 2022 20:48:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519764894 | | Email/Text: signed.order@pfwattorneys.com | Dec 06 2022 20:48:00 | Pressler & Pressler ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764895 | | Email/Text: signed.order@pfwattorneys.com | Dec 06 2022 20:48:00 | Pressler & Pressler ESQ PC, 7 Entin Road, Parsippany, NJ 07054 |
| 519764896 | | Email/Text: signed.order@pfwattorneys.com | Dec 06 2022 20:48:00 | Pressler And Pressler, Attorneys, 7 Entin Road, Parsippany, NJ 07054 |
| 519764897 | | Email/Text: signed.order@pfwattorneys.com | Dec 06 2022 20:48:00 | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, |

Note: first row continues prior page: "Main Street, Greenville, SC 29601-2743"

Case 22-19052-VFP    Doc 18    Filed 12/08/22    Entered 12/09/22 00:14:42    Desc Imaged
Certificate of Notice    Page 17 of 20

| District/off: 0312-2 | User: admin | Page 7 of 10 |
| --- | --- | --- |
| Date Rcvd: Dec 06, 2022 | Form ID: pdf901 | Total Noticed: 216 |

| | | | |
|---|---|---|---|
| 519764899 | Email/Text: signed.order@pfwattorneys.com | | Parsippany, NJ 07054 |
| | | Dec 06 2022 20:48:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764907 | ^ MEBN | Dec 06 2022 20:39:38 | Resurgent, PO Box 1410, Troy, MI 48099-1410 |
| 519764908 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2022 20:57:56 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 519764910 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 06 2022 20:47:38 | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 519764930 | Email/Text: EBN@seliplaw.com | Dec 06 2022 20:48:00 | Selip and Stylianou, 199 Crossways Park Drive, PO Box 9004, Woodbury, NY 11797 |
| 519764914 | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:58:03 | Sears, P0 Box 182532, Columbus, OH 43218 |
| 519764912 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:47:52 | Sears, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764916 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:58:03 | Sears Credit, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764921 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:47:39 | Sears Credit Card, P0 Box 78051, Phoenix, AZ 85062-8051 |
| 519764919 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:57:57 | Sears Credit Card, PO Box 183081, Columbus, OH 43218-3081 |
| 519764920 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:57:56 | Sears Credit Card, PO Box 183082, Columbus, OH 43218-3082 |
| 519764918 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:58:10 | Sears Credit Card, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764922 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:58:10 | Sears Credit Cards, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764924 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:47:39 | Sears Credit Cards, PO Box 183081, Columbus, OH 43218-3081 |
| 519764923 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:57:57 | Sears Credit Cards, PO Box 183082, Columbus, OH 43218-3082 |
| 519764927 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:47:51 | Sears Gold Mastercard, PO Box 6922, The Lakes, NV 88901-0001 |
| 519764926 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 06 2022 20:57:56 | Sears Gold Mastercard, PO Box 182156, Columbus, OH 43218-2156 |
| 519764936 | + Email/PDF: gecsedi@recoverycorp.com | Dec 06 2022 20:47:02 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 519764939 | + Email/PDF: gecsedi@recoverycorp.com | Dec 06 2022 20:47:11 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 519764937 | + Email/PDF: gecsedi@recoverycorp.com | Dec 06 2022 20:47:47 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 519764938 | + Email/PDF: gecsedi@recoverycorp.com | Dec 06 2022 20:47:46 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 519764941 | + Email/PDF: gecsedi@recoverycorp.com | Dec 06 2022 20:47:35 | Synchrony Bank, P0 Box 965024, Orlando, FL 32896-5024 |
| 519764935 | + Email/PDF: gecsedi@recoverycorp.com | Dec 06 2022 20:47:12 | Synchrony Bank, P0 Box 965036, Orlando, FL 32896-5036 |
| 519766914 | + Email/PDF: gecsedi@recoverycorp.com | Dec 06 2022 20:47:48 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519764945 | Email/Text: bankruptcy@td.com | Dec 06 2022 20:48:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 519764947 | Email/Text: bankruptcy@td.com | Dec 06 2022 20:48:00 | TD Banknorth, Operations Center, P0 Box 1377, |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Lewiston, ME 04243 |
| 519764942 | + | Email/Text: bncmail@w-legal.com | Dec 06 2022 20:48:00 | Target, P0 Box 673, Minneapolis, MN 55440-0673 |
| 519764943 | + | Email/Text: bncmail@w-legal.com | Dec 06 2022 20:48:00 | Target, 3901 West 53rd St., Sioux Falls, SD 57106-4216 |
| 519764944 | + | Email/Text: bncmail@w-legal.com | Dec 06 2022 20:48:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 519764795 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 06 2022 20:48:00 | Elan Financial Service, 777 E Wisconsin Avenue, Milwaukee, WI 53202 |
| 519764952 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 06 2022 20:48:00 | US Bank, 4801 Frederica Street, Owensboro, KY 42301 |
| 519764951 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 06 2022 20:48:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |
| 519764949 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 06 2022 20:48:00 | US Bank, PO Box 5227, Cincinnati, OH 45201 |
| 519764950 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 06 2022 20:48:00 | US Bank, PO Box 790408, Saint Louis, MO 63179 |
| 519764953 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 06 2022 20:48:00 | US bank, PO Box 6352, Fargo, ND 58125 |
| 519764955 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 06 2022 20:47:36 | Wells Fargo, P0 Box 31557, Billings, MT 59107-1557 |
| 519764958 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 06 2022 20:47:50 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |
| 519764961 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 06 2022 20:48:00 | World Financial Network Bank, 220 W. Schrock Road, Westerville, OH 43081-2873 |

TOTAL: 158

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519764705 | *+ | Asmaa Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |
| 519764713 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79901 |
| 519764714 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79901 |
| 519764766 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Citibank Sd, Na, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764732 | *+ | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 519764734 | *+ | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 519764744 | *+ | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519764774 | *+ | CitiCards, PO Box 6345, The Lakes, NV 88901-0001 |
| 519764762 | * | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 519764764 | *+ | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764768 | *+ | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 519764769 | *+ | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 519764772 | *+ | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764773 | *+ | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764784 | *+ | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 519764788 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519764824 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 519764821 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, P0 Box 4583, Carol Stream, IL 60197 |
| 519764829 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys, P0 Box 8218, Mason, OH 45040 |
| 519764830 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys, P0 Box 8218, Mason, OH 45040 |
| 519764751 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P0 Box 15298, Wilmington, DE 19850 |
| 519764756 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase bank, PO Box 659409, San Antonio, TX 78265 |

Case 22-19052-VFP    Doc 18    Filed 12/08/22    Entered 12/09/22 00:14:42    Desc Imaged
                         Certificate of Notice    Page 19 of 20

| District/off: 0312-2 | User: admin | Page 9 of 10 |
|---|---|---|
| Date Rcvd: Dec 06, 2022 | Form ID: pdf901 | Total Noticed: 216 |

| | | |
|---|---|---|
| 519764812 | *+ | Kohls, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 519764838 | *+ | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 519764851 | *+ | NYC Department of Finance, Parking Violations Operations, Peck Slip Station, PO Box 2337, New York, NY 10272-2337 |
| 519764850 | * | NYC Department of Finance, Parking Violations Operations, JAF Station, PO Box 1724, New York, NY 10116-1724 |
| 519764867 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 519764872 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 LIberty Avenue, Pittsburgh, PA 15222 |
| 519764863 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519764868 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519764856 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 519764857 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 519764873 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 5570, Cleveland, OH 44101 |
| 519764862 | * | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 519764870 | * | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 519764888 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764889 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764890 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764891 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764885 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 519764880 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764881 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764882 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764883 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764846 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519764898 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519764900 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764901 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764865 | *+ | Pnc Bank, 103 Bellevue Pkwy, Wilmington, DE 19809-3701 |
| 519764909 | *+ | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 519764911 | *+ | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 519764913 | *+ | Sears, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764917 | *+ | Sears Credit, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764925 | *+ | Sears Credit Cards, PO Box 183081, Columbus, OH 43218-3081 |
| 519764933 | * | State of New Jersey, Department of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 519764940 | *+ | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 519764948 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank, 205 W 4th Street, Cincinnati, OH 45202 |
| 519764954 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank Rms Cc, 205 W 4th Street, Cincinnati, OH 45202 |

TOTAL: 0 Undeliverable, 58 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 22-19052-VFP    Doc 18    Filed 12/08/22    Entered 12/09/22 00:14:42    Desc Imaged
Certificate of Notice    Page 20 of 20

| District/off: 0312-2 | User: admin | Page 10 of 10 |
|---|---|---|
| Date Rcvd: Dec 06, 2022 | Form ID: pdf901 | Total Noticed: 216 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2022                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION duhlmann@martonelaw.com, Bky@martonelaw.com |
| Herbert B. Raymond | on behalf of Debtor Safi M Hanafy herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5