HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

Re:  SAFI M HANAFY
151 BURHANS AVENUE
HALEDON,  NJ  07508

Atty:  HERBERT B. RAYMOND, ESQ.
7 GLENWOOD AVENUE
4TH FLOOR SUITE 408
EAST ORANGE, NJ  07017

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/13/2023
Chapter 13 Case # 22-19052

### RECEIPTS AS OF 01/13/2023    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/28/2022 | $450.00 | 8902481000 | 01/11/2023 | $450.00 | 8932902000 |

**Total Receipts: $900.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $900.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/13/2023    (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 49.50 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AT& MOBILITY INC. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | AMERICAN EXPRESS NATIONAL BANK | UNSECURED | 10,396.55 | 0.00% | 0.00 | 0.00 |
| 0013 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0025 | BARNET HOSPITAL | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0029 | BOROUGH OF HALEDON | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0033 | CAVALRY SPV I LLC | UNSECURED | 3,512.04 | 0.00% | 0.00 | 0.00 |
| 0034 | CAVALRY SPV I LLC | UNSECURED | 2,448.89 | 0.00% | 0.00 | 0.00 |
| 0038 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0040 | CAPITAL ONE BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0051 | CHASE BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0059 | LVNV FUNDING LLC | UNSECURED | 5,296.76 | 0.00% | 0.00 | 0.00 |
| 0063 | CITIBANK SD, NA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0077 | CREDIT ONE BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0084 | DISCOVER FINANCIAL SERVICES LLC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0085 | ELAN FINANCIAL SERVICE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0093 | JC PENNY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0098 | JNR ADJUSTMENT COMPANY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 22-19052**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0101 | KOHLS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0116 | MACYS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0117 | MAHER ALQARALLAH | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0123 | MIDLAND FUNDING | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0126 | MOHAMMAD ZUGHBI | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0130 | NYC DEPARTMENT OF FINANCE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0134 | NEW CENTURY FINANCIAL, LLC | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0149 | PAUL A GROSSO, ESQ | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0151 | PNC BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0152 | PNC BANK | MORTGAGE ARRE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0153 | PNC BANK NA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0158 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0169 | RBS CITIZENS CC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0174 | SEARS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0176 | SEARS CREDIT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0177 | SEARS CREDIT CARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0181 | SEARS CREDIT CARDS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0191 | STATE OF NEW JERSEY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0203 | TARGET | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0211 | US BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0212 | US BANK RMS CC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0213 | WELLS FARGO | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0221 | CHASE BANK | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0222 | CITIBANK SD, NA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0223 | KOHLS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0224 | MACYS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0225 | MACYS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0226 | MIDLAND FUNDING | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0227 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0228 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0229 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0230 | PORTFOLIO RECOVERY | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0231 | SEARS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0232 | SEARS CREDIT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |

**Total Paid: $49.50**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 15, 2023.

Receipts: $900.00    -    Paid to Claims: $0.00    -    Admin Costs Paid: $49.50    =    Funds on Hand: $850.50

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.