Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−19052−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Safi M Hanafy
   151 Burhans Avenue
   Haledon, NJ 07508

Social Security No.:
   xxx−xx−1264

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 26, 2023.

Dated: January 26, 2023
JAN: jf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Safi M Hanafy  
Debtor

Case No. 22-19052-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 10  
Date Rcvd: Jan 26, 2023     Form ID: plncf13     Total Noticed: 220

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Safi M Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |
| 519764695 | + | American Expess Legal LLC, 500 North Franklin Turnpike, PO Box 278, Ramsey, NJ 07446-0278 |
| 519764701 | + | Apotaker & Scian PC, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 519764702 | + | Apothaker Scian PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 519764703 | + | Apothaker & Associates, PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 519764704 | + | Asmaa Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |
| 519764711 | | Bank of America, 4461 Piedmont Parkway, Greensboro, NC 27410 |
| 519764721 | + | Barnet Hospital, 1 E 35th Street, Paterson, NJ 07514-1311 |
| 519764720 | + | Barnet Hospital, 680 Broadway, Paterson, NJ 07514-1524 |
| 519764725 | + | Borough of Haledon, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764726 | + | Borough of Haledon NJ, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764727 | + | Borough of Haledon, NJ, Attn: water / sewer, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764747 | + | Cardmember Services, PO Box 8982, Madison, WI 53708-8982 |
| 519764749 | + | Celentano. Stadtmauer & Walentowicz, PO Box 2594, 1035 Route 46 East, Clifton, NJ 07013-7481 |
| 519764748 | | Celentano. Stadtmauer & Walentowicz, PO Box 2594, Clifton, NJ 07015-2594 |
| 519764775 | + | Citicorp Cedit Services, PO Box 39308, Solon, OH 44139-0308 |
| 519764779 | + | Citizens Bank, Asset Disposition Redemption Specialist, 100A Sockanossett Crossroad, RDC100, Cranston, RI 02920-5539 |
| 519764778 | + | Citizens Bank, 100 Sockanosset Crossroads, Cranston, RI 02920-5565 |
| 519764780 | + | Citizens Bank, P0 Box 42115, Providence, RI 02940-2115 |
| 519764781 | + | Citizens Finance Corporation, PO Box 844, Wausau, WI 54402-0844 |
| 519764798 | | Foster & Garbus, PO Box 9030, Farmingdale, NY 11735 |
| 519764799 | + | Foster and Garbus, 500 Bi-County Blvd., Suite 300, West Wing, Farmingdale, NY 11735-3988 |
| 519764801 | + | Gerald Sherman, Attn: Paul Grosso, ESQ, 172 Market Street, Elmwood Park, NJ 07407-1413 |
| 519764802 | + | Haledon Tax Collector, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764813 | | Kohls/chase, N58 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 519764814 | + | LDW Benefits Payment Control, PO Box 650, Trenton, NJ 08646-0650 |
| 519764823 | + | Macy's, PO Box 71359, Philadelphia, PA 19176-1359 |
| 519764826 | | Macy's Visa, PO Box 90098, West Chester, OH 45071 |
| 519764831 | + | Maher Alqarallah, 15 Brookview Drive, Haledon, NJ 07508-2600 |
| 519764832 | + | Martone & Uhlmann ESQ, 777 Passaic Avenue, Suite 535, Clifton, NJ 07012-1874 |
| 519764833 | + | Martone & Uhlmann PC, 777 Passaic Avenue, Suite 535, Clifton, NJ 07012-1874 |
| 519764834 | + | Mattleman, Weinworth, & Miller ESQ LLP, 401 Route 70 East, Suite 100, Cherry Hill, NJ 08034-2410 |
| 519764841 | + | Mohammad Zughbi, 55 3rd Avenue, Paterson, NJ 07524-1560 |
| 519764848 | + | NYC Department of Finance, Parking summons, PO Box 2057, New York, NY 10272-2057 |
| 519764849 | + | NYC Department of Finance, Parking Violations Operations, Peck Slip Station, PO Box 2337, New York, NY 10272-2337 |
| 519764847 | | NYC Department of Finance, Parking Violations Operations, JAF Station, PO Box 1724, New York, NY 10116-1724 |
| 519764852 | + | NYC Parking Violations, Church Street Station, PO Box 3611, New York, NY 10008-3611 |
| 519764859 | | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 519764869 | + | PNC Bank, Attn: Mortgage Service Center, PO Box 3714558, Pittsburgh, PA 15250-0001 |
| 519764874 | | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |
| 519764860 | | PNC Bank, Attn: Mortgage Service Center, PO Box 371458, Summit Hill, PA 18250 |
| 519764875 | | PNC Bank, PO Box 4700, Wilkes Barre, PA 18773-4700 |
| 519764866 | | PNC Bank, Po Box 5370, Cleveland, OH 44101 |
| 519764892 | ++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 address filed with court:, PRA III , LLC, PO Box 12914, Norfolk, VA 23541 |

Case 22-19052-VFP    Doc 31    Filed 01/28/23    Entered 01/29/23 00:16:35    Desc Imaged
                          Certificate of Notice    Page 3 of 11

| District/off: 0312-2 | User: admin | Page 2 of 10 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: plncf13 | Total Noticed: 220 |

| | | |
|---|---|---|
| 519764853 | + | Paul a Grosso, ESQ, 172 Market Street, Elmwood Park, NJ 07407-1413 |
| 519764858 | + | Pnc Bank, 103 Bellevue Pkwy, Wilmington, DE 19809-3701 |
| 519764902 | + | Prism, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 519764915 | | Sears, PO Box 182459, Columbus, OH 43218 |
| 519764928 | | Selip & Stylianou, LLC, Attorneys At Law, PO Box 914, Paramus, NJ 07653-0914 |
| 519764931 | + | Selip and Stylianou, 199 Crossways Park Drive, PO Box 393, Woodbury, NY 11797-2016 |
| 519764929 | + | Selip and Stylianou, PO Box 9004, Melville, NY 11747-9004 |
| 519764932 | | State of New Jersey, Department of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 519764934 | + | State of New Jersey, Department of Labor, PO Box 059, Trenton, NJ 08625-0059 |
| 519764946 | | TD bank, PO Box 84037, Fortson, GA 31808 |
| 519764956 | + | Wells Fargo Bank, PO Box 30086, Los Angeles, CA 90030-0086 |
| 519764957 | + | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |
| 519764959 | + | Wells Fargo Card Services, PO Box 6412, Carol Stream, IL 60197-6412 |
| 519764960 | + | Wells Fargo Financial, PO Box 98784, Las Vegas, NV 89193-8784 |

TOTAL: 58

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 26 2023 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 26 2023 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Jan 26 2023 21:10:24 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519764706 | + | Email/Text: g20956@att.com | Jan 26 2023 21:01:00 | AT& Mobility Inc., One AT&T Way, Room 31104, Bedminster, NJ 07921-2693 |
| 519764707 | + | Email/Text: g20956@att.com | Jan 26 2023 21:01:00 | AT& Mobility Inc. AT&T Services, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 519764696 | + | Email/PDF: bncnotices@becket-lee.com | Jan 26 2023 21:10:15 | American Express, P0 Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 519764699 | | Email/PDF: bncnotices@becket-lee.com | Jan 26 2023 21:10:02 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 519764697 | + | Email/PDF: bncnotices@becket-lee.com | Jan 26 2023 21:10:02 | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519764698 | | Email/PDF: bncnotices@becket-lee.com | Jan 26 2023 21:10:29 | American Express, PO Box 297812, Ft. Lauderdale, FL 33329-7812 |
| 519764700 | | Email/PDF: bncnotices@becket-lee.com | Jan 26 2023 21:10:16 | American Express, PO Box 7871, Fort Lauderdale, FL 33329 |
| 519791574 | | Email/PDF: bncnotices@becket-lee.com | Jan 26 2023 21:10:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519764709 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 26 2023 21:00:00 | Bank Of America, Attention: Recovery Department, 4161 Peidmont Parkway, Greensboro, NC 27410 |
| 519764708 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 26 2023 21:00:00 | Bank Of America, P0 Box 982235, El Paso, TX 79998 |
| 519764716 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 26 2023 21:00:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519764719 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 26 2023 21:01:00 | Bank of America, PO Box 9000, Getzville, NY 14068-9000 |
| 519764712 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 26 2023 21:01:00 | Bank of America, 100 N Tyon Street, Charlotte, NC 28255-0001 |

Case 22-19052-VFP    Doc 31    Filed 01/28/23    Entered 01/29/23 00:16:35    Desc Imaged
                               Certificate of Notice    Page 4 of 11

| District/off: 0312-2 | User: admin | Page 3 of 10 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: plncf13 | Total Noticed: 220 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 519764710 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jan 26 2023 21:00:00 | Bank of America, Attn: Recovery Department, PO Box 2278, Norfolk, VA 23501-2278 |
| 519764715 | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 26 2023 21:01:00 | Bank of America, Attn; Bankruptcy, P0 Box 15021, Wilmington, DE 19850 |
| 519764717 | Email/Text: mortgagebkcorrespondence@bofa.com | Jan 26 2023 21:01:00 | Bank of America, 475 Crosspoint Parkway, PO Box 9000, Getzville, NY 14068-9000 |
| 519764718 | + Email/Text: mortgagebkcorrespondence@bofa.com | Jan 26 2023 21:01:00 | Bank of America, PO Box 17645, Baltimore, MD 21297-1645 |
| 519764723 | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 26 2023 21:00:00 | Best Buy, PO Box 17051, Baltimore, MD 21297-1051 |
| 519764722 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 26 2023 21:00:00 | Best Buy, Retail Services, PO Box 5244, Carol Stream, IL 60197-5244 |
| 519764724 | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Jan 26 2023 21:00:00 | Best Buy/HSBC Retail, PO Box 5244, Carol Stream, IL 60197-5244 |
| 519764735 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 26 2023 21:10:05 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 519764738 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 26 2023 21:10:07 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 519764743 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 26 2023 21:10:19 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519764758 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2023 21:09:58 | Citibank, Attn.: Citi Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764759 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2023 21:09:59 | Citibank, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764763 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2023 21:09:58 | Citibank, PO Box 6553, The Lakes, NV 88901 |
| 519764765 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2023 21:10:13 | Citibank Sd, Na, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764777 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2023 21:10:27 | Citicorp Credit Services, Inc., 7920 NW 110th Street, Kansas City, MO 64153 |
| 519764903 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 26 2023 21:00:00 | RBS, Credit Card Services, PO Box 42010, Providence, RI 02940 |
| 519764904 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 26 2023 21:00:00 | RBS, PO Box 18204, Bridgeport, CT 06601 |
| 519764906 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 26 2023 21:00:00 | RBS Citizens Cc, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 519764905 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 26 2023 21:00:00 | RBS Citizens Cc, Attn: Bankruptcy Department, 443 Jefferson Blvd, Warwick, RI 02886 |
| 519764728 | + Email/Text: bankruptcy@cavps.com | Jan 26 2023 21:01:00 | Calvary Investments, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 519764731 | + Email/Text: bankruptcy@cavps.com | Jan 26 2023 21:01:00 | Calvary Portfolio Services, 500 Summit Lake Drive, PO Box 520, Valhalla, NY 10595-0520 |
| 519764730 | + Email/Text: bankruptcy@cavps.com | Jan 26 2023 21:01:00 | Calvary Portfolio Services, Po Box 27288, Tempe, AZ 85285-7288 |
| 519764729 | + Email/Text: bankruptcy@cavps.com | Jan 26 2023 21:01:00 | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 519764733 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 26 2023 21:10:19 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 519764736 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 26 2023 21:10:06 | Capital One, PO Box 85147, Richmond, VA 23276-0001 |
| 519764740 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| | | | |
|---|---|---|---|
| | | Jan 26 2023 21:10:06 | Capital One Bank, PO Box 70885, Charlotte, NC 28272-0885 |
| 519764739 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jan 26 2023 21:09:53 | Capital One Bank, P0 Box 30281, Salt Lake City, UT 84130-0281 |
| 519764737 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jan 26 2023 21:10:06 | Capital One Bank, Attn: General Correspondence, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519764741 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jan 26 2023 21:10:06 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 519764742 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jan 26 2023 21:10:07 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519767836 | + Email/Text: bankruptcy@cavps.com | | |
| | | Jan 26 2023 21:01:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519764771 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jan 26 2023 21:10:28 | CitiCards, PO Box 6345, The Lakes, NV 88901-0001 |
| 519764761 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jan 26 2023 21:10:25 | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 519764760 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jan 26 2023 21:10:14 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764767 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jan 26 2023 21:10:14 | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 519764770 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jan 26 2023 21:10:26 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764776 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jan 26 2023 21:10:14 | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 519764782 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jan 26 2023 21:01:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 519764783 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Jan 26 2023 21:01:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 519764787 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Jan 26 2023 21:09:55 | Credit One Bank, P0 Box 80015, Los Angeles, CA 90080-0015 |
| 519764786 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Jan 26 2023 21:09:56 | Credit One Bank, 585 S. Pilot Street, Las Vegas, NV 89119-3619 |
| 519764785 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Jan 26 2023 21:10:22 | Credit One Bank, P0 Box 98873, Las Vegas, NV 89193-8873 |
| 519764791 | Email/Text: mrdiscen@discover.com | | |
| | | Jan 26 2023 21:00:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 519764793 | Email/Text: mrdiscen@discover.com | | |
| | | Jan 26 2023 21:00:00 | Discover, PO Box 30957, Salt Lake City, UT 84130 |
| 519764794 | Email/Text: mrdiscen@discover.com | | |
| | | Jan 26 2023 21:00:00 | Discover Financial Services Llc, P0 Box 15316, Wilmington, DE 19850 |
| 519764818 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jan 26 2023 21:10:15 | Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 519764817 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jan 26 2023 21:10:13 | Macy's, P.O. Box 4564, Carol Stream, IL 60197-4564 |
| 519764820 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jan 26 2023 21:10:28 | Macy's, PO Box 4563, Carol Stream, IL 60197-4563 |
| 519764819 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jan 26 2023 21:09:58 | Macy's, PO Box 4580, Carol Stream, IL 60197-4580 |
| 519764822 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jan 26 2023 21:10:15 | Macy's, PO Box 8053, Mason, OH 45040 |
| 519764825 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jan 26 2023 21:10:26 | Macy's Visa, P0 Box 745012, Cincinnati, OH 45274 |

Case 22-19052-VFP    Doc 31    Filed 01/28/23    Entered 01/29/23 00:16:35    Desc Imaged
Certificate of Notice    Page 6 of 11

| District/off: 0312-2 | User: admin | Page 5 of 10 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: plncf13 | Total Noticed: 220 |

| | | | | |
|---|---|---|---|---|
| 519764827 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2023 21:10:25 | Macy's Visa, P0 Box 9001108, Louisville, KY 40208 |
| 519764828 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2023 21:10:25 | Macys, P0 Box 8218, Mason, OH 45040 |
| 519764792 | | Email/Text: mrdiscen@discover.com | Jan 26 2023 21:00:00 | Discover, PO Box 30399, Salt Lake City, UT 84130 |
| 519764790 | | Email/Text: mrdiscen@discover.com | Jan 26 2023 21:00:00 | Discover, PO Box 5019, Sandy, UT 84091-5019 |
| 519764789 | | Email/Text: mrdiscen@discover.com | Jan 26 2023 21:00:00 | Discover, PO Box 5044, Sandy, UT 84091-5044 |
| 519764796 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 26 2023 21:00:00 | FIA Card Services, NA, P0 Box 15137, Wilmington, DE 19850-5137 |
| 519764797 | + | Email/Text: fggbanko@fgny.com | Jan 26 2023 21:00:00 | Forster, Garbus & Garbus, Attorneys At Law, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519764800 | + | Email/Text: fggbanko@fgny.com | Jan 26 2023 21:00:00 | Foster, Garbus & Garbus, Attorneys At Law, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519764803 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 26 2023 21:10:20 | JC Penny, Attention: Bankruptcy, P0 Box 103104, Roswell, GA 30076-9104 |
| 519764804 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 26 2023 21:10:21 | JCPenny, PO Box 530945, Atlanta, GA 30353-0945 |
| 519764805 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 26 2023 21:10:19 | JCPenny, P0 Box 981131, El Paso, TX 79998-1131 |
| 519764806 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 26 2023 21:09:54 | JCPenny, PO Box 960090, Orlando, FL 32896-0090 |
| 519764807 | + | Email/Text: bankruptcies@jnrcollects.com | Jan 26 2023 21:01:00 | JNR Adjustment Company, P0 Box 27070, Minneapolis, MN 55427-0070 |
| 519764808 | + | Email/Text: bankruptcies@jnrcollects.com | Jan 26 2023 21:01:00 | JNR Adjustment Company, 7001 E Fish Lake Rd Ste, Maple Grove, MN 55311-2841 |
| 519764746 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2023 21:09:53 | Cardmember Services, P0 Box 8650, Wilmington, DE 19899 |
| 519764745 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2023 21:10:05 | Cardmember Services, PO Box 15153, Wilmington, DE 19886 |
| 519764750 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2023 21:09:52 | Chase Bank, P0 Box 15298, Wilmington, DE 19850 |
| 519764752 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2023 21:10:19 | Chase Bank, PO Box 15153, Wilmington, DE 19886 |
| 519764755 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2023 21:10:19 | Chase Bank, PO Box 183164, Columbus, OH 43218 |
| 519764753 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2023 21:09:52 | Chase Bank, PO Box 659732, San Antonio, TX 78265 |
| 519764757 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2023 21:10:19 | Chase Bank, PO Box 901060, Fort Worth, TX 76101 |
| 519764754 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 26 2023 21:10:06 | Chase bank, PO Box 659409, San Antonio, TX 78265 |
| 519764809 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 26 2023 21:00:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 519764810 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 26 2023 21:00:00 | Kohl's, PO Box 3004, Milwaukee, WI 53201-3004 |
| 519764811 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 26 2023 21:00:00 | Kohls, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 519764815 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2023 21:09:58 | LVNV, 55 Beattie Place, Greenville, SC 29601-5115 |
| 519764816 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2023 21:10:26 | LVNV Funding, Attn: Resurgent Capital, 15 South |

| Recipient # | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | Main Street, Greenville, SC 29601-2743 |
| 519800398 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2023 21:09:59 | LVNV Funding LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519764842 | Email/Text: Bankruptcy@mjrf.com | Jan 26 2023 21:00:00 | Mullooly, Jeffrey, Rooney & Flynn, 6851 Jericho Turnpike Suite 220, PO Box 9036, Syosset, NY 11791 |
| 519764844 | Email/Text: Bankruptcy@mjrf.com | Jan 26 2023 21:00:00 | Mullooly, Jeffrey, Rooney & Flynn, 6851 Jericho Turnpike Suite 220, Syosset, NY 11791 |
| 519764843 | Email/Text: Bankruptcy@mjrf.com | Jan 26 2023 21:00:00 | Mullooly, Jeffrey, Rooney & Flynn, PO Box 9036, 16th Floor, Syosset, NY 11791 |
| 519764836 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 26 2023 21:01:00 | Midland Credit Management, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519764835 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 26 2023 21:01:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 519764837 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 26 2023 21:01:00 | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 519764839 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 26 2023 21:01:00 | Midland Funding, Attn: Bankruptcy, P0 Box 939069, San Diego, CA 92193-9069 |
| 519764840 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 26 2023 21:01:00 | Midland Funding, P0 Box 2001, Warren, MI 48090-2001 |
| 519764854 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 26 2023 21:00:00 | PNC, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519813716 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 26 2023 21:00:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 519817419 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 26 2023 21:00:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 519764864 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 26 2023 21:00:00 | PNC Bank, 2730 LIberty Avenue, Pittsburgh, PA 15222 |
| 519764871 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 26 2023 21:00:00 | PNC Bank, Attn: Customer Service, PO Box 609, Pittsburgh, PA 15230 |
| 519764861 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 26 2023 21:00:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519764878 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 26 2023 21:00:00 | PNC Mortgage, PO Box 1820, Dayton, OH 45401 |
| 519764855 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 26 2023 21:00:00 | Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 519764877 | Email/Text: Bankruptcy.Notices@pnc.com | Jan 26 2023 21:00:00 | Pnc Bank Na, P0 Box 3180, Pittsburgh, PA 15230 |
| 519764876 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jan 26 2023 21:00:00 | PNC Bank, PO Box 15137, Wilmington, DE 19886-5137 |
| 519764884 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2023 21:10:23 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764887 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2023 21:10:12 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 519764886 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2023 21:10:23 | Portfolio Recovery, 140 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 519764879 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2023 21:09:57 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519814730 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 26 2023 21:10:23 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 519764845 | Email/Text: signed.order@pfwattorneys.com | Jan 26 2023 21:00:00 | New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519764893 | Email/Text: signed.order@pfwattorneys.com | | |

| Recipient # | Flag | Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Jan 26 2023 21:00:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519764894 | | Email/Text: signed.order@pfwattorneys.com | Jan 26 2023 21:00:00 | Pressler & Pressler ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764895 | | Email/Text: signed.order@pfwattorneys.com | Jan 26 2023 21:00:00 | Pressler & Pressler ESQ PC, 7 Entin Road, Parsippany, NJ 07054 |
| 519764896 | | Email/Text: signed.order@pfwattorneys.com | Jan 26 2023 21:00:00 | Pressler And Pressler, Attorneys, 7 Entin Road, Parsippany, NJ 07054 |
| 519764897 | | Email/Text: signed.order@pfwattorneys.com | Jan 26 2023 21:00:00 | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519764899 | | Email/Text: signed.order@pfwattorneys.com | Jan 26 2023 21:00:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764907 | ^ | MEBN | Jan 26 2023 20:56:10 | Resurgent, PO Box 1410, Troy, MI 48099-1410 |
| 519764908 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2023 21:09:59 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 519764910 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2023 21:09:59 | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 519764930 | | Email/Text: EBN@seliplaw.com | Jan 26 2023 21:00:00 | Selip and Stylianou, 199 Crossways Park Drive, PO Box 9004, Woodbury, NY 11797 |
| 519764914 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2023 21:10:25 | Sears, P0 Box 182532, Columbus, OH 43218 |
| 519764912 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2023 21:10:25 | Sears, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764916 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2023 21:10:14 | Sears Credit, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764921 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2023 21:09:59 | Sears Credit Card, P0 Box 78051, Phoenix, AZ 85062-8051 |
| 519764919 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2023 21:10:28 | Sears Credit Card, PO Box 183081, Columbus, OH 43218-3081 |
| 519764920 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2023 21:10:28 | Sears Credit Card, PO Box 183082, Columbus, OH 43218-3082 |
| 519764918 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2023 21:10:28 | Sears Credit Card, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764922 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2023 21:10:01 | Sears Credit Cards, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764924 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2023 21:10:01 | Sears Credit Cards, PO Box 183081, Columbus, OH 43218-3081 |
| 519764923 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2023 21:10:28 | Sears Credit Cards, PO Box 183082, Columbus, OH 43218-3082 |
| 519764927 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2023 21:10:15 | Sears Gold Mastercard, PO Box 6922, The Lakes, NV 88901-0001 |
| 519764926 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 26 2023 21:10:15 | Sears Gold Mastercard, PO Box 182156, Columbus, OH 43218-2156 |
| 519764936 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 26 2023 21:10:08 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 519764939 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 26 2023 21:09:55 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 519764937 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 26 2023 21:09:53 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 519764938 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 26 2023 21:10:19 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 519764941 | + | Email/PDF: gecsedi@recoverycorp.com | | |

Case 22-19052-VFP    Doc 31    Filed 01/28/23    Entered 01/29/23 00:16:35    Desc Imaged
Certificate of Notice    Page 9 of 11

| District/off: 0312-2 | User: admin | Page 8 of 10 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: plncf13 | Total Noticed: 220 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 26 2023 21:09:54 | Synchrony Bank, P0 Box 965024, Orlando, FL 32896-5024 |
| 519764935 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 26 2023 21:10:21 | Synchrony Bank, P0 Box 965036, Orlando, FL 32896-5036 |
| 519766914 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 26 2023 21:10:20 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519764945 | | Email/Text: bankruptcy@td.com | Jan 26 2023 21:01:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 519764947 | | Email/Text: bankruptcy@td.com | Jan 26 2023 21:01:00 | TD Banknorth, Operations Center, P0 Box 1377, Lewiston, ME 04243 |
| 519764942 | + | Email/Text: bncmail@w-legal.com | Jan 26 2023 21:01:00 | Target, P0 Box 673, Minneapolis, MN 55440-0673 |
| 519764943 | + | Email/Text: bncmail@w-legal.com | Jan 26 2023 21:01:00 | Target, 3901 West 53rd St., Sioux Falls, SD 57106-4216 |
| 519764944 | + | Email/Text: bncmail@w-legal.com | Jan 26 2023 21:01:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 519764795 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 26 2023 21:01:00 | Elan Financial Service, 777 E Wisconsin Avenue, Milwaukee, WI 53202 |
| 519764952 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 26 2023 21:01:00 | US Bank, 4801 Frederica Street, Owensboro, KY 42301 |
| 519764951 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 26 2023 21:01:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |
| 519764949 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 26 2023 21:01:00 | US Bank, PO Box 5227, Cincinnati, OH 45201 |
| 519764950 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 26 2023 21:01:00 | US Bank, PO Box 790408, Saint Louis, MO 63179 |
| 519764953 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 26 2023 21:01:00 | US bank, PO Box 6352, Fargo, ND 58125 |
| 519764955 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 26 2023 21:10:09 | Wells Fargo, P0 Box 31557, Billings, MT 59107-1557 |
| 519764958 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 26 2023 21:10:21 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |
| 519764961 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 26 2023 21:01:00 | World Financial Network Bank, 220 W. Schrock Road, Westerville, OH 43081-2873 |

TOTAL: 162

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 519764705 | *+ | Asmaa Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |
| 519764713 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79901 |
| 519764714 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79901 |
| 519764766 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Citibank Sd, Na, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764732 | *+ | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 519764734 | *+ | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 519764744 | *+ | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519764774 | *+ | CitiCards, PO Box 6345, The Lakes, NV 88901-0001 |
| 519764762 | * | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 519764764 | *+ | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764768 | *+ | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 519764769 | *+ | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 519764772 | *+ | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764773 | *+ | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |

| District/off: 0312-2 | User: admin | Page 9 of 10 |
|---|---|---|
| Date Rcvd: Jan 26, 2023 | Form ID: plncf13 | Total Noticed: 220 |

| | | |
|---|---|---|
| 519764784 | *+ | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 519764788 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519764824 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 519764821 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, P0 Box 4583, Carol Stream, IL 60197 |
| 519764829 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys, P0 Box 8218, Mason, OH 45040 |
| 519764830 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys, P0 Box 8218, Mason, OH 45040 |
| 519764751 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P0 Box 15298, Wilmington, DE 19850 |
| 519764756 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase bank, PO Box 659409, San Antonio, TX 78265 |
| 519764812 | *+ | Kohls, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 519764838 | *+ | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 519764851 | *+ | NYC Department of Finance, Parking Violations Operations, Peck Slip Station, PO Box 2337, New York, NY 10272-2337 |
| 519764850 | * | NYC Department of Finance, Parking Violations Operations, JAF Station, PO Box 1724, New York, NY 10116-1724 |
| 519764867 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 519764872 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 LIberty Avenue, Pittsburgh, PA 15222 |
| 519764863 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519764868 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519818990 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519764856 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 519764857 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 519764873 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 5570, Cleveland, OH 44101 |
| 519764862 | * | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 519764870 | * | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 519764888 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764889 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764890 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764891 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764885 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 519764880 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764881 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764882 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764883 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764846 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519764898 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519764900 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764901 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764865 | *+ | Pnc Bank, 103 Bellevue Pkwy, Wilmington, DE 19809-3701 |
| 519764909 | *+ | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 519764911 | *+ | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 519764913 | *+ | Sears, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764917 | *+ | Sears Credit, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764925 | *+ | Sears Credit Cards, PO Box 183081, Columbus, OH 43218-3081 |
| 519764933 | * | State of New Jersey, Department of Labor, PO Box 951, Trenton, NJ 08625-0951 |

| | | |
|---|---|---|
| 519764940 | *+ | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 519764948 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank, 205 W 4th Street, Cincinnati, OH 45202 |
| 519764954 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank Rms Cc, 205 W 4th Street, Cincinnati, OH 45202 |

TOTAL: 0 Undeliverable, 60 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 28, 2023                  Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com |
| Herbert B. Raymond | on behalf of Debtor Safi M Hanafy herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5