| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Martone & Uhlmann, PC<br>Dennis P. Uhlmann, Jr., Esq.<br>777 Passaic Avenue, Suite 535<br>Clifton, NJ 07012<br>(973) 473-3000<br>Attorney for Creditor/Servicing Agent<br><br>PNC BANK, NATIONAL ASSOCIATION<br>36.8711 | |
| In re:<br><br>Safi M. Hanafy | |

Order Filed on February 2, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 22-19052-VFP

Chapter 13

Hon. Judge Vincent F. Papalia

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION BY SECURED CREDITOR**
**CONFIRMATION HEARING DATE: January 19, 2023 - 8:30 AM**
(REAL PROPERTY)

The relief set forth on the following pages numbered two through two is hereby ORDERED

**DATED: February 2, 2023**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

(Page 2)
Debtor: Safi M. Hanafy
Case No.: 22-19052-VFP
Caption of Order: CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION BY SECURED CREDITOR CONFIRMATION HEARING DATE: January 19, 2023 - 8:30 AM

---

This matter being opened to the Court by MARTONE AND UHLMANN, P.C., attorneys for the Secured Creditor, PNC BANK, NATIONAL ASSOCIATION, upon the filing of the Objection to Confirmation by Secured Creditor Confirmation Hearing Date: January 19, 2023 – 8:30 am, in a Chapter 13 case and due notice of said Objection to the Chapter 13 Trustee, the Debtor and the attorney for the Debtor, and for good cause shown, it is

1. ORDERED that the Debtor provide adequate protection payments to the Secured Creditor/Servicing Agent.
   a. Said total consists of 60% Principal and Interest and 100% escrow in the amount of $705.00 to be paid on the Fifteenth of every month beginning with January 15, 2023.
   b. Payment shall be made payable to PNC BANK, NATIONAL ASSOCIATION, and sent directly to Secured Creditor at the address below:

   PNC BANK, NATIONAL ASSOCIATION
   3232 Newmark Drive
   Miamisburg, OH 45342

2. ORDERED that the Debtor, shall complete and submit a Full and Complete Loss Mitigation Page to Secured Creditor, on or before February 15, 2023 or as extended by the court; and

3. ORDERED that once the Full and Completed Loss Mitigation package is received by Secured Creditor, PNC BANK, NATIONAL ASSOCIATION will render their decision within 30 days; and

4. ORDERED that once the Debtor receives the determination of the Loss Mitigation Review, and after expiration of any appeal deadlines and appeal processes, the debtor will file an Amended Plan within 20 days of the decision being rendered; and

5. ORDERED that the creditor shall serve a filed copy of this Order on the Debtor via regular mail. The Debtor's attorney and Chapter 13 Trustee will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.

*The undersigned hereby consent to the form and entry of the within Order:*

**Law Offices of Raymond and Raymond, Attorneys at Law**
*Attorneys for Debtor*
By: _[signature]_, Esq.
Dated: 1/31/2023    Herbert B. Raymond, Esq.

**Martone & Uhlmann, P.C.**
*Attorneys for Secured Creditor*
By: _[signature]_
Dennis P. Uhlmann, Jr., Esq.
Dated: 2/1/2023