| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>Martone & Uhlmann, PC<br>Dennis P. Uhlmann, Jr., Esq.<br>777 Passaic Avenue, Suite 535<br>Clifton, NJ 07012<br>(973) 473-3000<br>Attorney for Creditor/Servicing Agent<br><br>PNC BANK, NATIONAL ASSOCIATION<br>36.8711 | Order Filed on February 2, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Safi M. Hanafy | Case No. 22-19052-VFP<br><br>Chapter 13<br><br>Hon. Judge Vincent F. Papalia |

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION BY SECURED CREDITOR**
**CONFIRMATION HEARING DATE: January 19, 2023 -8:30 AM**
(REAL PROPERTY)

The relief set forth on the following pages numbered two through two is hereby **ORDERED**

**DATED: February 2, 2023**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

(Page 2)
Debtor: Safi M. Hanafy
Case No.: 22-19052-VFP
Caption of Order: CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION BY SECURED CREDITOR CONFIRMATION HEARING DATE: January 19, 2023 - 8:30 AM

This matter being opened to the Court by MARTONE AND UHLMANN, P.C., attorneys for the Secured Creditor, PNC BANK, NATIONAL ASSOCIATION, upon the filing of the Objection to Confirmation by Secured Creditor Confirmation Hearing Date: January 19, 2023 – 8:30 am, in a Chapter 13 case and due notice of said Objection to the Chapter 13 Trustee, the Debtor and the attorney for the Debtor, and for good cause shown, it is

1. ORDERED that the Debtor provide adequate protection payments to the Secured Creditor/Servicing Agent.
    a. Said total consists of 60% Principal and Interest and 100% escrow in the amount of $705.00 to be paid on the Fifteenth of every month beginning with January 15, 2023.
    b. Payment shall be made payable to PNC BANK, NATIONAL ASSOCIATION, and sent directly to Secured Creditor at the address below:

    PNC BANK, NATIONAL ASSOCIATION
    3232 Newmark Drive
    Miamisburg, OH 45342

2. ORDERED that the Debtor, shall complete and submit a Full and Complete Loss Mitigation Page to Secured Creditor, on or before February 15, 2023 or as extended by the court; and

3. ORDERED that once the Full and Completed Loss Mitigation package is received by Secured Creditor, PNC BANK, NATIONAL ASSOCIATION will render their decision within 30 days; and

4. ORDERED that once the Debtor receives the determination of the Loss Mitigation Review, and after expiration of any appeal deadlines and appeal processes, the debtor will file an Amended Plan within 20 days of the decision being rendered; and

5. ORDERED that the creditor shall serve a filed copy of this Order on the Debtor via regular mail. The Debtor's attorney and Chapter 13 Trustee will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.

*The undersigned hereby consent to the form and entry of the within Order:*

*Law Offices of Raymond and Raymond, Attorneys at Law*
*Attorneys for Debtor*
By: [signature] , Esq.
Dated: 1/31/2023     Herbert B. Raymond, Esq.

*Martone & Uhlmann, P.C.*
*Attorneys for Secured Creditor*
By: [signature]
Dennis P. Uhlmann, Jr., Esq.
Dated: 2/1/2023

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                           Case No. 22-19052-VFP
Safi M Hanafy                                                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                       User: admin                      Page 1 of 2
Date Rcvd: Feb 03, 2023            Form ID: pdf903               Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Safi M Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 05, 2023                    Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com |
| Herbert B. Raymond | on behalf of Debtor Safi M Hanafy herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Feb 03, 2023 Form ID: pdf903 Total Noticed: 1
TOTAL: 5