Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−19052−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Safi M Hanafy
   151 Burhans Avenue
   Haledon, NJ 07508

Social Security No.:
   xxx−xx−1264

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       10/19/23
Time:       02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney,
period: 12/1/2022 to 9/20/2023

COMMISSION OR FEES
$3,050.00

EXPENSES
$60.00.

If this is a chapter 13 case, the fees and expenses awarded:

  ☐     will not reduce the amount to be paid to general unsecured
        creditors under the plan.

  ☑     will reduce the amount to be paid to general unsecured
        creditors under the plan as follows: Pot Plan

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: September 20, 2023
JAN: mcp

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19052-VFP |
| Safi M Hanafy | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 10 |
| Date Rcvd: Sep 20, 2023 | Form ID: 137 | Total Noticed: 220 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Safi M Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |
| 519764695 | + | American Express Legal LLC, 500 North Franklin Turnpike, PO Box 278, Ramsey, NJ 07446-0278 |
| 519764701 | + | Apotaker & Scian PC, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 519764702 | #+ | Apothaker Scian PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 519764703 | #+ | Apothaker & Associates, PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 519764704 | + | Asmaa Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |
| 519764711 | | Bank of America, 4461 Piedmont Parkway, Greensboro, NC 27410 |
| 519764721 | + | Barnet Hospital, 1 E 35th Street, Paterson, NJ 07514-1311 |
| 519764720 | + | Barnet Hospital, 680 Broadway, Paterson, NJ 07514-1524 |
| 519764725 | + | Borough of Haledon, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764726 | + | Borough of Haledon NJ, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764727 | + | Borough of Haledon, NJ, Attn: water / sewer, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764747 | + | Cardmember Services, PO Box 8982, Madison, WI 53708-8982 |
| 519764749 | + | Celentano. Stadtmauer & Walentowicz, PO Box 2594, 1035 Route 46 East, Clifton, NJ 07013-7481 |
| 519764748 | | Celentano. Stadtmauer & Walentowicz, PO Box 2594, Clifton, NJ 07015-2594 |
| 519764775 | + | Citicorp Cedit Services, PO Box 39308, Solon, OH 44139-0308 |
| 519764778 | + | Citizens Bank, 100 Sockanosset Crossroads, Cranston, RI 02920-5530 |
| 519764780 | + | Citizens Bank, P0 Box 42115, Providence, RI 02940-2115 |
| 519764779 | | Citizens Bank, Asset Disposition Redemption Specialist, 100A Sockanossett Crossroad, RDC100, Cranston, RI 02920 |
| 519764781 | + | Citizens Finance Corporation, PO Box 844, Wausau, WI 54402-0844 |
| 519764797 | #+ | Forster, Garbus & Garbus, Attorneys At Law, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519764798 | | Foster & Garbus, PO Box 9030, Farmingdale, NY 11735 |
| 519764799 | + | Foster and Garbus, 500 Bi-County Blvd., Suite 300, West Wing, Farmingdale, NY 11735-3988 |
| 519764800 | #+ | Foster, Garbus & Garbus, Attorneys At Law, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519764801 | + | Gerald Sherman, Attn: Paul Grosso, ESQ, 172 Market Street, Elmwood Park, NJ 07407-1413 |
| 519764802 | + | Haledon Tax Collector, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764813 | | Kohls/chase, N58 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 519764814 | + | LDW Benefits Payment Control, PO Box 650, Trenton, NJ 08646-0650 |
| 519764826 | | Macy's Visa, PO Box 90098, West Chester, OH 45071 |
| 519764831 | + | Maher Alqarallah, 15 Brookview Drive, Haledon, NJ 07508-2600 |
| 519764832 | + | Martone & Uhlmann ESQ, 777 Passaic Avenue, Suite 535, Clifton, NJ 07012-1874 |
| 519764833 | + | Martone & Uhlmann PC, 777 Passaic Avenue, Suite 535, Clifton, NJ 07012-1874 |
| 519764834 | + | Mattleman, Weinworth, & Miller ESQ LLP, 401 Route 70 East, Suite 100, Cherry Hill, NJ 08034-2410 |
| 519764841 | + | Mohammad Zughbi, 55 3rd Avenue, Paterson, NJ 07524-1560 |
| 519764848 | + | NYC Department of Finance, Parking summons, PO Box 2057, New York, NY 10272-2057 |
| 519764849 | + | NYC Department of Finance, Parking Violations Operations, Peck Slip Station, PO Box 2337, New York, NY 10272-2337 |
| 519764847 | | NYC Department of Finance, Parking Violations Operations, JAF Station, PO Box 1724, New York, NY 10116-1724 |
| 519764852 | + | NYC Parking Violations, Church Street Station, PO Box 3611, New York, NY 10008-3611 |
| 519764860 | | PNC Bank, Attn: Mortgage Service Center, PO Box 371458, Summit Hill, PA 18250 |
| 519764859 | | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 519764869 | + | PNC Bank, Attn: Mortgage Service Center, PO Box 3714558, Pittsburgh, PA 15250-0001 |
| 519764874 | | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |

Case 22-19052-VFP    Doc 48    Filed 09/22/23    Entered 09/23/23 00:15:26    Desc Imaged
                          Certificate of Notice    Page 4 of 12

| District/off: 0312-2 | User: admin | Page 2 of 10 |
|---|---|---|
| Date Rcvd: Sep 20, 2023 | Form ID: 137 | Total Noticed: 220 |

| | | |
|---|---|---|
| 519764875 | | PNC Bank, PO Box 4700, Wilkes Barre, PA 18773-4700 |
| 519764866 | | PNC Bank, Po Box 5370, Cleveland, OH 44101 |
| 519764892 | ++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 address filed with court:, PRA III , LLC, PO Box 12914, Norfolk, VA 23541 |
| 519764853 | + | Paul a Grosso, ESQ, 172 Market Street, Elmwood Park, NJ 07407-1413 |
| 519764858 | + | Pnc Bank, 103 Bellevue Pkwy, Wilmington, DE 19809-3701 |
| 519764902 | + | Prism, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 519764915 | | Sears, PO Box 182459, Columbus, OH 43218 |
| 519764928 | | Selip & Stylianou, LLC, Attorneys At Law, PO Box 914, Paramus, NJ 07653-0914 |
| 519764929 | + | Selip and Stylianou, PO Box 9004, Melville, NY 11747-9004 |
| 519764934 | + | State of New Jersey, Department of Labor, PO Box 059, Trenton, NJ 08625-0059 |
| 519764946 | | TD bank, PO Box 84037, Fortson, GA 31808 |
| 519764956 | + | Wells Fargo Bank, PO Box 30086, Los Angeles, CA 90030-0086 |
| 519764957 | + | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |
| 519764959 | + | Wells Fargo Card Services, PO Box 6412, Carol Stream, IL 60197-6412 |
| 519764960 | + | Wells Fargo Financial, PO Box 98784, Las Vegas, NV 89193-8784 |

TOTAL: 57

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 20 2023 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 20 2023 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Sep 20 2023 21:40:49 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519764706 | + | Email/Text: g20956@att.com | Sep 20 2023 20:37:00 | AT& Mobility Inc., One AT&T Way, Room 31104, Bedminster, NJ 07921-2693 |
| 519764707 | + | Email/Text: g20956@att.com | Sep 20 2023 20:37:00 | AT& Mobility Inc. AT&T Services, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 519764696 | + | Email/PDF: bncnotices@becket-lee.com | Sep 20 2023 20:45:15 | American Express, P0 Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 519764699 | | Email/PDF: bncnotices@becket-lee.com | Sep 20 2023 20:44:49 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 519764697 | + | Email/PDF: bncnotices@becket-lee.com | Sep 20 2023 20:45:19 | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519764698 | | Email/PDF: bncnotices@becket-lee.com | Sep 20 2023 20:57:26 | American Express, PO Box 297812, Ft. Lauderdale, FL 33329-7812 |
| 519764700 | | Email/PDF: bncnotices@becket-lee.com | Sep 20 2023 20:45:33 | American Express, PO Box 7871, Fort Lauderdale, FL 33329 |
| 519791574 | | Email/PDF: bncnotices@becket-lee.com | Sep 20 2023 20:45:35 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519764709 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 20 2023 20:35:00 | Bank Of America, Attention: Recovery Department, 4161 Peidmont Parkway, Greensboro, NC 27410 |
| 519764708 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 20 2023 20:35:00 | Bank Of America, P0 Box 982235, El Paso, TX 79998 |
| 519764716 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 20 2023 20:35:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519764719 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 20 2023 20:36:00 | Bank of America, PO Box 9000, Getzville, NY 14068-9000 |
| 519764712 | + | Email/Text: mortgagebkcorrespondence@bofa.com | | |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519764710 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 20 2023 20:36:00 | Bank of America, 100 N Tyon Street, Charlotte, NC 28255-0001 |
| | | | Sep 20 2023 20:35:00 | Bank of America, Attn: Recovery Department, PO Box 2278, Norfolk, VA 23501-2278 |
| 519764715 | | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 20 2023 20:36:00 | Bank of America, Attn; Bankruptcy, P0 Box 15021, Wilmington, DE 19850 |
| 519764717 | | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 20 2023 20:36:00 | Bank of America, 475 Crosspoint Parkway, PO Box 9000, Getzville, NY 14068-9000 |
| 519764718 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 20 2023 20:36:00 | Bank of America, PO Box 17645, Baltimore, MD 21297-1645 |
| 519764723 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Sep 20 2023 20:35:00 | Best Buy, PO Box 17051, Baltimore, MD 21297-1051 |
| 519764722 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Sep 20 2023 20:35:00 | Best Buy, Retail Services, PO Box 5244, Carol Stream, IL 60197-5244 |
| 519764724 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Sep 20 2023 20:35:00 | Best Buy/HSBC Retail, PO Box 5244, Carol Stream, IL 60197-5244 |
| 519764735 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2023 20:56:50 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 519764738 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2023 20:45:25 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 519764743 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2023 20:57:18 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519764758 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:44:45 | Citibank, Attn.: Citi Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764759 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:56:55 | Citibank, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764763 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:45:10 | Citibank, PO Box 6553, The Lakes, NV 88901 |
| 519764765 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:45:35 | Citibank Sd, Na, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764777 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:44:59 | Citicorp Credit Services, Inc., 7920 NW 110th Street, Kansas City, MO 64153 |
| 519764903 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 20 2023 20:35:00 | RBS, Credit Card Services, PO Box 42010, Providence, RI 02940 |
| 519764904 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 20 2023 20:35:00 | RBS, PO Box 18204, Bridgeport, CT 06601 |
| 519764906 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 20 2023 20:35:00 | RBS Citizens Cc, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 519764905 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 20 2023 20:35:00 | RBS Citizens Cc, Attn: Bankruptcy Department, 443 Jefferson Blvd, Warwick, RI 02886 |
| 519764728 | + | Email/Text: bankruptcy@cavps.com | Sep 20 2023 20:37:00 | Calvary Investments, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 519764731 | + | Email/Text: bankruptcy@cavps.com | Sep 20 2023 20:37:00 | Calvary Portfolio Services, 500 Summit Lake Drive, PO Box 520, Valhalla, NY 10595-0520 |
| 519764730 | + | Email/Text: bankruptcy@cavps.com | Sep 20 2023 20:37:00 | Calvary Portfolio Services, Po Box 27288, Tempe, AZ 85285-7288 |
| 519764729 | + | Email/Text: bankruptcy@cavps.com | Sep 20 2023 20:37:00 | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 519764733 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2023 20:57:22 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 519764736 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2023 20:31:24 | Capital One, PO Box 85147, Richmond, VA |

| Recipient | | Notice Type | Timestamp | Address |
|---|---|---|---|---|
| 519764740 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2023 20:45:31 | Capital One Bank, PO Box 70885, Charlotte, NC 28272-0885 |
| 519764739 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2023 20:31:52 | Capital One Bank, P0 Box 30281, Salt Lake City, UT 84130-0281 |
| 519764737 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2023 20:45:36 | Capital One Bank, Attn: General Correspondence, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519764741 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2023 20:34:12 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 519764742 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2023 20:31:25 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519767836 | + | Email/Text: bankruptcy@cavps.com | Sep 20 2023 20:37:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519764771 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:45:39 | CitiCards, PO Box 6345, The Lakes, NV 88901-0001 |
| 519764761 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:44:48 | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 519764760 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:44:48 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764767 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:45:31 | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 519764770 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:31:28 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764776 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:45:09 | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 519764782 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 20 2023 20:36:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 519764783 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 20 2023 20:36:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 519764787 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2023 20:45:02 | Credit One Bank, P0 Box 80015, Los Angeles, CA 90080-0015 |
| 519764786 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2023 20:32:00 | Credit One Bank, 585 S. Pilot Street, Las Vegas, NV 89119-3619 |
| 519764785 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2023 20:45:17 | Credit One Bank, P0 Box 98873, Las Vegas, NV 89193-8873 |
| 519764791 | | Email/Text: mrdiscen@discover.com | Sep 20 2023 20:35:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 519764793 | | Email/Text: mrdiscen@discover.com | Sep 20 2023 20:35:00 | Discover, PO Box 30957, Salt Lake City, UT 84130 |
| 519764794 | | Email/Text: mrdiscen@discover.com | Sep 20 2023 20:35:00 | Discover Financial Services Llc, P0 Box 15316, Wilmington, DE 19850 |
| 519764818 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:34:32 | Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 519764817 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:45:31 | Macy's, P.O. Box 4564, Carol Stream, IL 60197-4564 |
| 519764820 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:44:45 | Macy's, PO Box 4563, Carol Stream, IL 60197-4563 |
| 519764819 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:44:45 | Macy's, PO Box 4580, Carol Stream, IL 60197-4580 |
| 519764822 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:32:00 | Macy's, PO Box 8053, Mason, OH 45040 |
| 519764825 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519764827 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:44:45 | Macy's Visa, P0 Box 745012, Cincinnati, OH 45274 |
| 519764828 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:44:47 | Macy's Visa, P0 Box 9001108, Louisville, KY 40208 |
| 519764792 | | Email/Text: mrdiscen@discover.com | Sep 20 2023 20:45:32 | Macys, P0 Box 8218, Mason, OH 45040 |
| 519764790 | | Email/Text: mrdiscen@discover.com | Sep 20 2023 20:35:00 | Discover, PO Box 30399, Salt Lake City, UT 84130 |
| 519764789 | | Email/Text: mrdiscen@discover.com | Sep 20 2023 20:35:00 | Discover, PO Box 5019, Sandy, UT 84091-5019 |
| 519764796 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 20 2023 20:35:00 | Discover, PO Box 5044, Sandy, UT 84091-5044 |
| 519764803 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2023 20:35:00 | FIA Card Services, NA, P0 Box 15137, Wilmington, DE 19850-5137 |
| 519764804 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2023 20:45:00 | JC Penny, Attention: Bankruptcy, P0 Box 103104, Roswell, GA 30076-9104 |
| 519764805 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2023 20:31:24 | JCPenny, PO Box 530945, Atlanta, GA 30353-0945 |
| 519764806 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2023 20:44:53 | JCPenny, P0 Box 981131, El Paso, TX 79998-1131 |
| 519764807 | + | Email/Text: bankruptcies@jnrcollects.com | Sep 20 2023 20:31:52 | JCPenny, PO Box 960090, Orlando, FL 32896-0090 |
| 519764808 | + | Email/Text: bankruptcies@jnrcollects.com | Sep 20 2023 20:37:00 | JNR Adjustment Company, P0 Box 27070, Minneapolis, MN 55427-0070 |
| 519764746 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 20 2023 20:37:00 | JNR Adjustment Company, 7001 E Fish Lake Rd Ste, Maple Grove, MN 55311-2841 |
| 519764745 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 20 2023 20:34:09 | Cardmember Services, P0 Box 8650, Wilmington, DE 19899 |
| 519764750 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 20 2023 20:34:12 | Cardmember Services, PO Box 15153, Wilmington, DE 19886 |
| 519764752 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 20 2023 20:45:28 | Chase Bank, P0 Box 15298, Wilmington, DE 19850 |
| 519764755 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 20 2023 20:45:39 | Chase Bank, PO Box 15153, Wilmington, DE 19886 |
| 519764753 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 20 2023 20:45:35 | Chase Bank, PO Box 183164, Columbus, OH 43218 |
| 519764757 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 20 2023 20:56:38 | Chase Bank, PO Box 659732, San Antonio, TX 78265 |
| 519764754 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 20 2023 20:57:30 | Chase Bank, PO Box 901060, Fort Worth, TX 76101 |
| 519764809 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 20 2023 20:45:15 | Chase bank, PO Box 659409, San Antonio, TX 78265 |
| 519764810 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 20 2023 20:35:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 519764811 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 20 2023 20:35:00 | Kohl's, PO Box 3004, Milwaukee, WI 53201-3004 |
| 519764815 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2023 20:35:00 | Kohls, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 519764816 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2023 20:31:28 | LVNV, 55 Beattie Place, Greenville, SC 29601-5115 |
| 519800398 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2023 21:39:49 | LVNV Funding, Attn: Resurgent Capital, 15 South Main Street, Greenville, SC 29601-2743 |
| | | | Sep 20 2023 20:32:00 | LVNV Funding LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC |

Case 22-19052-VFP  Doc 48  Filed 09/22/23  Entered 09/23/23 00:15:26  Desc Imaged
Certificate of Notice  Page 8 of 12

| District/off: 0312-2 | User: admin | Page 6 of 10 |
|---|---|---|
| Date Rcvd: Sep 20, 2023 | Form ID: 137 | Total Noticed: 220 |

| | | | | |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 519764842 | | Email/Text: Bankruptcy@mjrf.com | Sep 20 2023 20:36:00 | Mullooly, Jeffrey, Rooney & Flynn, 6851 Jericho Turnpike Suite 220, PO Box 9036, Syosset, NY 11791 |
| 519764844 | | Email/Text: Bankruptcy@mjrf.com | Sep 20 2023 20:36:00 | Mullooly, Jeffrey, Rooney & Flynn, 6851 Jericho Turnpike Suite 220, Syosset, NY 11791 |
| 519764843 | | Email/Text: Bankruptcy@mjrf.com | Sep 20 2023 20:36:00 | Mullooly, Jeffrey, Rooney & Flynn, PO Box 9036, 16th Floor, Syosset, NY 11791 |
| 519764823 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:45:31 | Macy's, PO Box 71359, Philadelphia, PA 19176-1359 |
| 519764836 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2023 20:36:00 | Midland Credit Management, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519764835 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2023 20:36:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 519764837 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2023 20:36:00 | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 519764839 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2023 20:36:00 | Midland Funding, Attn: Bankruptcy, P0 Box 939069, San Diego, CA 92193-9069 |
| 519764840 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2023 20:36:00 | Midland Funding, P0 Box 2001, Warren, MI 48090-2001 |
| 519764854 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2023 20:35:00 | PNC, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519813716 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2023 20:35:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 519817419 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2023 20:35:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 519764864 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2023 20:35:00 | PNC Bank, 2730 LIberty Avenue, Pittsburgh, PA 15222 |
| 519764871 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2023 20:35:00 | PNC Bank, Attn: Customer Service, PO Box 609, Pittsburgh, PA 15230 |
| 519764861 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2023 20:35:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519764878 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2023 20:35:00 | PNC Mortgage, PO Box 1820, Dayton, OH 45401 |
| 519764855 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2023 20:35:00 | Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 519764877 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 20 2023 20:35:00 | Pnc Bank Na, P0 Box 3180, Pittsburgh, PA 15230 |
| 519764876 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 20 2023 20:35:00 | PNC Bank, PO Box 15137, Wilmington, DE 19886-5137 |
| 519764884 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2023 20:31:26 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764887 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2023 20:44:58 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 519764886 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2023 20:45:39 | Portfolio Recovery, 140 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 519764879 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2023 20:34:20 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519814730 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2023 20:45:23 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 519764845 | | Email/Text: signed.order@pfwattorneys.com | Sep 20 2023 20:35:00 | New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519764893 | | Email/Text: signed.order@pfwattorneys.com | Sep 20 2023 20:35:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ |

Case 22-19052-VFP    Doc 48    Filed 09/22/23    Entered 09/23/23 00:15:26    Desc Imaged
Certificate of Notice    Page 9 of 12

| District/off: 0312-2 | User: admin | Page 7 of 10 |
|---|---|---|
| Date Rcvd: Sep 20, 2023 | Form ID: 137 | Total Noticed: 220 |

| | | | | |
|---|---|---|---|---|
| | | | | 07054 |
| 519764894 | | Email/Text: signed.order@pfwattorneys.com | Sep 20 2023 20:35:00 | Pressler & Pressler ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764895 | | Email/Text: signed.order@pfwattorneys.com | Sep 20 2023 20:35:00 | Pressler & Pressler ESQ PC, 7 Entin Road, Parsippany, NJ 07054 |
| 519764896 | | Email/Text: signed.order@pfwattorneys.com | Sep 20 2023 20:35:00 | Pressler And Pressler, Attorneys, 7 Entin Road, Parsippany, NJ 07054 |
| 519764897 | | Email/Text: signed.order@pfwattorneys.com | Sep 20 2023 20:35:00 | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519764899 | | Email/Text: signed.order@pfwattorneys.com | Sep 20 2023 20:35:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764907 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2023 20:31:26 | Resurgent, PO Box 1410, Troy, MI 48099-1410 |
| 519764908 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2023 21:40:43 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 519764910 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2023 20:31:59 | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 519764930 | | Email/Text: EBN@seliplaw.com | Sep 20 2023 20:36:00 | Selip and Stylianou, 199 Crossways Park Drive, PO Box 9004, Woodbury, NY 11797 |
| 519764914 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:45:33 | Sears, P0 Box 182532, Columbus, OH 43218 |
| 519764912 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:32:00 | Sears, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764916 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:45:09 | Sears Credit, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764921 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:45:40 | Sears Credit Card, P0 Box 78051, Phoenix, AZ 85062-8051 |
| 519764919 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:45:31 | Sears Credit Card, PO Box 183081, Columbus, OH 43218-3081 |
| 519764920 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:44:45 | Sears Credit Card, PO Box 183082, Columbus, OH 43218-3082 |
| 519764918 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:45:35 | Sears Credit Card, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764922 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:45:39 | Sears Credit Cards, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764924 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:44:48 | Sears Credit Cards, PO Box 183081, Columbus, OH 43218-3081 |
| 519764923 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:45:32 | Sears Credit Cards, PO Box 183082, Columbus, OH 43218-3082 |
| 519764927 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:34:28 | Sears Gold Mastercard, PO Box 6922, The Lakes, NV 88901-0001 |
| 519764926 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2023 20:34:33 | Sears Gold Mastercard, PO Box 182156, Columbus, OH 43218-2156 |
| 519764931 | ^ | MEBN | Sep 20 2023 20:25:56 | Selip and Stylianou, 199 Crossways Park Drive, PO Box 393, Woodbury, NY 11797-2016 |
| 519764932 | ^ | MEBN | Sep 20 2023 20:24:34 | State of New Jersey, Department of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 519764936 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2023 20:34:08 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 519764939 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2023 20:45:02 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 519764937 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2023 20:45:25 | Synchrony Bank, PO Box 965013, Orlando, FL |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519764938 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2023 20:44:48 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5013 |
| 519764941 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2023 20:31:57 | Synchrony Bank, P0 Box 965024, Orlando, FL 32896-5024 |
| 519764935 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2023 20:31:25 | Synchrony Bank, P0 Box 965036, Orlando, FL 32896-5036 |
| 519766914 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 20 2023 20:34:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519764945 |   | Email/Text: bankruptcy@td.com | Sep 20 2023 20:37:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 519764947 |   | Email/Text: bankruptcy@td.com | Sep 20 2023 20:37:00 | TD Banknorth, Operations Center, P0 Box 1377, Lewiston, ME 04243 |
| 519764942 | + | Email/Text: bncmail@w-legal.com | Sep 20 2023 20:36:00 | Target, P0 Box 673, Minneapolis, MN 55440-0673 |
| 519764943 | + | Email/Text: bncmail@w-legal.com | Sep 20 2023 20:36:00 | Target, 3901 West 53rd St., Sioux Falls, SD 57106-4216 |
| 519764944 | + | Email/Text: bncmail@w-legal.com | Sep 20 2023 20:36:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 519764795 |   | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 20 2023 20:37:00 | Elan Financial Service, 777 E Wisconsin Avenue, Milwaukee, WI 53202 |
| 519764952 |   | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 20 2023 20:37:00 | US Bank, 4801 Frederica Street, Owensboro, KY 42301 |
| 519764951 |   | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 20 2023 20:37:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |
| 519764949 |   | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 20 2023 20:37:00 | US Bank, PO Box 5227, Cincinnati, OH 45201 |
| 519764950 |   | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 20 2023 20:37:00 | US Bank, PO Box 790408, Saint Louis, MO 63179 |
| 519764953 |   | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 20 2023 20:37:00 | US bank, PO Box 6352, Fargo, ND 58125 |
| 519764955 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 20 2023 20:45:22 | Wells Fargo, P0 Box 31557, Billings, MT 59107-1557 |
| 519764958 |   | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 20 2023 20:31:26 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |
| 519764961 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 20 2023 20:36:00 | World Financial Network Bank, 220 W. Schrock Road, Westerville, OH 43081-2873 |

TOTAL: 163

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 519764705 | *+ | Asmaa Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |
| 519764713 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79901 |
| 519764714 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79901 |
| 519764766 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Citibank Sd, Na, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764732 | *+ | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 519764734 | *+ | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 519764744 | *+ | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519764774 | *+ | CitiCards, PO Box 6345, The Lakes, NV 88901-0001 |
| 519764762 | * | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |

| | | |
|---|---|---|
| 519764764 | *+ | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764768 | *+ | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 519764769 | *+ | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 519764772 | *+ | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764773 | *+ | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764784 | *+ | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 519764788 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519764824 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 519764821 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, P0 Box 4583, Carol Stream, IL 60197 |
| 519764829 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys, P0 Box 8218, Mason, OH 45040 |
| 519764830 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys, P0 Box 8218, Mason, OH 45040 |
| 519764751 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P0 Box 15298, Wilmington, DE 19850 |
| 519764756 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase bank, PO Box 659409, San Antonio, TX 78265 |
| 519764812 | *+ | Kohls, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 519764838 | *+ | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 519764851 | *+ | NYC Department of Finance, Parking Violations Operations, Peck Slip Station, PO Box 2337, New York, NY 10272-2337 |
| 519764850 | * | NYC Department of Finance, Parking Violations Operations, JAF Station, PO Box 1724, New York, NY 10116-1724 |
| 519764867 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 519764872 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 LIberty Avenue, Pittsburgh, PA 15222 |
| 519764863 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519764868 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519818990 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519764856 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 519764857 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 519764873 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 5570, Cleveland, OH 44101 |
| 519764862 | * | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 519764870 | * | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 519764888 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764889 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764890 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764891 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764885 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 519764880 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764881 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764882 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764883 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764846 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519764898 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519764900 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764901 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764865 | *+ | Pnc Bank, 103 Bellevue Pkwy, Wilmington, DE 19809-3701 |
| 519764909 | *+ | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 10 of 10 |
| Date Rcvd: Sep 20, 2023 | Form ID: 137 | Total Noticed: 220 |

| | | |
|---|---|---|
| 519764911 | *+ | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 519764913 | *+ | Sears, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764917 | *+ | Sears Credit, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764925 | *+ | Sears Credit Cards, PO Box 183081, Columbus, OH 43218-3081 |
| 519764933 | * | State of New Jersey, Department of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 519764940 | *+ | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 519764948 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank, 205 W 4th Street, Cincinnati, OH 45202 |
| 519764954 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank Rms Cc, 205 W 4th Street, Cincinnati, OH 45202 |

TOTAL: 0 Undeliverable, 60 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2023       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com |
| Herbert B. Raymond | on behalf of Debtor Safi M Hanafy herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5