UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on December 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.: _____

Chapter: _____

Judge: _____

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 27, 2023**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____:

Property:       _____

Creditor:       _____

and a Request for

- ❑ Extension of the Loss Mitigation Period having been filed by _____, and for good cause shown,

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

- ❑ The Loss Mitigation Period is extended up to and including _____.

- ❑ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*