**PNC BANK**

PNC Bank
B6-YM14-01-8
P.O. Box 1820
Dayton, OH 45401-1820

Customer Service Contact Information:
PNC Mortgage, B6-YM07-01-7
PO Box 1820
Dayton, OH 45401-1820
1-800-822-5626

06/13/2024

U.S. Bankruptcy Court
District of New Jersey

Martin Luther King, Jr. Fed Blg,
50 Walnut Street
Newark, NJ 07102

Debtor Safi M Hanafy

Case Number 22-19052

Dear Bankruptcy Court:

Safi M Hanafy is the mortgagor on PNC Mortgage loan xxxxxx 5735

Please withdraw the Mortgage Pay Change Notice, #9 that was filed on 06/12/2024 as it was filed in error.

If there are any questions concerning this request please feel free to contact me at

1-866-754-0659. Thank you in advance for your assistance in this matter.

Sincerely,

/s/ Stephani Schul
_____
Bankruptcy Specialist