| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Raymond and Raymond<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>(973) 675-5622; (408) 519-6711 Telefax<br>Email: herbertraymond@gmail.com<br>Herbert B. Raymond #HR-1379;<br>Jeffrey M. Raymond; Kevin de Lyon<br>Attorneys for the Debtor(s) | Order Filed on July 22, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br><br>SAFI HANAFY,  DEBTOR(S) | Case No.: 22-19052 (VFP)<br>Adv. No.:<br>Hearing Date:<br>Judge: VINCENT PAPALIA |

### ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: July 22, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2

Debtor: Safi Hanafy, Debtor(s)

Case no. 22-19052 (VFP)

Caption of order: Order Granting Supplemental Counsel Fees
_____

   The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

   ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,400.00** for services rendered and expenses in the amount **$0.00** for a total of **$1,400.00**. The allowance shall be payable

   ___XXXX___   through the Chapter 13 plan as an administrative priority.

   _____   outside the plan.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed on a pro rata basis for payment of allowed administrative expenses under 11 U.S.C. 503(b) before a refund is issued to the debtor. If the applicant is the only individual/entity with allowable administrative expenses, then any funds on hand with the Chapter 13 Trustee shall be disbursed in payment of applicant's allowed administrative expenses before a refund is issued to the debtor.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19052-VFP |
| Safi M Hanafy | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jul 23, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Safi M Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com |
| Herbert B. Raymond | on behalf of Debtor Safi M Hanafy herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5