Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−19052−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Safi M Hanafy
   151 Burhans Avenue
   Haledon, NJ 07508

Social Security No.:
   xxx−xx−1264

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date: 11/7/24
Time: 02:00 PM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond

COMMISSION OR FEES
$1,950.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

☑    will reduce the amount to be paid to general unsecured creditors under the plan as follows: Pot Plan

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 18, 2024
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Safi M Hanafy  
Debtor

Case No. 22-19052-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 10  
Date Rcvd: Oct 18, 2024 Form ID: 137 Total Noticed: 218

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Safi M Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |
| 519764704 | + | Asmaa Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |
| 519764711 | | Bank of America, 4461 Piedmont Parkway, Greensboro, NC 27410 |
| 519764721 | + | Barnet Hospital, 1 E 35th Street, Paterson, NJ 07514-1311 |
| 519764720 | + | Barnet Hospital, 680 Broadway, Paterson, NJ 07514-1524 |
| 519764725 | + | Borough of Haledon, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764726 | + | Borough of Haledon NJ, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764727 | + | Borough of Haledon, NJ, Attn: water / sewer, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764747 | + | Cardmember Services, PO Box 8982, Madison, WI 53708-8982 |
| 519764771 | | CitiCards, PO Box 6345, The Lakes, NV 88901 |
| 519764763 | | Citibank, PO Box 6553, The Lakes, NV 88901 |
| 519764775 | + | Citicorp Cedit Services, PO Box 39308, Solon, OH 44139-0308 |
| 519764778 | + | Citizens Bank, 100 Sockanosset Crossroads, Cranston, RI 02920-5530 |
| 519764780 | + | Citizens Bank, P0 Box 42115, Providence, RI 02940-2115 |
| 519764779 | | Citizens Bank, Asset Disposition Redemption Specialist, 100A Sockanossett Crossroad, RDC100, Cranston, RI 02920 |
| 519764781 | + | Citizens Finance Corporation, PO Box 844, Wausau, WI 54402-0844 |
| 519764798 | | Foster & Garbus, PO Box 9030, Farmingdale, NY 11735 |
| 519764799 | + | Foster and Garbus, 500 Bi-County Blvd., Suite 300, West Wing, Farmingdale, NY 11735-3988 |
| 519764801 | + | Gerald Sherman, Attn: Paul Grosso, ESQ, 172 Market Street, Elmwood Park, NJ 07407-1413 |
| 519764802 | + | Haledon Tax Collector, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764813 | | Kohls/chase, N58 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 519764814 | + | LDW Benefits Payment Control, PO Box 650, Trenton, NJ 08646-0650 |
| 519764826 | | Macy's Visa, PO Box 90098, West Chester, OH 45071 |
| 519764831 | + | Maher Alqarallah, 15 Brookview Drive, Haledon, NJ 07508-2600 |
| 519764832 | + | Martone & Uhlmann ESQ, 777 Passaic Avenue, Suite 535, Clifton, NJ 07012-1874 |
| 519764833 | + | Martone & Uhlmann PC, 777 Passaic Avenue, Suite 535, Clifton, NJ 07012-1874 |
| 519764834 | + | Mattleman, Weinworth, & Miller ESQ LLP, 401 Route 70 East, Suite 100, Cherry Hill, NJ 08034-2410 |
| 519764841 | + | Mohammad Zughbi, 55 3rd Avenue, Paterson, NJ 07524-1560 |
| 519764848 | + | NYC Department of Finance, Parking summons, PO Box 2057, New York, NY 10272-2057 |
| 519764849 | + | NYC Department of Finance, Parking Violations Operations, Peck Slip Station, PO Box 2337, New York, NY 10272-2337 |
| 519764847 | | NYC Department of Finance, Parking Violations Operations, JAF Station, PO Box 1724, New York, NY 10116-1724 |
| 519764852 | + | NYC Parking Violations, Church Street Station, PO Box 3611, New York, NY 10008-3611 |
| 519764860 | | PNC Bank, Attn: Mortgage Service Center, PO Box 371458, Summit Hill, PA 18250 |
| 519764859 | | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 519764869 | + | PNC Bank, Attn: Mortgage Service Center, PO Box 3714558, Pittsburgh, PA 15250-0001 |
| 519764874 | | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |
| 519764875 | | PNC Bank, PO Box 4700, Wilkes Barre, PA 18773-4700 |
| 519764866 | | PNC Bank, Po Box 5370, Cleveland, OH 44101 |
| 519764892 | ++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 address filed with court:, PRA III , LLC, PO Box 12914, Norfolk, VA 23541 |
| 519764853 | + | Paul a Grosso, ESQ, 172 Market Street, Elmwood Park, NJ 07407-1413 |
| 519764858 | + | Pnc Bank, 103 Bellevue Pkwy, Wilmington, DE 19809-3701 |

Case 22-19052-VFP    Doc 85    Filed 10/20/24    Entered 10/21/24 00:15:18    Desc Imaged
Certificate of Notice    Page 4 of 12

| District/off: 0312-2 | User: admin | Page 2 of 10 |
|---|---|---|
| Date Rcvd: Oct 18, 2024 | Form ID: 137 | Total Noticed: 218 |

| | | |
|---|---|---|
| 519764902 | + | Prism, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 519764915 | | Sears, PO Box 182459, Columbus, OH 43218 |
| 519764928 | | Selip & Stylianou, LLC, Attorneys At Law, PO Box 914, Paramus, NJ 07653-0914 |
| 519764929 | + | Selip and Stylianou, PO Box 9004, Melville, NY 11747-9004 |
| 519764934 | + | State of New Jersey, Department of Labor, PO Box 059, Trenton, NJ 08625-0059 |
| 519764946 | | TD bank, PO Box 84037, Fortson, GA 31808 |
| 519764957 | + | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |
| 519764959 | + | Wells Fargo Card Services, PO Box 6412, Carol Stream, IL 60197-6412 |
| 519764960 | + | Wells Fargo Financial, PO Box 98784, Las Vegas, NV 89193-8784 |

TOTAL: 50

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 18 2024 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 18 2024 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2024 21:08:01 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519764706 | + | Email/Text: g17768@att.com | Oct 18 2024 20:43:00 | AT& Mobility Inc., One AT&T Way, Room 31104, Bedminster, NJ 07921-2693 |
| 519764707 | + | Email/Text: g17768@att.com | Oct 18 2024 20:43:00 | AT& Mobility Inc. AT&T Services, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 519764695 | + | Email/PDF: bncnotices@becket-lee.com | Oct 18 2024 21:07:36 | American Express Legal LLC, 500 North Franklin Turnpike, PO Box 278, Ramsey, NJ 07446-0278 |
| 519764696 | + | Email/PDF: bncnotices@becket-lee.com | Oct 18 2024 21:07:47 | American Express, P0 Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 519764699 | | Email/PDF: bncnotices@becket-lee.com | Oct 18 2024 20:57:11 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 519764697 | + | Email/PDF: bncnotices@becket-lee.com | Oct 18 2024 20:56:04 | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519764698 | | Email/PDF: bncnotices@becket-lee.com | Oct 18 2024 20:57:15 | American Express, PO Box 297812, Ft. Lauderdale, FL 33329-7812 |
| 519764700 | | Email/PDF: bncnotices@becket-lee.com | Oct 18 2024 21:08:01 | American Express, PO Box 7871, Fort Lauderdale, FL 33329 |
| 519791574 | | Email/PDF: bncnotices@becket-lee.com | Oct 18 2024 21:07:56 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519764701 | | ^ MEBN | Oct 18 2024 20:43:56 | Apotaker & Scian PC, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 519764702 | | ^ MEBN | Oct 18 2024 20:41:00 | Apothaker Scian PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 519764703 | | ^ MEBN | Oct 18 2024 20:41:12 | Apothaker & Associates, PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 519764709 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 18 2024 20:43:00 | Bank Of America, Attention: Recovery Department, 4161 Peidmont Parkway, Greensboro, NC 27410 |
| 519764708 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 18 2024 20:43:00 | Bank Of America, P0 Box 982235, El Paso, TX 79998 |
| 519764716 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 18 2024 20:43:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |

| Recipient ID | Notice Method | Date/Time | Name/Address |
|---|---|---|---|
| 519764719 | + Email/Text: mortgagebkcorrespondence@bofa.com | Oct 18 2024 20:44:00 | Bank of America, PO Box 9000, Getzville, NY 14068-9000 |
| 519764712 | + Email/Text: mortgagebkcorrespondence@bofa.com | Oct 18 2024 20:44:00 | Bank of America, 100 N Tyon Street, Charlotte, NC 28255-0001 |
| 519764710 | + Email/Text: creditcardbkcorrespondence@bofa.com | Oct 18 2024 20:43:00 | Bank of America, Attn: Recovery Department, PO Box 2278, Norfolk, VA 23501-2278 |
| 519764715 | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 18 2024 20:44:00 | Bank of America, Attn; Bankruptcy, P0 Box 15021, Wilmington, DE 19850 |
| 519764717 | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 18 2024 20:44:00 | Bank of America, 475 Crosspoint Parkway, PO Box 9000, Getzville, NY 14068-9000 |
| 519764718 | + Email/Text: mortgagebkcorrespondence@bofa.com | Oct 18 2024 20:44:00 | Bank of America, PO Box 17645, Baltimore, MD 21297-1645 |
| 519764723 | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Oct 18 2024 20:43:00 | Best Buy, PO Box 17051, Baltimore, MD 21297-1051 |
| 519764722 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Oct 18 2024 20:43:00 | Best Buy, Retail Services, PO Box 5244, Carol Stream, IL 60197-5244 |
| 519764724 | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Oct 18 2024 20:43:00 | Best Buy/HSBC Retail, PO Box 5244, Carol Stream, IL 60197-5244 |
| 519764735 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2024 21:07:42 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 519764738 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2024 21:07:47 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 519764743 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2024 20:57:07 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519764748 | Email/Text: dlewis@csandw-llp.com | Oct 18 2024 20:44:00 | Celentano. Stadtmauer & Walentowicz, PO Box 2594, Clifton, NJ 07015-2594 |
| 519764758 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 21:07:36 | Citibank, Attn.: Citi Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764759 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 21:07:48 | Citibank, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764765 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 21:07:31 | Citibank Sd, Na, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764777 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 21:07:32 | Citicorp Credit Services, Inc., 7920 NW 110th Street, Kansas City, MO 64153 |
| 519764903 | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 18 2024 20:43:00 | RBS, Credit Card Services, PO Box 42010, Providence, RI 02940 |
| 519764904 | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 18 2024 20:43:00 | RBS, PO Box 18204, Bridgeport, CT 06601 |
| 519764906 | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 18 2024 20:43:00 | RBS Citizens Cc, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 519764905 | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 18 2024 20:43:00 | RBS Citizens Cc, Attn: Bankruptcy Department, 443 Jefferson Blvd, Warwick, RI 02886 |
| 519764728 | + Email/Text: bankruptcy@cavps.com | Oct 18 2024 20:44:00 | Calvary Investments, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 519764731 | + Email/Text: bankruptcy@cavps.com | Oct 18 2024 20:44:00 | Calvary Portfolio Services, 500 Summit Lake Drive, PO Box 520, Valhalla, NY 10595-0520 |
| 519764730 | + Email/Text: bankruptcy@cavps.com | Oct 18 2024 20:44:00 | Calvary Portfolio Services, Po Box 27288, Tempe, AZ 85285-7288 |
| 519764729 | + Email/Text: bankruptcy@cavps.com | Oct 18 2024 20:44:00 | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519764733 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2024 20:57:04 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 519764736 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2024 21:07:39 | Capital One, PO Box 85147, Richmond, VA 23276-0001 |
| 519764740 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2024 20:55:56 | Capital One Bank, PO Box 70885, Charlotte, NC 28272-0885 |
| 519764739 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2024 20:57:05 | Capital One Bank, P0 Box 30281, Salt Lake City, UT 84130-0281 |
| 519764737 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2024 21:07:38 | Capital One Bank, Attn: General Correspondence, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519764741 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2024 21:07:45 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 519764742 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2024 20:56:25 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519767836 | + | Email/Text: bankruptcy@cavps.com | Oct 18 2024 20:44:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519764749 | + | Email/Text: dlewis@csandw-llp.com | Oct 18 2024 20:44:00 | Celentano. Stadtmauer & Walentowicz, PO Box 2594, 1035 Route 46 East, Clifton, NJ 07013-7481 |
| 519764761 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 20:56:34 | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 519764760 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 21:07:56 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764767 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 21:07:47 | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 519764770 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 20:56:45 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764776 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 20:57:15 | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 519764782 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2024 20:44:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 519764783 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2024 20:44:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 519764787 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 18 2024 20:56:15 | Credit One Bank, P0 Box 80015, Los Angeles, CA 90080-0015 |
| 519764786 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 18 2024 20:56:41 | Credit One Bank, 585 S. Pilot Street, Las Vegas, NV 89119-3619 |
| 519764785 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 18 2024 20:56:25 | Credit One Bank, P0 Box 98873, Las Vegas, NV 89193-8873 |
| 519764791 |   | Email/Text: mrdiscen@discover.com | Oct 18 2024 20:43:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 519764793 |   | Email/Text: mrdiscen@discover.com | Oct 18 2024 20:43:00 | Discover, PO Box 30957, Salt Lake City, UT 84130 |
| 519764794 |   | Email/Text: mrdiscen@discover.com | Oct 18 2024 20:43:00 | Discover Financial Services Llc, P0 Box 15316, Wilmington, DE 19850 |
| 519764818 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 21:07:59 | Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 519764817 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 20:56:41 | Macy's, P.O. Box 4564, Carol Stream, IL 60197-4564 |
| 519764820 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 21:07:58 | Macy's, PO Box 4563, Carol Stream, IL 60197-4563 |
| 519764819 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | | |
|---|---|---|---|
| | | Oct 18 2024 20:56:14 | Macy's, PO Box 4580, Carol Stream, IL 60197-4580 |
| 519764822 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Oct 18 2024 20:56:02 | Macy's, PO Box 8053, Mason, OH 45040 |
| 519764825 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Oct 18 2024 20:56:33 | Macy's Visa, P0 Box 745012, Cincinnati, OH 45274 |
| 519764827 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Oct 18 2024 20:57:05 | Macy's Visa, P0 Box 9001108, Louisville, KY 40208 |
| 519764828 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| 519764792 | Email/Text: mrdiscen@discover.com | Oct 18 2024 21:07:50 | Macys, P0 Box 8218, Mason, OH 45040 |
| | | Oct 18 2024 20:43:00 | Discover, PO Box 30399, Salt Lake City, UT 84130 |
| 519764790 | Email/Text: mrdiscen@discover.com | | |
| | | Oct 18 2024 20:43:00 | Discover, PO Box 5019, Sandy, UT 84091-5019 |
| 519764789 | Email/Text: mrdiscen@discover.com | | |
| | | Oct 18 2024 20:43:00 | Discover, PO Box 5044, Sandy, UT 84091-5044 |
| 519764796 | + Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | Oct 18 2024 20:43:00 | FIA Card Services, NA, P0 Box 15137, Wilmington, DE 19850-5137 |
| 519764803 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Oct 18 2024 21:07:59 | JC Penny, Attention: Bankruptcy, P0 Box 103104, Roswell, GA 30076-9104 |
| 519764804 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Oct 18 2024 21:07:37 | JCPenny, PO Box 530945, Atlanta, GA 30353-0945 |
| 519764805 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Oct 18 2024 21:07:46 | JCPenny, P0 Box 981131, El Paso, TX 79998-1131 |
| 519764806 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Oct 18 2024 20:56:21 | JCPenny, PO Box 960090, Orlando, FL 32896-0090 |
| 519764807 | + Email/Text: bankruptcies@jnrcollects.com | | |
| | | Oct 18 2024 20:45:00 | JNR Adjustment Company, P0 Box 27070, Minneapolis, MN 55427-0070 |
| 519764808 | + Email/Text: bankruptcies@jnrcollects.com | | |
| | | Oct 18 2024 20:45:00 | JNR Adjustment Company, 7001 E Fish Lake Rd Ste, Maple Grove, MN 55311-2841 |
| 519764746 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Oct 18 2024 20:56:46 | Cardmember Services, P0 Box 8650, Wilmington, DE 19899 |
| 519764745 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Oct 18 2024 21:07:47 | Cardmember Services, PO Box 15153, Wilmington, DE 19886 |
| 519764750 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Oct 18 2024 20:56:51 | Chase Bank, P0 Box 15298, Wilmington, DE 19850 |
| 519764752 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Oct 18 2024 20:57:14 | Chase Bank, PO Box 15153, Wilmington, DE 19886 |
| 519764755 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Oct 18 2024 20:56:26 | Chase Bank, PO Box 183164, Columbus, OH 43218 |
| 519764753 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Oct 18 2024 20:56:21 | Chase Bank, PO Box 659732, San Antonio, TX 78265 |
| 519764757 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Oct 18 2024 20:56:27 | Chase Bank, PO Box 901060, Fort Worth, TX 76101 |
| 519764754 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Oct 18 2024 20:56:21 | Chase bank, PO Box 659409, San Antonio, TX 78265 |
| 519764809 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Oct 18 2024 20:43:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 519764810 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Oct 18 2024 20:43:00 | Kohl's, PO Box 3004, Milwaukee, WI 53201-3004 |
| 519764811 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Oct 18 2024 20:43:00 | Kohls, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 519764815 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Oct 18 2024 20:56:00 | LVNV, 55 Beattie Place, Greenville, SC 29601-2165 |

| Recipient # | | Delivery Method | Delivery Time | Address |
|---|---|---|---|---|
| 519764816 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 20:56:26 | LVNV Funding, Attn: Resurgent Capital, 15 South Main Street, Greenville, SC 29601-2743 |
| 519800398 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 20:56:02 | LVNV Funding LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519764842 | | Email/Text: Bankruptcy@mjrf.com | Oct 18 2024 20:43:00 | Mullooly, Jeffrey, Rooney & Flynn, 6851 Jericho Turnpike Suite 220, PO Box 9036, Syosset, NY 11791 |
| 519764844 | | Email/Text: Bankruptcy@mjrf.com | Oct 18 2024 20:43:00 | Mullooly, Jeffrey, Rooney & Flynn, 6851 Jericho Turnpike Suite 220, Syosset, NY 11791 |
| 519764843 | | Email/Text: Bankruptcy@mjrf.com | Oct 18 2024 20:43:00 | Mullooly, Jeffrey, Rooney & Flynn, PO Box 9036, 16th Floor, Syosset, NY 11791 |
| 519764823 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 20:56:04 | Macy's, PO Box 71359, Philadelphia, PA 19176-1359 |
| 519764836 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 18 2024 20:44:00 | Midland Credit Management, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519764835 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 18 2024 20:44:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 519764837 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 18 2024 20:44:00 | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 519764839 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 18 2024 20:44:00 | Midland Funding, Attn: Bankruptcy, P0 Box 939069, San Diego, CA 92193-9069 |
| 519764840 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 18 2024 20:44:00 | Midland Funding, P0 Box 2001, Warren, MI 48090-2001 |
| 519764854 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 18 2024 20:43:00 | PNC, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519813716 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 18 2024 20:43:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 519817419 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 18 2024 20:43:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 519764864 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 18 2024 20:43:00 | PNC Bank, 2730 LIberty Avenue, Pittsburgh, PA 15222 |
| 519764871 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 18 2024 20:43:00 | PNC Bank, Attn: Customer Service, PO Box 609, Pittsburgh, PA 15230 |
| 519764861 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 18 2024 20:43:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519764878 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 18 2024 20:43:00 | PNC Mortgage, PO Box 1820, Dayton, OH 45401 |
| 519764855 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 18 2024 20:43:00 | Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 519764877 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 18 2024 20:43:00 | Pnc Bank Na, P0 Box 3180, Pittsburgh, PA 15230 |
| 519764876 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 18 2024 20:43:00 | PNC Bank, PO Box 15137, Wilmington, DE 19886-5137 |
| 519764884 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2024 20:56:59 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764887 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2024 21:07:50 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 519764886 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2024 21:07:56 | Portfolio Recovery, 140 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 519764879 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2024 21:07:59 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519814730 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2024 21:07:42 | Portfolio Recovery Associates, LLC, POB 41067, |

| Notice # | Type | Date/Time | Recipient |
|---|---|---|---|
| | | | Norfolk VA 23541 |
| 519764845 | Email/Text: signed.order@pfwattorneys.com | Oct 18 2024 20:43:00 | New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519764893 | Email/Text: signed.order@pfwattorneys.com | Oct 18 2024 20:43:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519764894 | Email/Text: signed.order@pfwattorneys.com | Oct 18 2024 20:43:00 | Pressler & Pressler ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764895 | Email/Text: signed.order@pfwattorneys.com | Oct 18 2024 20:43:00 | Pressler & Pressler ESQ PC, 7 Entin Road, Parsippany, NJ 07054 |
| 519764896 | Email/Text: signed.order@pfwattorneys.com | Oct 18 2024 20:43:00 | Pressler And Pressler, Attorneys, 7 Entin Road, Parsippany, NJ 07054 |
| 519764897 | Email/Text: signed.order@pfwattorneys.com | Oct 18 2024 20:43:00 | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519764899 | Email/Text: signed.order@pfwattorneys.com | Oct 18 2024 20:43:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764907 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 20:56:28 | Resurgent, PO Box 1410, Troy, MI 48099-1410 |
| 519764908 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 21:07:36 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 519764910 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2024 20:56:09 | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 519764931 | Email/Text: EBN@seliplaw.com | Oct 18 2024 20:44:00 | Selip and Stylianou, 199 Crossways Park Drive, PO Box 393, Woodbury, NY 11797 |
| 519764930 | Email/Text: EBN@seliplaw.com | Oct 18 2024 20:44:00 | Selip and Stylianou, 199 Crossways Park Drive, PO Box 9004, Woodbury, NY 11797 |
| 519764914 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 21:07:39 | Sears, P0 Box 182532, Columbus, OH 43218 |
| 519764912 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 20:57:02 | Sears, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764916 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 20:56:03 | Sears Credit, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764921 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 20:56:30 | Sears Credit Card, P0 Box 78051, Phoenix, AZ 85062-8051 |
| 519764919 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 20:56:35 | Sears Credit Card, PO Box 183081, Columbus, OH 43218-3081 |
| 519764920 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 21:07:56 | Sears Credit Card, PO Box 183082, Columbus, OH 43218-3082 |
| 519764918 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 21:07:47 | Sears Credit Card, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764922 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 21:07:35 | Sears Credit Cards, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764924 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 20:57:03 | Sears Credit Cards, PO Box 183081, Columbus, OH 43218-3081 |
| 519764923 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 21:07:37 | Sears Credit Cards, PO Box 183082, Columbus, OH 43218-3082 |
| 519764927 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 20:56:46 | Sears Gold Mastercard, PO Box 6922, The Lakes, NV 88901 |
| 519764926 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2024 20:56:04 | Sears Gold Mastercard, PO Box 182156, Columbus, OH 43218-2156 |
| 519764932 | ^ MEBN | Oct 18 2024 20:42:12 | State of New Jersey, Department of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 519764936 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2024 21:07:33 | Synchrony Bank, PO Box 530927, Atlanta, GA |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 30353-0927 |
| 519764939 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2024 20:55:56 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |
| 519764937 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2024 21:07:32 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 519764938 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2024 20:56:21 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 519764941 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2024 20:56:21 | Synchrony Bank, P0 Box 965024, Orlando, FL 32896-5024 |
| 519764935 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2024 20:56:21 | Synchrony Bank, P0 Box 965036, Orlando, FL 32896-5036 |
| 519766914 | ^ | MEBN | Oct 18 2024 20:45:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519764945 | | Email/Text: bankruptcy@td.com | Oct 18 2024 20:44:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 519764947 | | Email/Text: bankruptcy@td.com | Oct 18 2024 20:44:00 | TD Banknorth, Operations Center, P0 Box 1377, Lewiston, ME 04243 |
| 519764942 | + | Email/Text: bncmail@w-legal.com | Oct 18 2024 20:44:00 | Target, P0 Box 673, Minneapolis, MN 55440-0673 |
| 519764943 | + | Email/Text: bncmail@w-legal.com | Oct 18 2024 20:44:00 | Target, 3901 West 53rd St., Sioux Falls, SD 57106-4216 |
| 519764944 | + | Email/Text: bncmail@w-legal.com | Oct 18 2024 20:44:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 519764795 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 18 2024 20:44:00 | Elan Financial Service, 777 E Wisconsin Avenue, Milwaukee, WI 53202 |
| 519764952 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 18 2024 20:44:00 | US Bank, 4801 Frederica Street, Owensboro, KY 42301 |
| 519764951 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 18 2024 20:44:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |
| 519764949 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 18 2024 20:44:00 | US Bank, PO Box 5227, Cincinnati, OH 45201 |
| 519764950 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 18 2024 20:44:00 | US Bank, PO Box 790408, Saint Louis, MO 63179 |
| 519764953 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 18 2024 20:44:00 | US bank, PO Box 6352, Fargo, ND 58125 |
| 519764955 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 18 2024 20:57:14 | Wells Fargo, P0 Box 31557, Billings, MT 59107-1557 |
| 519764956 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 18 2024 21:20:11 | Wells Fargo Bank, PO Box 30086, Los Angeles, CA 90030-0086 |
| 519764958 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Oct 18 2024 20:56:28 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |
| 519764961 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2024 20:44:00 | World Financial Network Bank, 220 W. Schrock Road, Westerville, OH 43081-2873 |

TOTAL: 168

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 519764705 | *+ | Asmaa Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |
| 519764713 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79901 |
| 519764714 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79901 |

Case 22-19052-VFP    Doc 85    Filed 10/20/24    Entered 10/21/24 00:15:18    Desc Imaged
Certificate of Notice    Page 11 of 12

| District/off: 0312-2 | User: admin | Page 9 of 10 |
|---|---|---|
| Date Rcvd: Oct 18, 2024 | Form ID: 137 | Total Noticed: 218 |

| | | |
|---|---|---|
| 519764766 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Citibank Sd, Na, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764732 | *+ | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 519764734 | *+ | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 519764744 | *+ | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519764774 | * | CitiCards, PO Box 6345, The Lakes, NV 88901 |
| 519764762 | * | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 519764764 | *+ | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764768 | *+ | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 519764769 | *+ | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 519764772 | *+ | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764773 | *+ | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764784 | *+ | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 519764788 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519764824 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 519764821 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, P0 Box 4583, Carol Stream, IL 60197 |
| 519764829 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys, P0 Box 8218, Mason, OH 45040 |
| 519764830 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys, P0 Box 8218, Mason, OH 45040 |
| 519764751 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P0 Box 15298, Wilmington, DE 19850 |
| 519764756 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase bank, PO Box 659409, San Antonio, TX 78265 |
| 519764812 | *+ | Kohls, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 519764838 | *+ | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 519764851 | *+ | NYC Department of Finance, Parking Violations Operations, Peck Slip Station, PO Box 2337, New York, NY 10272-2337 |
| 519764850 | * | NYC Department of Finance, Parking Violations Operations, JAF Station, PO Box 1724, New York, NY 10116-1724 |
| 519764867 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 519764872 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 LIberty Avenue, Pittsburgh, PA 15222 |
| 519764863 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519764868 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519818990 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519764856 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 519764857 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 519764873 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 5570, Cleveland, OH 44101 |
| 519764862 | * | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 519764870 | * | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 519764888 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764889 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764890 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764891 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764885 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 519764880 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764881 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764882 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764883 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764846 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519764898 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt, & |

|   |   |   |
|---|---|---|
|   |   | Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519764900 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764901 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764865 | *+ | Pnc Bank, 103 Bellevue Pkwy, Wilmington, DE 19809-3701 |
| 519764909 | *+ | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 519764911 | *+ | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 519764913 | *+ | Sears, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764917 | *+ | Sears Credit, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764925 | *+ | Sears Credit Cards, PO Box 183081, Columbus, OH 43218-3081 |
| 519764933 | * | State of New Jersey, Department of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 519764940 | *+ | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 519764948 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank, 205 W 4th Street, Cincinnati, OH 45202 |
| 519764954 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank Rms Cc, 205 W 4th Street, Cincinnati, OH 45202 |
| 519764797 | ##+ | Forster, Garbus & Garbus, Attorneys At Law, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519764800 | ##+ | Foster, Garbus & Garbus, Attorneys At Law, 7 Banta Place, Hackensack, NJ 07601-5604 |

TOTAL: 0 Undeliverable, 60 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2024            Signature:            /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:

**Name**                    **Email Address**

Denise E. Carlon
                            on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Dennis P Uhlmann, Jr
                            on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com

Herbert B. Raymond
                            on behalf of Debtor Safi M Hanafy herbertraymond@gmail.com
                            raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Marie-Ann Greenberg
                            magecf@magtrustee.com

U.S. Trustee
                            USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5