UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

```
Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond; Kevin de Lyon
Attorneys for the Debtor(s)
```

Order Filed on November 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SAFI HANAFY, DEBTOR(S)

Case No.:   22-19052 (VFP)

Adv. No.:

Hearing Date:

Judge: VINCENT PAPALIA

## ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: November 12, 2024**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2

Debtor: Safi Hanafy,  Debtor(s)

Case no.  22-19052 (VFP)

Caption of order: Order Granting Supplemental Counsel Fees
_____

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$1,950.00** for services rendered and expenses in the amount **$0.00**   for a total of **$1,950.00** The allowance shall be payable

___XXXX___   through the Chapter 13 plan as an administrative priority.

_____   outside the plan.

In the event that the case is dismissed prior to payment of fees and expenses ordered herein, any funds on hand with the Chapter 13 Trustee shall be disbursed on a pro rata basis for payment of allowed administrative expenses under 11 U.S.C. 503(b) before a refund is issued to the debtor. If the applicant is the only individual/entity with allowable administrative expenses, then any funds on hand with the Chapter 13 Trustee shall be disbursed in payment of applicant's allowed administrative expenses before a refund is issued to the debtor.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 22-19052-VFP
Safi M Hanafy                                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                                Page 1 of 2
Date Rcvd: Nov 12, 2024                      Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2024:**

**Recip ID           Recipient Name and Address**
db              +    Safi M Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 14, 2024                    Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2024 at the address(es) listed below:

**Name**                **Email Address**

Denise E. Carlon
                        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Dennis P Uhlmann, Jr
                        on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com

Herbert B. Raymond
                        on behalf of Debtor Safi M Hanafy herbertraymond@gmail.com
                        raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Marie-Ann Greenberg
                        magecf@magtrustee.com

U.S. Trustee
                        USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2      User: admin      Page 2 of 2
Date Rcvd: Nov 12, 2024      Form ID: pdf903      Total Noticed: 1
TOTAL: 5