UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Raymond & Raymond, Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Phone: (973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Alt. Email: esq5622@gmail.com
Herbert B. Raymond, Esq., Jeffrey M. Raymond,
Esq., Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

| | |
|---|---|
| In Re:<br><br>SAFI M. HANAFY, DEBTOR | Case No.:        22-19052 VFP<br><br>Judge:          Vincent F. Papalia, USBJ<br><br>Chapter:              13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.      ☐ Motion for Relief from the Automatic Stay filed by      _ , creditor,

A hearing has been scheduled for                _, at            _.


☒ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for June 5, 2025____, at 10:00 A.M.


☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.


2.      I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____, but have not

been accounted for.  Documentation in support is attached.

☒  Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

> I am mostly current with plan payments, I just owe the May payment which has
> already been remitted and should be received shortly leaving just the June payment
> due.  The Trustee also seeks dismissal because of my failure to provide an update
> regarding a pending cause of action.  Updates have been provided regularly to the
> Trustee and my attorney also obtained and provide a recent update as well.  For these
> reasons, the Trustee's motion should be denied.

☐  Other **(explain your answer)**:

3.      This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.      I certify under penalty of perjury that the above is true.

Date: June 2, 2025__                                              /S/ SAFI M. HANAFY___
                                                                  Debtor's Signature

Date: _____                                       _____
                                                                  Debtor's Signature

**NOTES:**

1.      Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
        13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
        opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
        Dismiss.

2.      Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
        Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
        Default.

*rev.8/1/15*