Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−19052−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Safi M Hanafy
   151 Burhans Avenue
   Haledon, NJ 07508

Social Security No.:
   xxx−xx−1264

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:        7/17/25
Time:        02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond, Debtor's Attorney,
period: 10/1/2024 to 6/3/2025,

COMMISSION OR FEES
$1,300.00

EXPENSES
$35.00

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☑    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows: Pot Plan

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 13, 2025
JAN:

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19052-VFP |
| Safi M Hanafy | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 10 |
| Date Rcvd: Jun 13, 2025 | Form ID: 137 | Total Noticed: 218 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Safi M Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |
| 519764704 | + | Asmaa Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |
| 519764711 | | Bank of America, 4461 Piedmont Parkway, Greensboro, NC 27410 |
| 519764721 | + | Barnet Hospital, 1 E 35th Street, Paterson, NJ 07514-1311 |
| 519764720 | + | Barnet Hospital, 680 Broadway, Paterson, NJ 07514-1524 |
| 519764725 | + | Borough of Haledon, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764726 | + | Borough of Haledon NJ, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764727 | + | Borough of Haledon, NJ, Attn: water / sewer, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764747 | + | Cardmember Services, PO Box 8982, Madison, WI 53708-8982 |
| 519764771 | | CitiCards, PO Box 6345, The Lakes, NV 88901 |
| 519764763 | | Citibank, PO Box 6553, The Lakes, NV 88901 |
| 519764775 | + | Citicorp Credit Services, PO Box 39308, Solon, OH 44139-0308 |
| 519764778 | + | Citizens Bank, 100 Sockanosset Crossroads, Cranston, RI 02920-5530 |
| 519764780 | + | Citizens Bank, P0 Box 42115, Providence, RI 02940-2115 |
| 519764779 | | Citizens Bank, Asset Disposition Redemption Specialist, 100A Sockanossett Crossroad, RDC100, Cranston, RI 02920 |
| 519764781 | + | Citizens Finance Corporation, PO Box 844, Wausau, WI 54402-0844 |
| 519764798 | | Foster & Garbus, PO Box 9030, Farmingdale, NY 11735 |
| 519764799 | + | Foster and Garbus, 500 Bi-County Blvd., Suite 300, West Wing, Farmingdale, NY 11735-3988 |
| 519764801 | + | Gerald Sherman, Attn: Paul Grosso, ESQ, 172 Market Street, Elmwood Park, NJ 07407-1413 |
| 519764802 | + | Haledon Tax Collector, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764813 | | Kohls/chase, N58 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 519764814 | + | LDW Benefits Payment Control, PO Box 650, Trenton, NJ 08646-0650 |
| 519764826 | | Macy's Visa, PO Box 90098, West Chester, OH 45071 |
| 519764831 | + | Maher Alqarallah, 15 Brookview Drive, Haledon, NJ 07508-2600 |
| 519764832 | + | Martone & Uhlmann ESQ, 777 Passaic Avenue, Suite 535, Clifton, NJ 07012-1874 |
| 519764833 | + | Martone & Uhlmann PC, 777 Passaic Avenue, Suite 535, Clifton, NJ 07012-1874 |
| 519764834 | + | Mattleman, Weinworth, & Miller ESQ LLP, 401 Route 70 East, Suite 100, Cherry Hill, NJ 08034-2410 |
| 519764841 | + | Mohammad Zughbi, 55 3rd Avenue, Paterson, NJ 07524-1560 |
| 519764848 | + | NYC Department of Finance, Parking summons, PO Box 2057, New York, NY 10272-2057 |
| 519764849 | + | NYC Department of Finance, Parking Violations Operations, Peck Slip Station, PO Box 2337, New York, NY 10272-2337 |
| 519764847 | | NYC Department of Finance, Parking Violations Operations, JAF Station, PO Box 1724, New York, NY 10116-1724 |
| 519764852 | + | NYC Parking Violations, Church Street Station, PO Box 3611, New York, NY 10008-3611 |
| 519764874 | | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |
| 519764860 | | PNC Bank, Attn: Mortgage Service Center, PO Box 371458, Summit Hill, PA 18250 |
| 519764859 | | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 519764869 | + | PNC Bank, Attn: Mortgage Service Center, PO Box 3714558, Pittsburgh, PA 15250-0001 |
| 519764875 | | PNC Bank, PO Box 4700, Wilkes Barre, PA 18773-4700 |
| 519764866 | | PNC Bank, Po Box 5370, Cleveland, OH 44101 |
| 519764892 | ++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 address filed with court:, PRA III , LLC, PO Box 12914, Norfolk, VA 23541 |
| 519764853 | + | Paul a Grosso, ESQ, 172 Market Street, Elmwood Park, NJ 07407-1413 |
| 519764858 | + | Pnc Bank, 103 Bellevue Pkwy, Wilmington, DE 19809-3701 |

Case 22-19052-VFP    Doc 98    Filed 06/15/25    Entered 06/16/25 00:20:36    Desc Imaged
                          Certificate of Notice    Page 4 of 12

| District/off: 0312-2 | User: admin | Page 2 of 10 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: 137 | Total Noticed: 218 |

| | | |
|---|---|---|
| 519764902 | + | Prism, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 519764915 | | Sears, PO Box 182459, Columbus, OH 43218 |
| 519764928 | | Selip & Stylianou, LLC, Attorneys At Law, PO Box 914, Paramus, NJ 07653-0914 |
| 519764929 | + | Selip and Stylianou, PO Box 9004, Melville, NY 11747-9004 |
| 519764934 | + | State of New Jersey, Department of Labor, PO Box 059, Trenton, NJ 08625-0059 |
| 519764946 | | TD bank, PO Box 84037, Fortson, GA 31808 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jun 13 2025 21:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 13 2025 21:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2025 21:36:17 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519764706 | + Email/Text: g17768@att.com | Jun 13 2025 21:31:00 | AT& Mobility Inc., One AT&T Way, Room 31104, Bedminster, NJ 07921-2693 |
| 519764707 | + Email/Text: g17768@att.com | Jun 13 2025 21:31:00 | AT& Mobility Inc. AT&T Services, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 519764695 | + Email/PDF: bncnotices@becket-lee.com | Jun 13 2025 21:48:31 | American Expess Legal LLC, 500 North Franklin Turnpike, PO Box 278, Ramsey, NJ 07446-0278 |
| 519764696 | + Email/PDF: bncnotices@becket-lee.com | Jun 13 2025 21:36:06 | American Express, P0 Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 519764699 | Email/PDF: bncnotices@becket-lee.com | Jun 13 2025 21:51:15 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 519764697 | + Email/PDF: bncnotices@becket-lee.com | Jun 13 2025 22:02:01 | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519764698 | Email/PDF: bncnotices@becket-lee.com | Jun 13 2025 21:51:10 | American Express, PO Box 297812, Ft. Lauderdale, FL 33329-7812 |
| 519764700 | Email/PDF: bncnotices@becket-lee.com | Jun 13 2025 21:36:10 | American Express, PO Box 7871, Fort Lauderdale, FL 33329 |
| 519791574 | Email/PDF: bncnotices@becket-lee.com | Jun 13 2025 21:36:38 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519764701 | ^ MEBN | Jun 13 2025 21:23:34 | Apotaker & Scian PC, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 519764702 | ^ MEBN | Jun 13 2025 21:23:09 | Apothaker Scian PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 519764703 | ^ MEBN | Jun 13 2025 21:23:10 | Apothaker & Associates, PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 519764709 | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 13 2025 21:30:00 | Bank Of America, Attention: Recovery Department, 4161 Peidmont Parkway, Greensboro, NC 27410 |
| 519764708 | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 13 2025 21:30:00 | Bank Of America, P0 Box 982235, El Paso, TX 79998 |
| 519764716 | + Email/Text: creditcardbkcorrespondence@bofa.com | Jun 13 2025 21:30:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519764719 | + Email/Text: mortgagebkcorrespondence@bofa.com | Jun 13 2025 21:32:00 | Bank of America, PO Box 9000, Getzville, NY 14068-9000 |
| 519764712 | + Email/Text: mortgagebkcorrespondence@bofa.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Jun 13 2025 21:32:00 | Bank of America, 100 N Tyon Street, Charlotte, NC 28255-0001 |
| 519764710 | + | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Jun 13 2025 21:30:00 | Bank of America, Attn: Recovery Department, PO Box 2278, Norfolk, VA 23501-2278 |
| 519764715 | | Email/Text: mortgagebkcorrespondence@bofa.com | | |
| | | | Jun 13 2025 21:32:00 | Bank of America, Attn; Bankruptcy, P0 Box 15021, Wilmington, DE 19850 |
| 519764717 | | Email/Text: mortgagebkcorrespondence@bofa.com | | |
| | | | Jun 13 2025 21:32:00 | Bank of America, 475 Crosspoint Parkway, PO Box 9000, Getzville, NY 14068-9000 |
| 519764718 | + | Email/Text: mortgagebkcorrespondence@bofa.com | | |
| | | | Jun 13 2025 21:32:00 | Bank of America, PO Box 17645, Baltimore, MD 21297-1645 |
| 519764723 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | | |
| | | | Jun 13 2025 21:30:00 | Best Buy, PO Box 17051, Baltimore, MD 21297-1051 |
| 519764722 | + | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | | |
| | | | Jun 13 2025 21:30:00 | Best Buy, Retail Services, PO Box 5244, Carol Stream, IL 60197-5244 |
| 519764724 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | | |
| | | | Jun 13 2025 21:30:00 | Best Buy/HSBC Retail, PO Box 5244, Carol Stream, IL 60197-5244 |
| 519764735 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 13 2025 22:15:49 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 519764738 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 13 2025 21:36:08 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 519764743 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 13 2025 21:36:32 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519764748 | | Email/Text: dlewis@csandw-llp.com | | |
| | | | Jun 13 2025 21:33:00 | Celentano. Stadtmauer & Walentowicz, PO Box 2594, Clifton, NJ 07015-2594 |
| 519764758 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 13 2025 22:01:49 | Citibank, Attn.: Citi Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764759 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 13 2025 21:36:18 | Citibank, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764765 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 13 2025 21:36:10 | Citibank Sd, Na, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764777 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 13 2025 22:01:23 | Citicorp Credit Services, Inc., 7920 NW 110th Street, Kansas City, MO 64153 |
| 519764903 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | | Jun 13 2025 21:31:00 | RBS, Credit Card Services, PO Box 42010, Providence, RI 02940 |
| 519764904 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | | Jun 13 2025 21:31:00 | RBS, PO Box 18204, Bridgeport, CT 06601 |
| 519764906 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | | Jun 13 2025 21:31:00 | RBS Citizens Cc, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 519764905 | | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | | Jun 13 2025 21:31:00 | RBS Citizens Cc, Attn: Bankruptcy Department, 443 Jefferson Blvd, Warwick, RI 02886 |
| 519764728 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Jun 13 2025 21:33:00 | Calvary Investments, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 519764731 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Jun 13 2025 21:33:00 | Calvary Portfolio Services, 500 Summit Lake Drive, PO Box 520, Valhalla, NY 10595-0520 |
| 519764730 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Jun 13 2025 21:33:00 | Calvary Portfolio Services, Po Box 27288, Tempe, AZ 85285-7288 |
| 519764729 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Jun 13 2025 21:33:00 | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 519764733 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 13 2025 21:51:01 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 519764736 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Jun 13 2025 21:36:28 | Capital One, PO Box 85147, Richmond, VA 23276-0001 |
| 519764740 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 13 2025 22:02:06 | Capital One Bank, PO Box 70885, Charlotte, NC 28272-0885 |
| 519764739 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 13 2025 21:36:28 | Capital One Bank, P0 Box 30281, Salt Lake City, UT 84130-0281 |
| 519764737 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 13 2025 21:36:30 | Capital One Bank, Attn: General Correspondence, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519764741 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 13 2025 22:01:22 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 519764742 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jun 13 2025 22:01:35 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519764746 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jun 13 2025 21:36:06 | Cardmember Services, P0 Box 8650, Wilmington, DE 19899 |
| 519764745 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jun 13 2025 21:35:52 | Cardmember Services, PO Box 15153, Wilmington, DE 19886-5153 |
| 519767836 | + | Email/Text: bankruptcy@cavps.com | | |
| | | | Jun 13 2025 21:33:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519764749 | + | Email/Text: dlewis@csandw-llp.com | | |
| | | | Jun 13 2025 21:33:00 | Celentano. Stadtmauer & Walentowicz, PO Box 2594, 1035 Route 46 East, Clifton, NJ 07013-7481 |
| 519764750 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jun 13 2025 21:36:06 | Chase Bank, P0 Box 15298, Wilmington, DE 19850-5298 |
| 519764752 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jun 13 2025 21:36:14 | Chase Bank, PO Box 15153, Wilmington, DE 19886-5153 |
| 519764755 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jun 13 2025 21:36:40 | Chase Bank, PO Box 183164, Columbus, OH 43218-3164 |
| 519764757 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jun 13 2025 21:36:10 | Chase Bank, PO Box 901060, Fort Worth, TX 76101-2060 |
| 519764753 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jun 13 2025 21:50:18 | Chase Bank, PO Box 659732, San Antonio, TX 78265-9732 |
| 519764754 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Jun 13 2025 22:02:06 | Chase bank, PO Box 659409, San Antonio, TX 78265 |
| 519764761 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 13 2025 21:36:14 | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 519764760 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 13 2025 21:50:53 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764767 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 13 2025 21:36:40 | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 519764770 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 13 2025 22:01:47 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764776 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Jun 13 2025 22:02:01 | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 519764782 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jun 13 2025 21:33:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 519764783 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | | Jun 13 2025 21:33:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 519764787 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Jun 13 2025 21:36:30 | Credit One Bank, P0 Box 80015, Los Angeles, CA 90080-0015 |
| 519764786 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Jun 13 2025 21:51:07 | Credit One Bank, 585 S. Pilot Street, Las Vegas, NV 89119-3619 |
| 519764785 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| | | | |
|---|---|---|---|
| | | Jun 13 2025 21:35:41 | Credit One Bank, P0 Box 98873, Las Vegas, NV 89193-8873 |
| 519764791 | Email/Text: mrdiscen@discover.com | | |
| | | Jun 13 2025 21:31:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 519764793 | Email/Text: mrdiscen@discover.com | | |
| | | Jun 13 2025 21:31:00 | Discover, PO Box 30957, Salt Lake City, UT 84130 |
| 519764794 | Email/Text: mrdiscen@discover.com | | |
| | | Jun 13 2025 21:31:00 | Discover Financial Services Llc, P0 Box 15316, Wilmington, DE 19850 |
| 519764818 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 13 2025 21:36:38 | Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 519764817 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 13 2025 21:36:18 | Macy's, P.O. Box 4564, Carol Stream, IL 60197-4564 |
| 519764820 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 13 2025 21:35:51 | Macy's, PO Box 4563, Carol Stream, IL 60197-4563 |
| 519764819 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 13 2025 22:15:43 | Macy's, PO Box 4580, Carol Stream, IL 60197-4580 |
| 519764822 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 13 2025 21:51:07 | Macy's, PO Box 8053, Mason, OH 45040 |
| 519764825 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 13 2025 21:48:32 | Macy's Visa, P0 Box 745012, Cincinnati, OH 45274 |
| 519764827 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 13 2025 21:35:51 | Macy's Visa, P0 Box 9001108, Louisville, KY 40208 |
| 519764828 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Jun 13 2025 21:36:38 | Macys, P0 Box 8218, Mason, OH 45040 |
| 519764792 | Email/Text: mrdiscen@discover.com | | |
| | | Jun 13 2025 21:31:00 | Discover, PO Box 30399, Salt Lake City, UT 84130 |
| 519764790 | Email/Text: mrdiscen@discover.com | | |
| | | Jun 13 2025 21:31:00 | Discover, PO Box 5019, Sandy, UT 84091-5019 |
| 519764789 | Email/Text: mrdiscen@discover.com | | |
| | | Jun 13 2025 21:31:00 | Discover, PO Box 5044, Sandy, UT 84091-5044 |
| 519764796 | + Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | Jun 13 2025 21:30:00 | FIA Card Services, NA, P0 Box 15137, Wilmington, DE 19850-5137 |
| 519764803 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 13 2025 21:49:21 | JC Penny, Attention: Bankruptcy, P0 Box 103104, Roswell, GA 30076-9104 |
| 519764804 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 13 2025 21:50:17 | JCPenny, PO Box 530945, Atlanta, GA 30353-0945 |
| 519764805 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 13 2025 21:36:06 | JCPenny, P0 Box 981131, El Paso, TX 79998-1131 |
| 519764806 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Jun 13 2025 21:36:18 | JCPenny, PO Box 960090, Orlando, FL 32896-0090 |
| 519764807 | + Email/Text: bankruptcies@jnrcollects.com | | |
| | | Jun 13 2025 21:34:00 | JNR Adjustment Company, P0 Box 27070, Minneapolis, MN 55427-0070 |
| 519764808 | + Email/Text: bankruptcies@jnrcollects.com | | |
| | | Jun 13 2025 21:34:00 | JNR Adjustment Company, 7001 E Fish Lake Rd Ste, Maple Grove, MN 55311-2841 |
| 519764809 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jun 13 2025 21:36:30 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 519764810 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jun 13 2025 21:35:51 | Kohl's, PO Box 3004, Milwaukee, WI 53201-3004 |
| 519764811 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Jun 13 2025 22:01:32 | Kohls, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 519764815 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 13 2025 21:35:56 | LVNV, 55 Beattie Place, Greenville, SC 29601-2165 |
| 519764816 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 13 2025 21:36:38 | LVNV Funding, Attn: Resurgent Capital, 15 South Main Street, Greenville, SC 29601-2743 |
| 519800398 | Email/PDF: resurgentbknotifications@resurgent.com | | |

| Notice # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 13 2025 21:49:08 | LVNV Funding LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519764842 | | Email/Text: Bankruptcy@mjrf.com | Jun 13 2025 21:32:00 | Mullooly, Jeffrey, Rooney & Flynn, 6851 Jericho Turnpike Suite 220, PO Box 9036, Syosset, NY 11791 |
| 519764844 | | Email/Text: Bankruptcy@mjrf.com | Jun 13 2025 21:32:00 | Mullooly, Jeffrey, Rooney & Flynn, 6851 Jericho Turnpike Suite 220, Syosset, NY 11791 |
| 519764843 | | Email/Text: Bankruptcy@mjrf.com | Jun 13 2025 21:32:00 | Mullooly, Jeffrey, Rooney & Flynn, PO Box 9036, 16th Floor, Syosset, NY 11791 |
| 519764823 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2025 21:50:30 | Macy's, PO Box 71359, Philadelphia, PA 19176-1359 |
| 519764836 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2025 21:33:00 | Midland Credit Management, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519764835 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2025 21:33:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 519764837 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2025 21:33:00 | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 519764839 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2025 21:33:00 | Midland Funding, Attn: Bankruptcy, P0 Box 939069, San Diego, CA 92193-9069 |
| 519764840 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2025 21:33:00 | Midland Funding, P0 Box 2001, Warren, MI 48090-2001 |
| 519764854 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2025 21:31:00 | PNC, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519813716 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2025 21:31:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 519817419 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2025 21:31:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 519764864 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2025 21:31:00 | PNC Bank, 2730 LIberty Avenue, Pittsburgh, PA 15222 |
| 519764871 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2025 21:31:00 | PNC Bank, Attn: Customer Service, PO Box 609, Pittsburgh, PA 15230 |
| 519764861 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2025 21:31:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519764878 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2025 21:31:00 | PNC Mortgage, PO Box 1820, Dayton, OH 45401 |
| 519764855 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2025 21:31:00 | Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 519764877 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2025 21:31:00 | Pnc Bank Na, P0 Box 3180, Pittsburgh, PA 15230 |
| 519764876 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 13 2025 21:30:00 | PNC Bank, PO Box 15137, Wilmington, DE 19886-5137 |
| 519764884 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2025 22:14:02 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764887 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2025 21:36:09 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 519764886 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2025 21:50:57 | Portfolio Recovery, 140 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 519764879 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2025 22:13:55 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519814730 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2025 22:15:11 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 519764845 | | Email/Text: signed.order@pfwattorneys.com | Jun 13 2025 21:31:00 | New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |

Case 22-19052-VFP    Doc 98    Filed 06/15/25    Entered 06/16/25 00:20:36    Desc Imaged
                        Certificate of Notice    Page 9 of 12

| District/off: 0312-2 | User: admin | Page 7 of 10 |
|---|---|---|
| Date Rcvd: Jun 13, 2025 | Form ID: 137 | Total Noticed: 218 |

| | | | | |
|---|---|---|---|---|
| 519764893 |   | Email/Text: signed.order@pfwattorneys.com | Jun 13 2025 21:31:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519764894 |   | Email/Text: signed.order@pfwattorneys.com | Jun 13 2025 21:31:00 | Pressler & Pressler ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764895 |   | Email/Text: signed.order@pfwattorneys.com | Jun 13 2025 21:31:00 | Pressler & Pressler ESQ PC, 7 Entin Road, Parsippany, NJ 07054 |
| 519764896 |   | Email/Text: signed.order@pfwattorneys.com | Jun 13 2025 21:31:00 | Pressler And Pressler, Attorneys, 7 Entin Road, Parsippany, NJ 07054 |
| 519764897 |   | Email/Text: signed.order@pfwattorneys.com | Jun 13 2025 21:31:00 | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519764899 |   | Email/Text: signed.order@pfwattorneys.com | Jun 13 2025 21:31:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764907 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 21:36:17 | Resurgent, PO Box 1410, Troy, MI 48099-1410 |
| 519764908 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 21:35:51 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 519764910 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2025 21:48:31 | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 519764931 |   | Email/Text: EBN@seliplaw.com | Jun 13 2025 21:32:00 | Selip and Stylianou, 199 Crossways Park Drive, PO Box 393, Woodbury, NY 11797 |
| 519764930 |   | Email/Text: EBN@seliplaw.com | Jun 13 2025 21:32:00 | Selip and Stylianou, 199 Crossways Park Drive, PO Box 9004, Woodbury, NY 11797 |
| 519764914 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2025 21:36:14 | Sears, P0 Box 182532, Columbus, OH 43218 |
| 519764912 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2025 21:36:14 | Sears, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764916 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2025 22:15:48 | Sears Credit, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764921 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2025 22:01:23 | Sears Credit Card, P0 Box 78051, Phoenix, AZ 85062-8051 |
| 519764919 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2025 21:36:14 | Sears Credit Card, PO Box 183081, Columbus, OH 43218-3081 |
| 519764920 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2025 21:36:37 | Sears Credit Card, PO Box 183082, Columbus, OH 43218-3082 |
| 519764918 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2025 21:36:34 | Sears Credit Card, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764922 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2025 21:35:57 | Sears Credit Cards, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764924 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2025 21:48:31 | Sears Credit Cards, PO Box 183081, Columbus, OH 43218-3081 |
| 519764923 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2025 21:35:52 | Sears Credit Cards, PO Box 183082, Columbus, OH 43218-3082 |
| 519764927 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2025 21:36:10 | Sears Gold Mastercard, PO Box 6922, The Lakes, NV 88901 |
| 519764926 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2025 22:01:34 | Sears Gold Mastercard, PO Box 182156, Columbus, OH 43218-2156 |
| 519764932 | ^ | MEBN | Jun 13 2025 21:22:08 | State of New Jersey, Department of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 519764936 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2025 21:49:23 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 519764939 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2025 21:35:57 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519764937 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2025 21:35:37 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 519764938 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2025 22:14:51 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 519764941 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2025 21:36:32 | Synchrony Bank, P0 Box 965024, Orlando, FL 32896-5024 |
| 519764935 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2025 21:49:19 | Synchrony Bank, P0 Box 965036, Orlando, FL 32896-5036 |
| 519766914 | ^ | MEBN | Jun 13 2025 21:24:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519764945 | + | Email/Text: bankruptcy@td.com | Jun 13 2025 21:33:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 519764947 | + | Email/Text: bankruptcy@td.com | Jun 13 2025 21:33:00 | TD Banknorth, Operations Center, P0 Box 1377, Lewiston, ME 04243 |
| 519764942 | + | Email/Text: bncmail@w-legal.com | Jun 13 2025 21:32:00 | Target, P0 Box 673, Minneapolis, MN 55440-0673 |
| 519764943 | + | Email/Text: bncmail@w-legal.com | Jun 13 2025 21:32:00 | Target, 3901 West 53rd St., Sioux Falls, SD 57106-4216 |
| 519764944 | + | Email/Text: bncmail@w-legal.com | Jun 13 2025 21:32:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 519764952 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Jun 13 2025 21:32:00 | US Bank, 4801 Frederica Street, Owensboro, KY 42301 |
| 519764795 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 13 2025 21:33:00 | Elan Financial Service, 777 E Wisconsin Avenue, Milwaukee, WI 53202 |
| 519764951 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 13 2025 21:33:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |
| 519764949 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 13 2025 21:33:00 | US Bank, PO Box 5227, Cincinnati, OH 45201 |
| 519764950 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 13 2025 21:33:00 | US Bank, PO Box 790408, Saint Louis, MO 63179 |
| 519764953 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 13 2025 21:33:00 | US bank, PO Box 6352, Fargo, ND 58125 |
| 519764955 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 13 2025 21:36:37 | Wells Fargo, P0 Box 31557, Billings, MT 59107-1557 |
| 519764956 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 13 2025 21:48:33 | Wells Fargo Bank, PO Box 30086, Los Angeles, CA 90030-0086 |
| 519764957 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 13 2025 21:48:37 | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |
| 519764958 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jun 13 2025 21:36:37 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |
| 519764959 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 13 2025 21:36:40 | Wells Fargo Card Services, PO Box 6412, Carol Stream, IL 60197-6412 |
| 519764960 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 13 2025 21:50:57 | Wells Fargo Financial, PO Box 98784, Las Vegas, NV 89193-8784 |
| 519764961 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 13 2025 21:33:00 | World Financial Network Bank, 220 W. Schrock Road, Westerville, OH 43081-2873 |

TOTAL: 171

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 9 of 10 |
| Date Rcvd: Jun 13, 2025 | Form ID: 137 | Total Noticed: 218 |

| | | |
|---|---|---|
| 519764705 | *+ | Asmaa Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |
| 519764713 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79901 |
| 519764714 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79901 |
| 519764766 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Citibank Sd, Na, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764732 | *+ | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 519764734 | *+ | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 519764744 | *+ | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519764751 | *+ | Chase Bank, P0 Box 15298, Wilmington, DE 19850-5298 |
| 519764756 | * | Chase bank, PO Box 659409, San Antonio, TX 78265 |
| 519764774 | * | CitiCards, PO Box 6345, The Lakes, NV 88901 |
| 519764762 | * | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 519764764 | *+ | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764768 | *+ | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 519764769 | *+ | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 519764772 | *+ | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764773 | *+ | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764784 | *+ | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 519764788 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519764824 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 519764821 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, P0 Box 4583, Carol Stream, IL 60197 |
| 519764829 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys, P0 Box 8218, Mason, OH 45040 |
| 519764830 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys, P0 Box 8218, Mason, OH 45040 |
| 519764812 | *+ | Kohls, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 519764838 | *+ | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 519764851 | *+ | NYC Department of Finance, Parking Violations Operations, Peck Slip Station, PO Box 2337, New York, NY 10272-2337 |
| 519764850 | * | NYC Department of Finance, Parking Violations Operations, JAF Station, PO Box 1724, New York, NY 10116-1724 |
| 519764867 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 519764872 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 LIberty Avenue, Pittsburgh, PA 15222 |
| 519764863 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519764868 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519818990 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519764856 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 519764857 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 519764873 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 5570, Cleveland, OH 44101 |
| 519764862 | * | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 519764870 | * | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 519764888 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764889 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764890 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764891 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764885 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 519764880 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764881 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764882 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764883 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |

| | | |
|---|---|---|
| 519764846 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519764898 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519764900 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764901 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764865 | *+ | Pnc Bank, 103 Bellevue Pkwy, Wilmington, DE 19809-3701 |
| 519764909 | *+ | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 519764911 | *+ | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 519764913 | *+ | Sears, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764917 | *+ | Sears Credit, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764925 | *+ | Sears Credit Cards, PO Box 183081, Columbus, OH 43218-3081 |
| 519764933 | * | State of New Jersey, Department of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 519764940 | *+ | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 519764948 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank, 205 W 4th Street, Cincinnati, OH 45202 |
| 519764954 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank Rms Cc, 205 W 4th Street, Cincinnati, OH 45202 |
| 519764797 | ##+ | Forster, Garbus & Garbus, Attorneys At Law, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519764800 | ##+ | Foster, Garbus & Garbus, Attorneys At Law, 7 Banta Place, Hackensack, NJ 07601-5604 |

TOTAL: 0 Undeliverable, 60 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 13, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com |
| Herbert B. Raymond | on behalf of Debtor Safi M Hanafy herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5