UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on December 23, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SAFI M. HANAFY, DEBTOR

Case No.: 22-19052 VFP

Adv. No.:

Hearing Date: 12/18/2025 @ 10:00 A.M.

Judge: Vincent F. Papalia, U.S.B.J.

ORDER CANCELLING AND DISCHARGING
JUDGMENT LIEN HELD BY
NEW CENTURY FINANCIAL SERVICE, INC.

    The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: December 23, 2025**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor: Safi M. Hanafy, Debtor(s)
Case no.: 22-19052 VFP
Caption of order: Order Cancelling and Discharging Judgment Lien Held by New Century Financial Service, Inc.
_____

1. That the judicial lien/judgment lien held by New Century Financial Service, Inc., against real property owned by the Debtor, Safi M. Hanafy, located at 151 Burhans Avenue, Haledon, New Jersey 07508, entered of record in the Superior Court of New Jersey, Passaic County, Special Civil Part, as follows:

    a. New Century Financial Service, Inc. vs. Safi M. Hanafy
        i. Judgment Creditor: New Century Financial Service, Inc.
        ii. Judgment No.: DJ-076325-14
        iii. Docket/Case Number: DC 015870-13
        iv. Judgment Enter Date: April 30, 2014
        v. Court: SCP
        vi. Venue-Id: Passaic County
        vii. Action Type: Contract
        viii. Judgment Amount: $5,158.26 plus counsel fees, interest and court costs
        ix. Judgment No.: PAS VJ-001753-14
        x. Processing Location: Passaic County
        xi. Judgment Filing Date: February 25, 2014
        xii. Status Date: April 30, 2014
        xiii. Filing Location: Passaic County

**be and is hereby discharged and cancelled upon completion of Debtor's plan.**

2. The Clerk of the Superior Court, is authorized to cancel, release and/or remove this lien, from the judgment index upon Debtor's counsel's representation that Debtor's plan is complete.