

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)

Order Filed on December 23, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SAFI M. HANAFY, DEBTOR

Case No.: 22-19052 VFP

Adv. No.:

Hearing Date: 12/18/2025 @ 10:00 A.M.

Judge: Vincent F. Papalia, U.S.B.J.

ORDER CANCELLING AND DISCHARGING
JUDGMENT LIEN HELD BY
NEW CENTURY FINANCIAL SERVICE, INC.

The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: December 23, 2025**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor: Safi M. Hanafy, Debtor(s)
Case no.: 22-19052 VFP
Caption of order: Order Cancelling and Discharging Judgment Lien Held by New Century Financial Service, Inc.
_____

1. That the judicial lien/judgment lien held by New Century Financial Service, Inc., against real property owned by the Debtor, Safi M. Hanafy, located at 151 Burhans Avenue, Haledon, New Jersey 07508, entered of record in the Superior Court of New Jersey, Passaic County, Special Civil Part, as follows:

    a. New Century Financial Service, Inc. vs. Safi M. Hanafy
        i. Judgment Creditor: New Century Financial Service, Inc.
        ii. Judgment No.: DJ-076325-14
        iii. Docket/Case Number: DC 015870-13
        iv. Judgment Enter Date: April 30, 2014
        v. Court: SCP
        vi. Venue-Id: Passaic County
        vii. Action Type: Contract
        viii. Judgment Amount: $5,158.26 plus counsel fees, interest and court costs
        ix. Judgment No.: PAS VJ-001753-14
        x. Processing Location: Passaic County
        xi. Judgment Filing Date: February 25, 2014
        xii. Status Date: April 30, 2014
        xiii. Filing Location: Passaic County

**be and is hereby discharged and cancelled upon completion of Debtor's plan.**

2. The Clerk of the Superior Court, is authorized to cancel, release and/or remove this lien, from the judgment index upon Debtor's counsel's representation that Debtor's plan is complete.

United States Bankruptcy Court

District of New Jersey

In re:  
Safi M Hanafy  
    Debtor

Case No. 22-19052-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Dec 29, 2025      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Safi M Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com |
| Herbert B. Raymond | on behalf of Debtor Safi M Hanafy herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Dec 29, 2025     Form ID: pdf903     Total Noticed: 1
TOTAL: 5