DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: ___22-19052 VFP___ |
| | Chapter: ___13___ |
| SAFI M. HANAFY, DEBTOR(S) | Judge: ___Vincent Papalia___ |

---

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

---

_____Safi M. Hanafy_____, _____the Debtor_____, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

Address of the Clerk:
    U.S. Bankruptcy Court
    District of New Jersey
    50 Walnut Street, 3rd Floor
    Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable ___Vincent F. Papalia, U.S.B.J.___ on ___May 21, 2026___ at _10:00_ a.m. at the United States Bankruptcy Court, courtroom no. __3B__, ___50 Walnut St., 3rd Floor, Newark, NJ 07102___ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a _Certification of No Objection_ and the settlement may be completed as proposed.

Nature of action:
    Settlement of motor vehicle and assault claim.

Pertinent terms of settlement:   $23,000 gross settlement. Expenses of suit of $2,847. Attorneys fee for special counsel of $152.30. One outstanding medical bill of $1,000, compromised from $3,300. Net remaining sum of $19,000, with $1,750 to be paid to Herbert Raymond, Esq., bankruptcy counsel, for services pertaining to the compromise motion and notice of settlement, and balance of settlement proceeds of $17,250, to remitted to the Debtor, consistent with Debtor's claimed exemption.

Objections must be served on, and requests for additional information directed to:

Name:     Raymond & Raymond, Esqs., Herbert Raymond, Esq.

Address:     7 Glenwood Avenue, 4th Floor, East Orange, New Jersey 07017

Telephone No.:  973-675-5622 Phone;  Email: herbertraymond@gmail.com, Fax: 408-519-6711

_rev.8/1/15_

United States Bankruptcy Court

District of New Jersey

| In re: | | Case No. 22-19052-VFP |
|---|---|---|
| Safi M Hanafy | | Chapter 13 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 10 |
|---|---|---|
| Date Rcvd: Apr 20, 2026 | Form ID: pdf905 | Total Noticed: 218 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Safi M Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |
| 519764704 | + | Asmaa Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |
| 519764711 | | Bank of America, 4461 Piedmont Parkway, Greensboro, NC 27410 |
| 519764721 | + | Barnet Hospital, 1 E 35th Street, Paterson, NJ 07514-1311 |
| 519764720 | + | Barnet Hospital, 680 Broadway, Paterson, NJ 07514-1524 |
| 519764725 | + | Borough of Haledon, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764726 | + | Borough of Haledon NJ, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764727 | + | Borough of Haledon, NJ, Attn: water / sewer, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764747 | + | Cardmember Services, PO Box 8982, Madison, WI 53708-8982 |
| 519764771 | | CitiCards, PO Box 6345, The Lakes, NV 88901 |
| 519764763 | | Citibank, PO Box 6553, The Lakes, NV 88901 |
| 519764775 | + | Citicorp Cedit Services, PO Box 39308, Solon, OH 44139-0308 |
| 519764778 | + | Citizens Bank, 100 Sockanosset Crossroads, Cranston, RI 02920-5530 |
| 519764780 | + | Citizens Bank, P0 Box 42115, Providence, RI 02940-2115 |
| 519764779 | | Citizens Bank, Asset Disposition Redemption Specialist, 100A Sockanossett Crossroad, RDC100, Cranston, RI 02920 |
| 519764781 | + | Citizens Finance Corporation, PO Box 844, Wausau, WI 54402-0844 |
| 519764798 | | Foster & Garbus, PO Box 9030, Farmingdale, NY 11735 |
| 519764799 | + | Foster and Garbus, 500 Bi-County Blvd., Suite 300, West Wing, Farmingdale, NY 11735-3988 |
| 519764801 | + | Gerald Sherman, Attn: Paul Grosso, ESQ, 172 Market Street, Elmwood Park, NJ 07407-1413 |
| 519764802 | + | Haledon Tax Collector, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764813 | | Kohls/chase, N58 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 519764814 | + | LDW Benefits Payment Control, PO Box 650, Trenton, NJ 08646-0650 |
| 519764826 | | Macy's Visa, PO Box 90098, West Chester, OH 45071 |
| 519764831 | + | Maher Alqarallah, 15 Brookview Drive, Haledon, NJ 07508-2600 |
| 519764832 | + | Martone & Uhlmann ESQ, 777 Passaic Avenue, Suite 535, Clifton, NJ 07012-1874 |
| 519764833 | + | Martone & Uhlmann PC, 777 Passaic Avenue, Suite 535, Clifton, NJ 07012-1874 |
| 519764834 | + | Mattleman, Weinworth, & Miller ESQ LLP, 401 Route 70 East, Suite 100, Cherry Hill, NJ 08034-2410 |
| 519764841 | + | Mohammad Zughbi, 55 3rd Avenue, Paterson, NJ 07524-1560 |
| 519764848 | + | NYC Department of Finance, Parking summons, PO Box 2057, New York, NY 10272-2057 |
| 519764849 | + | NYC Department of Finance, Parking Violations Operations, Peck Slip Station, PO Box 2337, New York, NY 10272-2337 |
| 519764847 | | NYC Department of Finance, Parking Violations Operations, JAF Station, PO Box 1724, New York, NY 10116-1724 |
| 519764852 | + | NYC Parking Violations, Church Street Station, PO Box 3611, New York, NY 10008-3611 |
| 519764860 | | PNC Bank, Attn: Mortgage Service Center, PO Box 371458, Summit Hill, PA 18250 |
| 519764859 | | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 519764869 | + | PNC Bank, Attn: Mortgage Service Center, PO Box 3714558, Pittsburgh, PA 15250-0001 |
| 519764874 | | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |
| 519764875 | | PNC Bank, PO Box 4700, Wilkes Barre, PA 18773-4700 |
| 519764866 | | PNC Bank, Po Box 5370, Cleveland, OH 44101 |
| 519764892 | ++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 address filed with court:, PRA III , LLC, PO Box 12914, Norfolk, VA 23541 |
| 519764853 | + | Paul a Grosso, ESQ, 172 Market Street, Elmwood Park, NJ 07407-1413 |
| 519764858 | + | Pnc Bank, 103 Bellevue Pkwy, Wilmington, DE 19809-3701 |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 10 |
| Date Rcvd: Apr 20, 2026 | Form ID: pdf905 | Total Noticed: 218 |

| | | |
|---|---|---|
| 519764902 | + | Prism, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 519764915 | | Sears, PO Box 182459, Columbus, OH 43218 |
| 519764928 | | Selip & Stylianou, LLC, Attorneys At Law, PO Box 914, Paramus, NJ 07653-0914 |
| 519764929 | + | Selip and Stylianou, PO Box 9004, Melville, NY 11747-9004 |
| 519764934 | + | State of New Jersey, Department of Labor, PO Box 059, Trenton, NJ 08625-0059 |
| 519764946 | | TD bank, PO Box 84037, Fortson, GA 31808 |

TOTAL: 47

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 20 2026 21:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 20 2026 21:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 20 2026 21:42:15 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519764706 | + | Email/Text: g17768@att.com | Apr 20 2026 21:32:00 | AT& Mobility Inc., One AT&T Way, Room 31104, Bedminster, NJ 07921-2693 |
| 519764707 | + | Email/Text: g17768@att.com | Apr 20 2026 21:32:00 | AT& Mobility Inc. AT&T Services, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 519764695 | + | Email/PDF: bncnotices@becket-lee.com | Apr 20 2026 21:42:22 | American Express Legal LLC, 500 North Franklin Turnpike, PO Box 278, Ramsey, NJ 07446-0278 |
| 519764696 | + | Email/PDF: bncnotices@becket-lee.com | Apr 20 2026 21:42:12 | American Express, P0 Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 519764699 | | Email/PDF: bncnotices@becket-lee.com | Apr 20 2026 21:42:21 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 519764697 | + | Email/PDF: bncnotices@becket-lee.com | Apr 20 2026 21:42:14 | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519764698 | | Email/PDF: bncnotices@becket-lee.com | Apr 20 2026 21:42:21 | American Express, PO Box 297812, Ft. Lauderdale, FL 33329-7812 |
| 519764700 | | Email/PDF: bncnotices@becket-lee.com | Apr 20 2026 21:42:21 | American Express, PO Box 7871, Fort Lauderdale, FL 33329 |
| 519791574 | | Email/PDF: bncnotices@becket-lee.com | Apr 20 2026 21:42:19 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519764701 | ^ | MEBN | Apr 20 2026 21:32:01 | Apotaker & Scian PC, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 519764702 | ^ | MEBN | Apr 20 2026 21:31:41 | Apothaker Scian PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 519764703 | ^ | MEBN | Apr 20 2026 21:31:41 | Apothaker & Associates, PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 519764709 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 20 2026 21:32:00 | Bank Of America, Attention: Recovery Department, 4161 Peidmont Parkway, Greensboro, NC 27410 |
| 519764708 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 20 2026 21:32:00 | Bank Of America, P0 Box 982235, El Paso, TX 79998 |
| 519764716 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 20 2026 21:32:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519764719 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Apr 20 2026 21:32:00 | Bank of America, PO Box 9000, Getzville, NY 14068-9000 |
| 519764712 | + | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | | |

| | | Apr 20 2026 21:32:00 | Bank of America, 100 N Tyon Street, Charlotte, NC 28255-0001 |
|---|---|---|---|
| 519764710 | + Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | | |
| | | Apr 20 2026 21:32:00 | Bank of America, Attn: Recovery Department, PO Box 2278, Norfolk, VA 23501-2278 |
| 519764715 | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | | |
| | | Apr 20 2026 21:32:00 | Bank of America, Attn; Bankruptcy, P0 Box 15021, Wilmington, DE 19850 |
| 519764717 | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | | |
| | | Apr 20 2026 21:32:00 | Bank of America, 475 Crosspoint Parkway, PO Box 9000, Getzville, NY 14068-9000 |
| 519764718 | + Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | | |
| | | Apr 20 2026 21:32:00 | Bank of America, PO Box 17645, Baltimore, MD 21297-1645 |
| 519764723 | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | | |
| | | Apr 20 2026 21:32:00 | Best Buy, PO Box 17051, Baltimore, MD 21297-1051 |
| 519764722 | + Email/Text: BNCNOTICES@noexternalmail.hsbc.com | | |
| | | Apr 20 2026 21:32:00 | Best Buy, Retail Services, PO Box 5244, Carol Stream, IL 60197-5244 |
| 519764724 | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | | |
| | | Apr 20 2026 21:32:00 | Best Buy/HSBC Retail, PO Box 5244, Carol Stream, IL 60197-5244 |
| 519764735 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Apr 20 2026 21:42:06 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 519764738 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Apr 20 2026 21:42:13 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 519764743 | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Apr 20 2026 21:42:06 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519764748 | Email/Text: dlewis@csandw-llp.com | | |
| | | Apr 20 2026 21:32:00 | Celentano. Stadtmauer & Walentowicz, PO Box 2594, Clifton, NJ 07015-2594 |
| 519764758 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 20 2026 21:42:16 | Citibank, Attn.: Citi Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764759 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 20 2026 21:42:23 | Citibank, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764765 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 20 2026 21:42:16 | Citibank Sd, Na, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764777 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 20 2026 21:42:17 | Citicorp Credit Services, Inc., 7920 NW 110th Street, Kansas City, MO 64153 |
| 519764903 | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | Apr 20 2026 21:32:00 | RBS, Credit Card Services, PO Box 42010, Providence, RI 02940 |
| 519764904 | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | Apr 20 2026 21:32:00 | RBS, PO Box 18204, Bridgeport, CT 06601 |
| 519764906 | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | Apr 20 2026 21:32:00 | RBS Citizens Cc, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 519764905 | Email/Text: Bankruptcy.RI@Citizensbank.com | | |
| | | Apr 20 2026 21:32:00 | RBS Citizens Cc, Attn: Bankruptcy Department, 443 Jefferson Blvd, Warwick, RI 02886 |
| 519764728 | + Email/Text: bankruptcy@cavps.com | | |
| | | Apr 20 2026 21:33:00 | Calvary Investments, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 519764731 | + Email/Text: bankruptcy@cavps.com | | |
| | | Apr 20 2026 21:33:00 | Calvary Portfolio Services, 500 Summit Lake Drive, PO Box 520, Valhalla, NY 10595-0520 |
| 519764730 | + Email/Text: bankruptcy@cavps.com | | |
| | | Apr 20 2026 21:33:00 | Calvary Portfolio Services, Po Box 27288, Tempe, AZ 85285-7288 |
| 519764729 | + Email/Text: bankruptcy@cavps.com | | |
| | | Apr 20 2026 21:33:00 | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 519764733 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Apr 20 2026 21:42:06 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 519764736 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| | | | |
|---|---|---|---|
| | | Apr 20 2026 21:42:06 | Capital One, PO Box 85147, Richmond, VA 23276-0001 |
| 519764740 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Apr 20 2026 21:42:06 | Capital One Bank, PO Box 70885, Charlotte, NC 28272-0885 |
| 519764739 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Apr 20 2026 21:42:20 | Capital One Bank, P0 Box 30281, Salt Lake City, UT 84130-0281 |
| 519764737 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Apr 20 2026 21:42:06 | Capital One Bank, Attn: General Correspondence, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519764741 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Apr 20 2026 21:42:20 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 519764742 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | Apr 20 2026 21:42:13 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519764746 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Apr 20 2026 21:42:06 | Cardmember Services, P0 Box 8650, Wilmington, DE 19899 |
| 519764745 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Apr 20 2026 21:42:06 | Cardmember Services, PO Box 15153, Wilmington, DE 19886-5153 |
| 519767836 | + Email/Text: bankruptcy@cavps.com | | |
| | | Apr 20 2026 21:33:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519764749 | + Email/Text: dlewis@csandw-llp.com | | |
| | | Apr 20 2026 21:32:00 | Celentano. Stadtmauer & Walentowicz, PO Box 2594, 1035 Route 46 East, Clifton, NJ 07013-7481 |
| 519764750 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Apr 20 2026 21:42:06 | Chase Bank, P0 Box 15298, Wilmington, DE 19850-5298 |
| 519764752 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Apr 20 2026 21:42:06 | Chase Bank, PO Box 15153, Wilmington, DE 19886-5153 |
| 519764755 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Apr 20 2026 21:42:13 | Chase Bank, PO Box 183164, Columbus, OH 43218-3164 |
| 519764757 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Apr 20 2026 21:42:20 | Chase Bank, PO Box 901060, Fort Worth, TX 76101-2060 |
| 519764753 | + Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Apr 20 2026 21:42:06 | Chase Bank, PO Box 659732, San Antonio, TX 78265-9732 |
| 519764754 | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | Apr 20 2026 21:42:20 | Chase bank, PO Box 659409, San Antonio, TX 78265 |
| 519764761 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 20 2026 21:42:09 | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 519764760 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 20 2026 21:42:16 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764767 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 20 2026 21:42:17 | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 519764770 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 20 2026 21:42:16 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764776 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Apr 20 2026 21:42:16 | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 519764782 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Apr 20 2026 21:32:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 519764783 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Apr 20 2026 21:32:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 519764787 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Apr 20 2026 21:42:14 | Credit One Bank, P0 Box 80015, Los Angeles, CA 90080-0015 |
| 519764786 | + Email/PDF: creditonebknotifications@resurgent.com | | |
| | | Apr 20 2026 21:42:07 | Credit One Bank, 585 S. Pilot Street, Las Vegas, NV 89119-3619 |
| 519764785 | + Email/PDF: creditonebknotifications@resurgent.com | | |

District/off: 0312-2                        User: admin                                    Page 5 of 10

Date Rcvd: Apr 20, 2026                     Form ID: pdf905                                Total Noticed: 218

|  |  | Apr 20 2026 21:42:08 | Credit One Bank, P0 Box 98873, Las Vegas, NV 89193-8873 |
| 519764791 | Email/Text: mrdiscen@discover.com | Apr 20 2026 21:32:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 519764793 | Email/Text: mrdiscen@discover.com | Apr 20 2026 21:32:00 | Discover, PO Box 30957, Salt Lake City, UT 84130 |
| 519764794 | Email/Text: mrdiscen@discover.com | Apr 20 2026 21:32:00 | Discover Financial Services Llc, P0 Box 15316, Wilmington, DE 19850 |
| 519764818 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 20 2026 21:42:23 | Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 519764817 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 20 2026 21:42:09 | Macy's, P.O. Box 4564, Carol Stream, IL 60197-4564 |
| 519764820 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 20 2026 21:42:16 | Macy's, PO Box 4563, Carol Stream, IL 60197-4563 |
| 519764819 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 20 2026 21:42:09 | Macy's, PO Box 4580, Carol Stream, IL 60197-4580 |
| 519764822 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 20 2026 21:42:16 | Macy's, PO Box 8053, Mason, OH 45040 |
| 519764825 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 20 2026 21:42:23 | Macy's Visa, P0 Box 745012, Cincinnati, OH 45274 |
| 519764827 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 20 2026 21:42:23 | Macy's Visa, P0 Box 9001108, Louisville, KY 40208 |
| 519764828 | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 20 2026 21:42:23 | Macys, P0 Box 8218, Mason, OH 45040 |
| 519764792 | Email/Text: mrdiscen@discover.com | Apr 20 2026 21:32:00 | Discover, PO Box 30399, Salt Lake City, UT 84130 |
| 519764790 | Email/Text: mrdiscen@discover.com | Apr 20 2026 21:32:00 | Discover, PO Box 5019, Sandy, UT 84091-5019 |
| 519764789 | Email/Text: mrdiscen@discover.com | Apr 20 2026 21:32:00 | Discover, PO Box 5044, Sandy, UT 84091-5044 |
| 519764796 | + Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 20 2026 21:32:00 | FIA Card Services, NA, P0 Box 15137, Wilmington, DE 19850-5137 |
| 519764803 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 20 2026 21:42:12 | JC Penny, Attention: Bankruptcy, P0 Box 103104, Roswell, GA 30076-9104 |
| 519764804 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 20 2026 21:42:12 | JCPenny, PO Box 530945, Atlanta, GA 30353-0945 |
| 519764805 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 20 2026 21:42:05 | JCPenny, P0 Box 981131, El Paso, TX 79998-1131 |
| 519764806 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 20 2026 21:42:19 | JCPenny, PO Box 960090, Orlando, FL 32896-0090 |
| 519764807 | + Email/Text: bankruptcies@jnrcollects.com | Apr 20 2026 21:33:00 | JNR Adjustment Company, P0 Box 27070, Minneapolis, MN 55427-0070 |
| 519764808 | + Email/Text: bankruptcies@jnrcollects.com | Apr 20 2026 21:33:00 | JNR Adjustment Company, 7001 E Fish Lake Rd Ste, Maple Grove, MN 55311-2841 |
| 519764809 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 20 2026 21:42:06 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 519764810 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 20 2026 21:42:20 | Kohl's, PO Box 3004, Milwaukee, WI 53201-3004 |
| 519764811 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 20 2026 21:42:06 | Kohls, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 519764815 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2026 21:42:08 | LVNV, 55 Beattie Place, Greenville, SC 29601-2165 |
| 519764816 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2026 21:42:08 | LVNV Funding, Attn: Resurgent Capital, 15 South Main Street, Greenville, SC 29601-2743 |
| 519800398 | Email/PDF: resurgentbknotifications@resurgent.com |  |  |

|  |  |  | Apr 20 2026 21:42:09 | LVNV Funding LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519764842 |  | Email/Text: Bankruptcy@mjrf.com | Apr 20 2026 21:32:00 | Mullooly, Jeffrey, Rooney & Flynn, 6851 Jericho Turnpike Suite 220, PO Box 9036, Syosset, NY 11791 |
| 519764844 |  | Email/Text: Bankruptcy@mjrf.com | Apr 20 2026 21:32:00 | Mullooly, Jeffrey, Rooney & Flynn, 6851 Jericho Turnpike Suite 220, Syosset, NY 11791 |
| 519764843 |  | Email/Text: Bankruptcy@mjrf.com | Apr 20 2026 21:32:00 | Mullooly, Jeffrey, Rooney & Flynn, PO Box 9036, 16th Floor, Syosset, NY 11791 |
| 519764823 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 20 2026 21:42:16 | Macy's, PO Box 71359, Philadelphia, PA 19176-1359 |
| 519764836 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2026 21:33:00 | Midland Credit Management, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519764835 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2026 21:33:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 519764837 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2026 21:33:00 | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 519764839 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2026 21:33:00 | Midland Funding, Attn: Bankruptcy, P0 Box 939069, San Diego, CA 92193-9069 |
| 519764840 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2026 21:33:00 | Midland Funding, P0 Box 2001, Warren, MI 48090-2001 |
| 519764854 |  | Email/Text: Bankruptcy.Notices@pnc.com | Apr 20 2026 21:32:00 | PNC, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519813716 |  | Email/Text: Bankruptcy.Notices@pnc.com | Apr 20 2026 21:32:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 519817419 |  | Email/Text: Bankruptcy.Notices@pnc.com | Apr 20 2026 21:32:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 519764864 |  | Email/Text: Bankruptcy.Notices@pnc.com | Apr 20 2026 21:32:00 | PNC Bank, 2730 LIberty Avenue, Pittsburgh, PA 15222 |
| 519764871 |  | Email/Text: Bankruptcy.Notices@pnc.com | Apr 20 2026 21:32:00 | PNC Bank, Attn: Customer Service, PO Box 609, Pittsburgh, PA 15230 |
| 519764861 |  | Email/Text: Bankruptcy.Notices@pnc.com | Apr 20 2026 21:32:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519764878 |  | Email/Text: Bankruptcy.Notices@pnc.com | Apr 20 2026 21:32:00 | PNC Mortgage, PO Box 1820, Dayton, OH 45401 |
| 519764855 |  | Email/Text: Bankruptcy.Notices@pnc.com | Apr 20 2026 21:32:00 | Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 519764877 |  | Email/Text: Bankruptcy.Notices@pnc.com | Apr 20 2026 21:32:00 | Pnc Bank Na, P0 Box 3180, Pittsburgh, PA 15230 |
| 519764876 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 20 2026 21:32:00 | PNC Bank, PO Box 15137, Wilmington, DE 19886-5137 |
| 519764884 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 20 2026 21:42:08 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764887 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 20 2026 21:42:08 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 519764886 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 20 2026 21:42:22 | Portfolio Recovery, 140 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 519764879 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 20 2026 21:42:15 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519814730 |  | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 20 2026 21:42:08 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 519764845 |  | Email/Text: signed.order@pfwattorneys.com | Apr 20 2026 21:32:00 | New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |

District/off: 0312-2                          User: admin                                    Page 7 of 10

Date Rcvd: Apr 20, 2026                       Form ID: pdf905                                Total Noticed: 218

| | | | |
|---|---|---|---|
| 519764893 | | Email/Text: signed.order@pfwattorneys.com | |
| | | Apr 20 2026 21:32:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519764894 | | Email/Text: signed.order@pfwattorneys.com | |
| | | Apr 20 2026 21:32:00 | Pressler & Pressler ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764895 | | Email/Text: signed.order@pfwattorneys.com | |
| | | Apr 20 2026 21:32:00 | Pressler & Pressler ESQ PC, 7 Entin Road, Parsippany, NJ 07054 |
| 519764896 | | Email/Text: signed.order@pfwattorneys.com | |
| | | Apr 20 2026 21:32:00 | Pressler And Pressler, Attorneys, 7 Entin Road, Parsippany, NJ 07054 |
| 519764897 | | Email/Text: signed.order@pfwattorneys.com | |
| | | Apr 20 2026 21:32:00 | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519764899 | | Email/Text: signed.order@pfwattorneys.com | |
| | | Apr 20 2026 21:32:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764907 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Apr 20 2026 21:42:22 | Resurgent, PO Box 1410, Troy, MI 48099-1410 |
| 519764908 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Apr 20 2026 21:42:09 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 519764910 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Apr 20 2026 21:42:15 | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 519764931 | | Email/Text: EBN@seliplaw.com | |
| | | Apr 20 2026 21:32:00 | Selip and Stylianou, 199 Crossways Park Drive, PO Box 393, Woodbury, NY 11797 |
| 519764930 | | Email/Text: EBN@seliplaw.com | |
| | | Apr 20 2026 21:32:00 | Selip and Stylianou, 199 Crossways Park Drive, PO Box 9004, Woodbury, NY 11797 |
| 519764914 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 20 2026 21:42:23 | Sears, P0 Box 182532, Columbus, OH 43218 |
| 519764912 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 20 2026 21:42:23 | Sears, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764916 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 20 2026 21:42:23 | Sears Credit, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764921 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 20 2026 21:42:16 | Sears Credit Card, P0 Box 78051, Phoenix, AZ 85062-8051 |
| 519764919 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 20 2026 21:42:16 | Sears Credit Card, PO Box 183081, Columbus, OH 43218-3081 |
| 519764920 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 20 2026 21:42:23 | Sears Credit Card, PO Box 183082, Columbus, OH 43218-3082 |
| 519764918 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 20 2026 21:42:16 | Sears Credit Card, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764922 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 20 2026 21:42:09 | Sears Credit Cards, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764924 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 20 2026 21:42:16 | Sears Credit Cards, PO Box 183081, Columbus, OH 43218-3081 |
| 519764923 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 20 2026 21:42:16 | Sears Credit Cards, PO Box 183082, Columbus, OH 43218-3082 |
| 519764927 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 20 2026 21:42:23 | Sears Gold Mastercard, PO Box 6922, The Lakes, NV 88901 |
| 519764926 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 20 2026 21:42:10 | Sears Gold Mastercard, PO Box 182156, Columbus, OH 43218-2156 |
| 519764932 | ^ | MEBN | |
| | | Apr 20 2026 21:31:18 | State of New Jersey, Department of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 519764936 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Apr 20 2026 21:42:05 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 519764939 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Apr 20 2026 21:42:12 | Synchrony Bank, PO Box 960013, Orlando, FL 32896-0013 |

District/off: 0312-2                        User: admin                              Page 8 of 10
Date Rcvd: Apr 20, 2026                     Form ID: pdf905                           Total Noticed: 218

| 519764937 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 20 2026 21:42:05 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 519764938 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 20 2026 21:42:05 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 519764941 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 20 2026 21:42:05 | Synchrony Bank, P0 Box 965024, Orlando, FL 32896-5024 |
| 519764935 | + Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Apr 20 2026 21:42:12 | Synchrony Bank, P0 Box 965036, Orlando, FL 32896-5036 |
| 519766914 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Apr 20 2026 21:42:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519764945 | Email/Text: bankruptcy@td.com | | |
| | | Apr 20 2026 21:33:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 519764947 | Email/Text: bankruptcy@td.com | | |
| | | Apr 20 2026 21:33:00 | TD Banknorth, Operations Center, P0 Box 1377, Lewiston, ME 04243 |
| 519764942 | + Email/Text: bncmail@w-legal.com | | |
| | | Apr 20 2026 21:32:00 | Target, P0 Box 673, Minneapolis, MN 55440-0673 |
| 519764943 | + Email/Text: bncmail@w-legal.com | | |
| | | Apr 20 2026 21:32:00 | Target, 3901 West 53rd St., Sioux Falls, SD 57106-4216 |
| 519764944 | + Email/Text: bncmail@w-legal.com | | |
| | | Apr 20 2026 21:32:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 519764952 | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | | |
| | | Apr 20 2026 21:32:00 | US Bank, 4801 Frederica Street, Owensboro, KY 42301 |
| 519764795 | Email/Text: USB_BNC_Emails@g2risksolutions.com | | |
| | | Apr 20 2026 21:33:00 | Elan Financial Service, 777 E Wisconsin Avenue, Milwaukee, WI 53202 |
| 519764951 | Email/Text: USB_BNC_Emails@g2risksolutions.com | | |
| | | Apr 20 2026 21:33:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |
| 519764949 | Email/Text: USB_BNC_Emails@g2risksolutions.com | | |
| | | Apr 20 2026 21:33:00 | US Bank, PO Box 5227, Cincinnati, OH 45201 |
| 519764950 | Email/Text: USB_BNC_Emails@g2risksolutions.com | | |
| | | Apr 20 2026 21:33:00 | US Bank, PO Box 790408, Saint Louis, MO 63179 |
| 519764953 | Email/Text: USB_BNC_Emails@g2risksolutions.com | | |
| | | Apr 20 2026 21:33:00 | US bank, PO Box 6352, Fargo, ND 58125 |
| 519764955 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | |
| | | Apr 20 2026 21:42:14 | Wells Fargo, P0 Box 31557, Billings, MT 59107-1557 |
| 519764956 | + Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | | |
| | | Apr 20 2026 21:42:14 | Wells Fargo Bank, PO Box 30086, Los Angeles, CA 90030-0086 |
| 519764957 | + Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | | |
| | | Apr 20 2026 21:42:08 | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |
| 519764958 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | | |
| | | Apr 20 2026 21:42:07 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |
| 519764959 | + Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | | |
| | | Apr 20 2026 21:42:22 | Wells Fargo Card Services, PO Box 6412, Carol Stream, IL 60197-6412 |
| 519764960 | + Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | | |
| | | Apr 20 2026 21:42:08 | Wells Fargo Financial, PO Box 98784, Las Vegas, NV 89193-8784 |
| 519764961 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |
| | | Apr 20 2026 21:32:00 | World Financial Network Bank, 220 W. Schrock Road, Westerville, OH 43081-2873 |

TOTAL: 171

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |

District/off: 0312-2                          User: admin                                   Page 9 of 10

Date Rcvd: Apr 20, 2026                       Form ID: pdf905                               Total Noticed: 218

| 519764705 | *+ | Asmaa Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |
| 519764713 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79901 |
| 519764714 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79901 |
| 519764766 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Citibank Sd, Na, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764732 | *+ | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 519764734 | *+ | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 519764744 | *+ | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519764751 | *+ | Chase Bank, P0 Box 15298, Wilmington, DE 19850-5298 |
| 519764756 | * | Chase bank, PO Box 659409, San Antonio, TX 78265 |
| 519764774 | * | CitiCards, PO Box 6345, The Lakes, NV 88901 |
| 519764762 | * | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 519764764 | *+ | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764768 | *+ | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 519764769 | *+ | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 519764772 | *+ | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764773 | *+ | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764784 | *+ | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 519764788 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519764824 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 519764821 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, P0 Box 4583, Carol Stream, IL 60197 |
| 519764829 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys, P0 Box 8218, Mason, OH 45040 |
| 519764830 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys, P0 Box 8218, Mason, OH 45040 |
| 519764812 | *+ | Kohls, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 519764838 | *+ | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 519764851 | *+ | NYC Department of Finance, Parking Violations Operations, Peck Slip Station, PO Box 2337, New York, NY 10272-2337 |
| 519764850 | * | NYC Department of Finance, Parking Violations Operations, JAF Station, PO Box 1724, New York, NY 10116-1724 |
| 519764867 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 519764872 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 LIberty Avenue, Pittsburgh, PA 15222 |
| 519764863 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519764868 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519818990 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519764856 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 519764857 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 519764873 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 5570, Cleveland, OH 44101 |
| 519764862 | * | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 519764870 | * | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 519764888 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764889 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764890 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764891 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764885 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 519764880 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764881 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764882 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764883 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |

| | | |
|---|---|---|
| 519764846 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519764898 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519764900 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764901 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764865 | *+ | Pnc Bank, 103 Bellevue Pkwy, Wilmington, DE 19809-3701 |
| 519764909 | *+ | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 519764911 | *+ | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 519764913 | *+ | Sears, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764917 | *+ | Sears Credit, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764925 | *+ | Sears Credit Cards, PO Box 183081, Columbus, OH 43218-3081 |
| 519764933 | * | State of New Jersey, Department of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 519764940 | *+ | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 519764948 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank, 205 W 4th Street, Cincinnati, OH 45202 |
| 519764954 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank Rms Cc, 205 W 4th Street, Cincinnati, OH 45202 |
| 519764797 | ##+ | Forster, Garbus & Garbus, Attorneys At Law, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519764800 | ##+ | Foster, Garbus & Garbus, Attorneys At Law, 7 Banta Place, Hackensack, NJ 07601-5604 |

TOTAL: 0 Undeliverable, 60 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com |
| Herbert B. Raymond | on behalf of Debtor Safi M Hanafy herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5