Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  22–19052–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Safi M Hanafy
   151 Burhans Avenue
   Haledon, NJ 07508

Social Security No.:
   xxx–xx–1264

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Diana L. Reaves , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Proposed Compromise or Settlement of Controversy:

Description of Property (if applicable):

Dated: May 15, 2026
JAN: dlr

Jeanne Naughton
Clerk