UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorney at Law
7 Glenwood Avenue, 4ᵀᴴ Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin L. DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on May 29, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SAFI M. HANAFY, DEBTOR(S)

Case No.: 22-19052 VFP

Adv. No.:

Hearing Date: 5/21/2026 @ 10:00 A.M.

Judge: Vincent F. Papalia, U.S.B.J.

ORDER APPROVING COMPROMISE AND
AUTHORIZING DISBURSEMENTS

The relief set forth on the following pages, two (2) through four (4) is hereby
ORDERED:

**DATED: May 29, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2
Debtor: Safi M. Hanafy, Debtor(s)
Case no.: 22-19052 VFP
Caption of order: Order Approving Compromise and Authorizing
Disbursements

_____

     Debtor, Safi M. Hanafy, by and through his counsel, Raymond

& Raymond, Esqs., Herbert B. Raymond, Esq., Record Counsel,

Kevin L. Delyon, Esq. (Appearing, if applicable), having filed a

Motion For Approval of Compromise and Distribution of Compromise

Proceeds, and the Motion, having been served by the Debtor,

through counsel, on all Parties Noticed in the Motion, and by

the Court, to all creditors, through the filing of Notice of

Proposed Compromise or Settlement of Controversy by the Debtor,

and no objection to the Notice of Motion For Approval of

Compromise and Compromise Distribution or Notice of Proposed

Compromise or Settlement of Controversy, having been filed,

and/or all objections to the Motion and/or Notice of Proposed

Compromise or Settlement of Controversy, having been resolved

and/or for good cause having been shown, **IT IS HEREBY ORDERED:**

     1. The settlement, of the Debtor's cause of action,

relating to an motor vehicle and assault claim, is determined to

be for the highest possible value and therefore the Debtor(s)

may settle this action, on the terms proposed by Special

Counsel, and the settlement of this action, claim and/or

controversy, be and is hereby determined to be, in the best

interest of the estate and the Debtor(s), and the settlement of

this action be and is hereby approved and the Debtor is

authorized to consummate the settlement as proposed by Special

Page 3

Debtor: Safi M. Hanafy, Debtor(s)

Case no.: 22-19052 VFP

Caption of order: Order Approving Compromise and Authorizing Disbursements

_____

Counsel

2. The Debtor(s) is authorized to settle this action, the motor vehicle and assault claim, on the terms and conditions, recommended by Special Counsel, as set forth in Counsel's Certification in Support of the Motion

3. Distribution of the settlement proceeds must be paid and are authorized and must be distributed as follows:

a. Total (gross) settlement amount: $23,000

b. Expenses and Costs Advanced By Special Counsel: The sum of $2,847, is to be retained, by Raymond S. Vivino, Esq., as actual costs and expenses pertaining to the settlement of the action

c. Special Counsel Legal Fees (33 & 1/3%): The amount of $152.30, is to be retained as legal fees, from the settlement proceeds, for Raymond S. Vivino, Esq., consistent with Special Counsel's Retainer Agreement with the Debtor

d. Medical Charges: Medical charges, for services relating to the injuries sustained by the Debtor, of $1,000, must be paid, from the settlement proceeds, to the applicable medical provider(s)

Page 4

Debtor: Safi M. Hanafy, Debtor(s)

Case no.: 22-19052 VFP

Caption of order: Order Approving Compromise and Authorizing Disbursements

_____

e. Debtor Exemption Claim: The net remaining proceeds, after deduction of bankruptcy counsel legal fees for services pertaining to this motion, amounting to the sum of $17,250, is to be remitted to the Debtor, consistent with the Debtor's exemption claim

f. The sum of $1,750, from the settlement proceeds, consistent with the order to be entered allowing supplemental counsel fees, is to be remitted, to Herbert B. Raymond, Esq., pertaining to services relating to the preparation of the compromise approval motion and notice of proposed settlement of controversy