UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond and Raymond
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711
Telefax
Email: herbertraymond@gmail.com
Herbert B. Raymond #HR-1379;
Jeffrey M. Raymond; Kevin de
Lyon
Attorneys for the Debtor(s)

**Order Filed on May 29, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SAFI HANAFY,  DEBTOR(S)

Case No.:    22-19052 (VFP)

Adv. No.:

Hearing Date:

Judge: VINCENT PAPALIA

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: May 29, 2026**

_____
  Honorable Vincent F. Papalia
  United States Bankruptcy Judge

Page 2

Debtor: Safi Hanafy,  Debtor(s)

Case no.  22-19052 (VFP)

Caption of order: Order Granting Supplemental Counsel Fees

_____

     The applicant having certified that legal work supplemental
to basic Chapter 13 services has been rendered, and no objections
having been raised:

     ORDERED that Herbert B. Raymond, Esq., the applicant, is
allowed a fee of **$1,750.00** for services rendered and expenses in
the amount **$0.00**   for a total of **$1,750.00** The allowance shall
be payable

     _____   through the Chapter 13 plan as an administrative
priority.

     ___XXXX__   outside the plan.

**TO BE PAID OUT OF PROCEEDS OF PERSONAL INJURY SETTLEMENT**

In the event that the case is dismissed prior to payment of
fees and expenses ordered herein, any funds on hand with the
Chapter 13 Trustee shall be disbursed on a pro rata basis for
payment of allowed administrative expenses under 11 U.S.C. 503(b)
before a refund is issued to the debtor. If the applicant is the
only individual/entity with allowable administrative expenses,
then any funds on hand with the Chapter 13 Trustee shall be
disbursed in payment of applicant's allowed administrative
expenses before a refund is issued to the debtor.