UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond
Attorney at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin L. DeLyon, Esq.
Attorneys for the Debtor(s)

**Order Filed on May 29, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:


 SAFI M. HANAFY, DEBTOR(S)

Case No.: 22-19052 VFP

Adv. No.:

Hearing Date: 5/21/2026 @ 10:00 A.M.

Judge: Vincent F. Papalia, U.S.B.J.

ORDER APPROVING COMPROMISE AND
AUTHORIZING DISBURSEMENTS


        The relief set forth on the following pages, two (2) through four (4) is hereby ORDERED:


**DATED: May 29, 2026**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

Page 2
Debtor: Safi M. Hanafy, Debtor(s)
Case no.: 22-19052 VFP
Caption of order: Order Approving Compromise and Authorizing
Disbursements

_____

Debtor, Safi M. Hanafy, by and through his counsel, Raymond & Raymond, Esqs., Herbert B. Raymond, Esq., Record Counsel, Kevin L. Delyon, Esq. (Appearing, if applicable), having filed a Motion For Approval of Compromise and Distribution of Compromise Proceeds, and the Motion, having been served by the Debtor, through counsel, on all Parties Noticed in the Motion, and by the Court, to all creditors, through the filing of Notice of Proposed Compromise or Settlement of Controversy by the Debtor, and no objection to the Notice of Motion For Approval of Compromise and Compromise Distribution or Notice of Proposed Compromise or Settlement of Controversy, having been filed, and/or all objections to the Motion and/or Notice of Proposed Compromise or Settlement of Controversy, having been resolved and/or for good cause having been shown, **IT IS HEREBY ORDERED:**

1. The settlement, of the Debtor's cause of action, relating to an motor vehicle and assault claim, is determined to be for the highest possible value and therefore the Debtor(s) may settle this action, on the terms proposed by Special Counsel, and the settlement of this action, claim and/or controversy, be and is hereby determined to be, in the best interest of the estate and the Debtor(s), and the settlement of this action be and is hereby approved and the Debtor is authorized to consummate the settlement as proposed by Special

Page 3

Debtor: Safi M. Hanafy, Debtor(s)

Case no.: 22-19052 VFP

Caption of order: Order Approving Compromise and Authorizing Disbursements

_____

Counsel

2. The Debtor(s) is authorized to settle this action, the motor vehicle and assault claim, on the terms and conditions, recommended by Special Counsel, as set forth in Counsel's Certification in Support of the Motion

3. Distribution of the settlement proceeds must be paid and are authorized and must be distributed as follows:

a. Total (gross) settlement amount: $23,000

b. Expenses and Costs Advanced By Special Counsel: The sum of $2,847, is to be retained, by Raymond S. Vivino, Esq., as actual costs and expenses pertaining to the settlement of the action

c. Special Counsel Legal Fees (33 & 1/3%): The amount of $152.30, is to be retained as legal fees, from the settlement proceeds, for Raymond S. Vivino, Esq., consistent with Special Counsel's Retainer Agreement with the Debtor

d. Medical Charges: Medical charges, for services relating to the injuries sustained by the Debtor, of $1,000, must be paid, from the settlement proceeds, to the applicable medical provider(s)

Page 4

Debtor: Safi M. Hanafy, Debtor(s)

Case no.: 22-19052 VFP

Caption of order: Order Approving Compromise and Authorizing Disbursements

_____

e. Debtor Exemption Claim: The net remaining proceeds, after deduction of bankruptcy counsel legal fees for services pertaining to this motion, amounting to the sum of $17,250, is to be remitted to the Debtor, consistent with the Debtor's exemption claim

f. The sum of $1,750, from the settlement proceeds, consistent with the order to be entered allowing supplemental counsel fees, is to be remitted, to Herbert B. Raymond, Esq., pertaining to services relating to the preparation of the compromise approval motion and notice of proposed settlement of controversy

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19052-VFP |
| Safi M Hanafy | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 29, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

**Recip ID          Recipient Name and Address**
db                  + Safi M Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dennis P Uhlmann, Jr | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com |
| Herbert B. Raymond | on behalf of Debtor Safi M Hanafy herbertraymond@gmail.com raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2                                      User: admin                                         Page 2 of 2
Date Rcvd: May 29, 2026                                   Form ID: pdf903                                     Total Noticed: 1
TOTAL: 5