| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |

| In Re:<br><br>**Safi M Hanafy, Debtor(s)** | Case No. | **22-19052** |
|---|---|---|
| | Chapter: | **13** |
| | Judge: | **Vincent F. Papalia, USBJ** |

### CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Safi M Hanafy**_____ , debtor in this case certify as follows:

1.　　　All payments required to be made by me under my plan have been made and are paid in full.

2.　　☐　　I am not required to pay domestic support obligations.

　　　　☑　　I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:　　**June 10, 2026**_____　　　　/s/ Safi M Hanafy_____
　　　　　　　　　　　　　　　　　　　　　　**Safi M Hanafy**
　　　　　　　　　　　　　　　　　　　　　　Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*