UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No. | **22-19052** |
|---|---|---|
| **Safi M Hanafy, Debtor(s)** | Chapter: | **13** |
| | Judge: | **Vincent F. Papalia, USBJ** |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Safi M Hanafy**_____, debtor in this case certify as follows:

1.      All payments required to be made by me under my plan have been made and are paid in full.

2.   ☑   I am not required to pay domestic support obligations.

☐   I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _____**June 10, 2026**_____            /s/ Safi M Hanafy
                                              **Safi M Hanafy**
                                              Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*