**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Safi M Hanafy | Social Security number or ITIN   xxx–xx–1264 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   22–19052–VFP

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Safi M Hanafy

7/15/26

**By the court:** <u>Vincent F. Papalia</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W   **Chapter 13 Discharge**   page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 22-19052-VFP

Safi M Hanafy                                                                    Chapter 13

          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                           User: admin                              Page 1 of 10

Date Rcvd: Jul 15, 2026                       Form ID: 3180W                         Total Noticed: 218

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Safi M Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |
| 519764704 | + | Asmaa Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |
| 519764711 | | Bank of America, 4461 Piedmont Parkway, Greensboro, NC 27410 |
| 519764721 | + | Barnet Hospital, 1 E 35th Street, Paterson, NJ 07514-1311 |
| 519764720 | + | Barnet Hospital, 680 Broadway, Paterson, NJ 07514-1524 |
| 519764725 | + | Borough of Haledon, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764726 | + | Borough of Haledon NJ, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764727 | + | Borough of Haledon, NJ, Attn: water / sewer, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764747 | + | Cardmember Services, PO Box 8982, Madison, WI 53708-8982 |
| 519764771 | | CitiCards, PO Box 6345, The Lakes, NV 88901 |
| 519764763 | | Citibank, PO Box 6553, The Lakes, NV 88901 |
| 519764775 | + | Citicorp Cedit Services, PO Box 39308, Solon, OH 44139-0308 |
| 519764778 | + | Citizens Bank, 100 Sockanosset Crossroads, Cranston, RI 02920-5530 |
| 519764780 | + | Citizens Bank, P0 Box 42115, Providence, RI 02940-2115 |
| 519764779 | | Citizens Bank, Asset Disposition Redemption Specialist, 100A Sockanossett Crossroad, RDC100, Cranston, RI 02920 |
| 519764781 | + | Citizens Finance Corporation, PO Box 844, Wausau, WI 54402-0844 |
| 519764798 | | Foster & Garbus, PO Box 9030, Farmingdale, NY 11735 |
| 519764799 | + | Foster and Garbus, 500 Bi-County Blvd., Suite 300, West Wing, Farmingdale, NY 11735-3988 |
| 519764801 | + | Gerald Sherman, Attn: Paul Grosso, ESQ, 172 Market Street, Elmwood Park, NJ 07407-1413 |
| 519764802 | + | Haledon Tax Collector, Attn: Tax Collector, 510 Belmont Avenue, Haledon, NJ 07508-1626 |
| 519764813 | | Kohls/chase, N58 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 519764814 | + | LDW Benefits Payment Control, PO Box 650, Trenton, NJ 08646-0650 |
| 519764826 | | Macy's Visa, PO Box 90098, West Chester, OH 45071 |
| 519764831 | + | Maher Alqarallah, 15 Brookview Drive, Haledon, NJ 07508-2600 |
| 519764832 | + | Martone & Uhlmann ESQ, 777 Passaic Avenue, Suite 535, Clifton, NJ 07012-1874 |
| 519764833 | + | Martone & Uhlmann PC, 777 Passaic Avenue, Suite 535, Clifton, NJ 07012-1874 |
| 519764834 | + | Mattleman, Weinworth, & Miller ESQ LLP, 401 Route 70 East, Suite 100, Cherry Hill, NJ 08034-2410 |
| 519764841 | + | Mohammad Zughbi, 55 3rd Avenue, Paterson, NJ 07524-1560 |
| 519764848 | + | NYC Department of Finance, Parking summons, PO Box 2057, New York, NY 10272-2057 |
| 519764849 | + | NYC Department of Finance, Parking Violations Operations, Peck Slip Station, PO Box 2337, New York, NY 10272-2337 |
| 519764847 | | NYC Department of Finance, Parking Violations Operations, JAF Station, PO Box 1724, New York, NY 10116-1724 |
| 519764852 | + | NYC Parking Violations, Church Street Station, PO Box 3611, New York, NY 10008-3611 |
| 519764860 | | PNC Bank, Attn: Mortgage Service Center, PO Box 371458, Summit Hill, PA 18250 |
| 519764859 | | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 519764869 | + | PNC Bank, Attn: Mortgage Service Center, PO Box 3714558, Pittsburgh, PA 15250-0001 |
| 519764874 | | PNC Bank, PO Box 15397, Wilmington, DE 19886-5397 |
| 519764875 | | PNC Bank, PO Box 4700, Wilkes Barre, PA 18773-4700 |
| 519764866 | | PNC Bank, Po Box 5370, Cleveland, OH 44101 |
| 519764892 | ++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067 address filed with court:, PRA III , LLC, PO Box 12914, Norfolk, VA 23541 |
| 519764853 | + | Paul a Grosso, ESQ, 172 Market Street, Elmwood Park, NJ 07407-1413 |
| 519764858 | + | Pnc Bank, 103 Bellevue Pkwy, Wilmington, DE 19809-3701 |

District/off: 0312-2                              User: admin                                    Page 2 of 10

Date Rcvd: Jul 15, 2026                         Form ID: 3180W                                   Total Noticed: 218

| | | |
|---|---|---|
| 519764915 | | Sears, PO Box 182459, Columbus, OH 43218 |
| 519764928 | | Selip & Stylianou, LLC, Attorneys At Law, PO Box 914, Paramus, NJ 07653-0914 |
| 519764929 | + | Selip and Stylianou, PO Box 9004, Melville, NY 11747-9004 |
| 519764934 | + | State of New Jersey, Department of Labor, PO Box 059, Trenton, NJ 08625-0059 |
| 519764946 | | TD bank, PO Box 84037, Fortson, GA 31808 |

TOTAL: 46

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 15 2026 21:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 15 2026 21:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Jul 16 2026 01:16:00 | Synchrony Bankc/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519764706 | + | EDI: ATTWIREBK.COM | Jul 16 2026 01:16:00 | AT& Mobility Inc., One AT&T Way, Room 31104, Bedminster, NJ 07921-2693 |
| 519764707 | + | EDI: ATTWIREBK.COM | Jul 16 2026 01:16:00 | AT& Mobility Inc. AT&T Services, One AT&T Way, Room 3A104, Bedminster, NJ 07921-2693 |
| 519764695 | + | Email/PDF: bncnotices@becket-lee.com | Jul 15 2026 21:39:29 | American Express Legal LLC, 500 North Franklin Turnpike, PO Box 278, Ramsey, NJ 07446-0278 |
| 519764696 | + | Email/PDF: bncnotices@becket-lee.com | Jul 15 2026 21:39:27 | American Express, P0 Box 3001, 16 General Warren Blvd, Malvern, PA 19355-1245 |
| 519764699 | | Email/PDF: bncnotices@becket-lee.com | Jul 15 2026 21:39:29 | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 519764697 | + | Email/PDF: bncnotices@becket-lee.com | Jul 15 2026 21:39:22 | American Express, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 519764698 | | Email/PDF: bncnotices@becket-lee.com | Jul 15 2026 21:39:09 | American Express, PO Box 297812, Ft. Lauderdale, FL 33329-7812 |
| 519764700 | | Email/PDF: bncnotices@becket-lee.com | Jul 15 2026 21:39:29 | American Express, PO Box 7871, Fort Lauderdale, FL 33329 |
| 519791574 | | Email/PDF: bncnotices@becket-lee.com | Jul 15 2026 21:39:27 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519764701 | ^ | MEBN | Jul 15 2026 21:33:20 | Apotaker & Scian PC, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 519764702 | ^ | MEBN | Jul 15 2026 21:33:12 | Apothaker Scian PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 519764703 | ^ | MEBN | Jul 15 2026 21:33:12 | Apothaker & Associates, PC, 520 Fellowship Road, C306, Mount Laurel, NJ 08054-3410 |
| 519764709 | | EDI: BANKAMER | Jul 16 2026 01:16:00 | Bank Of America, Attention: Recovery Department, 4161 Peidmont Parkway, Greensboro, NC 27410 |
| 519764708 | | EDI: BANKAMER | Jul 16 2026 01:16:00 | Bank Of America, P0 Box 982235, El Paso, TX 79998 |
| 519764716 | + | EDI: BANKAMER | Jul 16 2026 01:16:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 519764719 | + | EDI: BANKAMER2 | Jul 16 2026 01:16:00 | Bank of America, PO Box 9000, Getzville, NY 14068-9000 |
| 519764712 | + | EDI: BANKAMER2 | Jul 16 2026 01:16:00 | Bank of America, 100 N Tyon Street, Charlotte, |

District/off: 0312-2                                    User: admin                                         Page 3 of 10

Date Rcvd: Jul 15, 2026                              Form ID: 3180W                                    Total Noticed: 218

|  |  |  | NC 28255-0001 |
|---|---|---|---|
| 519764710 | | EDI: BANKAMER | |
| | | | Jul 16 2026 01:16:00 | Bank of America, Attn: Recovery Department, PO Box 2278, Norfolk, VA 23501 |
| 519764715 | | EDI: BANKAMER2 | |
| | | | Jul 16 2026 01:16:00 | Bank of America, Attn; Bankruptcy, P0 Box 15021, Wilmington, DE 19850 |
| 519764717 | | EDI: BANKAMER2 | |
| | | | Jul 16 2026 01:16:00 | Bank of America, 475 Crosspoint Parkway, PO Box 9000, Getzville, NY 14068-9000 |
| 519764718 | + | EDI: BANKAMER2 | |
| | | | Jul 16 2026 01:16:00 | Bank of America, PO Box 17645, Baltimore, MD 21297-1645 |
| 519764723 | | EDI: HFC.COM | |
| | | | Jul 16 2026 01:16:00 | Best Buy, PO Box 17051, Baltimore, MD 21297-1051 |
| 519764722 | + | EDI: HFC.COM | |
| | | | Jul 16 2026 01:16:00 | Best Buy, Retail Services, PO Box 5244, Carol Stream, IL 60197-5244 |
| 519764724 | | EDI: HFC.COM | |
| | | | Jul 16 2026 01:16:00 | Best Buy/HSBC Retail, PO Box 5244, Carol Stream, IL 60197-5244 |
| 519764735 | | EDI: CAPITALONE.COM | |
| | | | Jul 16 2026 01:16:00 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 519764738 | | EDI: CAPITALONE.COM | |
| | | | Jul 16 2026 01:16:00 | Capital One Bank, 15000 Capital One Drive, Richmond, VA 23238 |
| 519764743 | | EDI: CAPITALONE.COM | |
| | | | Jul 16 2026 01:16:00 | Capital One, NA, Bankruptcy Dept., PO Box 5155, Norcross, GA 30091 |
| 519764748 | | Email/Text: dlewis@csandw-llp.com | |
| | | | Jul 15 2026 21:34:00 | Celentano. Stadtmauer & Walentowicz, PO Box 2594, Clifton, NJ 07015-2594 |
| 519764758 | | EDI: CITICORP | |
| | | | Jul 16 2026 01:16:00 | Citibank, Attn.: Citi Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764759 | | EDI: CITICORP | |
| | | | Jul 16 2026 01:16:00 | Citibank, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764765 | | EDI: CITICORP | |
| | | | Jul 16 2026 01:16:00 | Citibank Sd, Na, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764777 | | EDI: CITICORP | |
| | | | Jul 16 2026 01:16:00 | Citicorp Credit Services, Inc., 7920 NW 110th Street, Kansas City, MO 64153 |
| 519764903 | | Email/Text: Bankruptcy.RI@Citizensbank.com | |
| | | | Jul 15 2026 21:33:00 | RBS, Credit Card Services, PO Box 42010, Providence, RI 02940 |
| 519764904 | | Email/Text: Bankruptcy.RI@Citizensbank.com | |
| | | | Jul 15 2026 21:33:00 | RBS, PO Box 18204, Bridgeport, CT 06601 |
| 519764906 | | Email/Text: Bankruptcy.RI@Citizensbank.com | |
| | | | Jul 15 2026 21:33:00 | RBS Citizens Cc, 1000 Lafayette Blvd, Bridgeport, CT 06604 |
| 519764905 | | Email/Text: Bankruptcy.RI@Citizensbank.com | |
| | | | Jul 15 2026 21:33:00 | RBS Citizens Cc, Attn: Bankruptcy Department, 443 Jefferson Blvd, Warwick, RI 02886 |
| 519764728 | + | Email/Text: bankruptcy@cavps.com | |
| | | | Jul 15 2026 21:35:00 | Calvary Investments, 500 Summit Lake Drive, Suite 400, Valhalla, NY 10595-2321 |
| 519764731 | + | Email/Text: bankruptcy@cavps.com | |
| | | | Jul 15 2026 21:35:00 | Calvary Portfolio Services, 500 Summit Lake Drive, PO Box 520, Valhalla, NY 10595-0520 |
| 519764730 | + | Email/Text: bankruptcy@cavps.com | |
| | | | Jul 15 2026 21:35:00 | Calvary Portfolio Services, Po Box 27288, Tempe, AZ 85285-7288 |
| 519764729 | + | Email/Text: bankruptcy@cavps.com | |
| | | | Jul 15 2026 21:35:00 | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 519764733 | + | EDI: CAPITALONE.COM | |
| | | | Jul 16 2026 01:16:00 | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 519764736 | + | EDI: CAPITALONE.COM | |
| | | | Jul 16 2026 01:16:00 | Capital One, PO Box 85147, Richmond, VA |

District/off: 0312-2                                    User: admin                                    Page 4 of 10

Date Rcvd: Jul 15, 2026                                Form ID: 3180W                                  Total Noticed: 218

|  |  |  | 23276-0001 |
| 519764740 | + | EDI: CAPITALONE.COM | |
|  |  | Jul 16 2026 01:16:00 | Capital One Bank, PO Box 70885, Charlotte, NC 28272-0885 |
| 519764739 | + | EDI: CAPITALONE.COM | |
|  |  | Jul 16 2026 01:16:00 | Capital One Bank, P0 Box 30281, Salt Lake City, UT 84130-0281 |
| 519764737 | + | EDI: CAPITALONE.COM | |
|  |  | Jul 16 2026 01:16:00 | Capital One Bank, Attn: General Correspondence, P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519764741 | + | EDI: CAPITALONE.COM | |
|  |  | Jul 16 2026 01:16:00 | Capital One Bank ( USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 519764742 | + | EDI: CAPITALONE.COM | |
|  |  | Jul 16 2026 01:16:00 | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519764746 |  | EDI: JPMORGANCHASE | |
|  |  | Jul 16 2026 01:16:00 | Cardmember Services, P0 Box 8650, Wilmington, DE 19899 |
| 519764745 | + | EDI: JPMORGANCHASE | |
|  |  | Jul 16 2026 01:16:00 | Cardmember Services, PO Box 15153, Wilmington, DE 19886-5153 |
| 519767836 | + | Email/Text: bankruptcy@cavps.com | |
|  |  | Jul 15 2026 21:35:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 519764749 | + | Email/Text: dlewis@csandw-llp.com | |
|  |  | Jul 15 2026 21:34:00 | Celentano. Stadtmauer & Walentowicz, PO Box 2594, 1035 Route 46 East, Clifton, NJ 07013-7481 |
| 519764750 | + | EDI: JPMORGANCHASE | |
|  |  | Jul 16 2026 01:16:00 | Chase Bank, P0 Box 15298, Wilmington, DE 19850-5298 |
| 519764752 | + | EDI: JPMORGANCHASE | |
|  |  | Jul 16 2026 01:16:00 | Chase Bank, PO Box 15153, Wilmington, DE 19886-5153 |
| 519764755 | + | EDI: JPMORGANCHASE | |
|  |  | Jul 16 2026 01:16:00 | Chase Bank, PO Box 183164, Columbus, OH 43218-3164 |
| 519764757 | + | EDI: JPMORGANCHASE | |
|  |  | Jul 16 2026 01:16:00 | Chase Bank, PO Box 901060, Fort Worth, TX 76101-2060 |
| 519764753 | + | EDI: JPMORGANCHASE | |
|  |  | Jul 16 2026 01:16:00 | Chase Bank, PO Box 659732, San Antonio, TX 78265-9732 |
| 519764754 |  | EDI: JPMORGANCHASE | |
|  |  | Jul 16 2026 01:16:00 | Chase bank, PO Box 659409, San Antonio, TX 78265 |
| 519764761 |  | EDI: CITICORP | |
|  |  | Jul 16 2026 01:16:00 | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 519764760 | + | EDI: CITICORP | |
|  |  | Jul 16 2026 01:16:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764767 | + | EDI: CITICORP | |
|  |  | Jul 16 2026 01:16:00 | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 519764770 | + | EDI: CITICORP | |
|  |  | Jul 16 2026 01:16:00 | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764776 | + | EDI: CITICORP | |
|  |  | Jul 16 2026 01:16:00 | Citicorp Credit Services, PO Box 91600, Albuquerque, NM 87199-1600 |
| 519764782 | + | EDI: WFNNB.COM | |
|  |  | Jul 16 2026 01:16:00 | Comenity, PO Box 183003, Columbus, OH 43218-3003 |
| 519764783 | + | EDI: WFNNB.COM | |
|  |  | Jul 16 2026 01:16:00 | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 519764787 | + | Email/PDF: creditonebknotifications@resurgent.com | |
|  |  | Jul 15 2026 21:39:22 | Credit One Bank, P0 Box 80015, Los Angeles, CA 90080-0015 |
| 519764786 | + | Email/PDF: creditonebknotifications@resurgent.com | |
|  |  | Jul 15 2026 21:39:29 | Credit One Bank, 585 S. Pilot Street, Las Vegas, NV 89119-3619 |
| 519764785 | + | Email/PDF: creditonebknotifications@resurgent.com | |
|  |  | Jul 15 2026 21:39:04 | Credit One Bank, P0 Box 98873, Las Vegas, NV |

District/off: 0312-2 | User: admin | Page 5 of 10
Date Rcvd: Jul 15, 2026 | Form ID: 3180W | Total Noticed: 218

| | | | | |
|---|---|---|---|---|
| | | | | 89193-8873 |
| 519764791 | | EDI: DISCOVER | Jul 16 2026 01:16:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 519764793 | | EDI: DISCOVER | Jul 16 2026 01:16:00 | Discover, PO Box 30957, Salt Lake City, UT 84130 |
| 519764794 | | EDI: DISCOVER | Jul 16 2026 01:16:00 | Discover Financial Services Llc, P0 Box 15316, Wilmington, DE 19850 |
| 519764818 | | EDI: CITICORP | Jul 16 2026 01:16:00 | Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 519764817 | | EDI: CITICORP | Jul 16 2026 01:16:00 | Macy's, P.O. Box 4564, Carol Stream, IL 60197-4564 |
| 519764820 | | EDI: CITICORP | Jul 16 2026 01:16:00 | Macy's, PO Box 4563, Carol Stream, IL 60197-4563 |
| 519764819 | | EDI: CITICORP | Jul 16 2026 01:16:00 | Macy's, PO Box 4580, Carol Stream, IL 60197-4580 |
| 519764822 | | EDI: CITICORP | Jul 16 2026 01:16:00 | Macy's, PO Box 8053, Mason, OH 45040 |
| 519764825 | | EDI: CITICORP | Jul 16 2026 01:16:00 | Macy's Visa, P0 Box 745012, Cincinnati, OH 45274 |
| 519764827 | | EDI: CITICORP | Jul 16 2026 01:16:00 | Macy's Visa, P0 Box 9001108, Louisville, KY 40208 |
| 519764828 | | EDI: CITICORP | Jul 16 2026 01:16:00 | Macys, P0 Box 8218, Mason, OH 45040 |
| 519764792 | | EDI: DISCOVER | Jul 16 2026 01:16:00 | Discover, PO Box 30399, Salt Lake City, UT 84130 |
| 519764790 | | EDI: DISCOVER | Jul 16 2026 01:16:00 | Discover, PO Box 5019, Sandy, UT 84091-5019 |
| 519764789 | | EDI: DISCOVER | Jul 16 2026 01:16:00 | Discover, PO Box 5044, Sandy, UT 84091-5044 |
| 519764796 | + | EDI: BANKAMER | Jul 16 2026 01:16:00 | FIA Card Services, NA, P0 Box 15137, Wilmington, DE 19850-5137 |
| 519764803 | + | EDI: SYNC | Jul 16 2026 01:16:00 | JC Penny, Attention: Bankruptcy, P0 Box 103104, Roswell, GA 30076-9104 |
| 519764804 | + | EDI: SYNC | Jul 16 2026 01:16:00 | JCPenny, PO Box 530945, Atlanta, GA 30353-0945 |
| 519764805 | + | EDI: SYNC | Jul 16 2026 01:16:00 | JCPenny, P0 Box 981131, El Paso, TX 79998-1131 |
| 519764806 | + | EDI: SYNC | Jul 16 2026 01:16:00 | JCPenny, PO Box 960090, Orlando, FL 32896-0090 |
| 519764807 | + | Email/Text: bankruptcies@jnrcollects.com | Jul 15 2026 21:35:00 | JNR Adjustment Company, P0 Box 27070, Minneapolis, MN 55427-0070 |
| 519764808 | + | Email/Text: bankruptcies@jnrcollects.com | Jul 15 2026 21:35:00 | JNR Adjustment Company, 7001 E Fish Lake Rd Ste, Maple Grove, MN 55311-2841 |
| 519764809 | + | EDI: CAPITALONE.COM | Jul 16 2026 01:16:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 519764810 | + | EDI: CAPITALONE.COM | Jul 16 2026 01:16:00 | Kohl's, PO Box 3004, Milwaukee, WI 53201-3004 |
| 519764811 | + | EDI: CAPITALONE.COM | Jul 16 2026 01:16:00 | Kohls, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 519764815 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2026 21:39:11 | LVNV, 55 Beattie Place, Greenville, SC 29601-2165 |
| 519764816 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2026 21:39:23 | LVNV Funding, Attn: Resurgent Capital, 15 South Main Street, Greenville, SC 29601-2743 |
| 519800398 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 15 2026 21:39:13 | LVNV Funding LLC c/o Resurgent Capital |

| | | | |
|---|---|---|---|
| | | | Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519764842 | | Email/Text: Bankruptcy@mjrf.com | |
| | | Jul 15 2026 21:34:00 | Mullooly, Jeffrey, Rooney & Flynn, 6851 Jericho Turnpike Suite 220, PO Box 9036, Syosset, NY 11791 |
| 519764844 | | Email/Text: Bankruptcy@mjrf.com | |
| | | Jul 15 2026 21:34:00 | Mullooly, Jeffrey, Rooney & Flynn, 6851 Jericho Turnpike Suite 220, Syosset, NY 11791 |
| 519764843 | | Email/Text: Bankruptcy@mjrf.com | |
| | | Jul 15 2026 21:34:00 | Mullooly, Jeffrey, Rooney & Flynn, PO Box 9036, 16th Floor, Syosset, NY 11791 |
| 519764823 | + | EDI: CITICORP | |
| | | Jul 16 2026 01:16:00 | Macy's, PO Box 71359, Philadelphia, PA 19176-1359 |
| 519764836 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jul 15 2026 21:35:00 | Midland Credit Management, 350 Carmino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 519764835 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jul 15 2026 21:35:00 | Midland Credit Management, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 519764837 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jul 15 2026 21:35:00 | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 519764839 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jul 15 2026 21:35:00 | Midland Funding, Attn: Bankruptcy, P0 Box 939069, San Diego, CA 92193-9069 |
| 519764840 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Jul 15 2026 21:35:00 | Midland Funding, P0 Box 2001, Warren, MI 48090-2001 |
| 519764854 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Jul 15 2026 21:33:00 | PNC, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519813716 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Jul 15 2026 21:33:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 519817419 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Jul 15 2026 21:33:00 | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 519764864 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Jul 15 2026 21:33:00 | PNC Bank, 2730 LIberty Avenue, Pittsburgh, PA 15222 |
| 519764871 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Jul 15 2026 21:33:00 | PNC Bank, Attn: Customer Service, PO Box 609, Pittsburgh, PA 15230 |
| 519764861 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Jul 15 2026 21:33:00 | PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519764878 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Jul 15 2026 21:33:00 | PNC Mortgage, PO Box 1820, Dayton, OH 45401 |
| 519764855 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Jul 15 2026 21:33:00 | Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 519764877 | | Email/Text: Bankruptcy.Notices@pnc.com | |
| | | Jul 15 2026 21:33:00 | Pnc Bank Na, P0 Box 3180, Pittsburgh, PA 15230 |
| 519764876 | + | EDI: BANKAMER | |
| | | Jul 16 2026 01:16:00 | PNC Bank, PO Box 15137, Wilmington, DE 19886-5137 |
| 519764884 | | EDI: PRA.COM | |
| | | Jul 16 2026 01:16:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764887 | | EDI: PRA.COM | |
| | | Jul 16 2026 01:16:00 | Portfolio Recovery, 140 Corporate Blvd., Norfolk, VA 23502 |
| 519764886 | | EDI: PRA.COM | |
| | | Jul 16 2026 01:16:00 | Portfolio Recovery, 140 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 519764879 | | EDI: PRA.COM | |
| | | Jul 16 2026 01:16:00 | Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519814730 | | EDI: PRA.COM | |
| | | Jul 16 2026 01:16:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 519764845 | + | Email/Text: signed.order@pfwattorneys.com | |
| | | Jul 15 2026 21:33:00 | New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519764893 | + | Email/Text: signed.order@pfwattorneys.com | |

District/off: 0312-2                          User: admin                                    Page 7 of 10

Date Rcvd: Jul 15, 2026                       Form ID: 3180W                                 Total Noticed: 218

| | | | |
|---|---|---|---|
| | | Jul 15 2026 21:33:00 | Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519764894 | + Email/Text: signed.order@pfwattorneys.com | | |
| | | Jul 15 2026 21:33:00 | Pressler & Pressler ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764895 | + Email/Text: signed.order@pfwattorneys.com | | |
| | | Jul 15 2026 21:33:00 | Pressler & Pressler ESQ PC, 7 Entin Road, Parsippany, NJ 07054 |
| 519764896 | + Email/Text: signed.order@pfwattorneys.com | | |
| | | Jul 15 2026 21:33:00 | Pressler And Pressler, Attorneys, 7 Entin Road, Parsippany, NJ 07054 |
| 519764897 | + Email/Text: signed.order@pfwattorneys.com | | |
| | | Jul 15 2026 21:33:00 | Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519764899 | + Email/Text: signed.order@pfwattorneys.com | | |
| | | Jul 15 2026 21:33:00 | Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764902 | + EDI: CITICORP | | |
| | | Jul 16 2026 01:16:00 | Prism, P0 Box 6497, Sioux Falls, SD 57117-6497 |
| 519764907 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 15 2026 21:39:11 | Resurgent, PO Box 1410, Troy, MI 48099-1410 |
| 519764908 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 15 2026 21:39:13 | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 519764910 | + Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 15 2026 21:39:23 | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 519764931 | Email/Text: EBN@seliplaw.com | | |
| | | Jul 15 2026 21:34:00 | Selip and Stylianou, 199 Crossways Park Drive, PO Box 393, Woodbury, NY 11797 |
| 519764930 | Email/Text: EBN@seliplaw.com | | |
| | | Jul 15 2026 21:34:00 | Selip and Stylianou, 199 Crossways Park Drive, PO Box 9004, Woodbury, NY 11797 |
| 519764914 | EDI: CITICORP | | |
| | | Jul 16 2026 01:16:00 | Sears, P0 Box 182532, Columbus, OH 43218 |
| 519764912 | + EDI: CITICORP | | |
| | | Jul 16 2026 01:16:00 | Sears, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764916 | + EDI: CITICORP | | |
| | | Jul 16 2026 01:16:00 | Sears Credit, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764921 | + EDI: CITICORP | | |
| | | Jul 16 2026 01:16:00 | Sears Credit Card, P0 Box 78051, Phoenix, AZ 85062-8051 |
| 519764919 | + EDI: CITICORP | | |
| | | Jul 16 2026 01:16:00 | Sears Credit Card, PO Box 183081, Columbus, OH 43218-3081 |
| 519764920 | + EDI: CITICORP | | |
| | | Jul 16 2026 01:16:00 | Sears Credit Card, PO Box 183082, Columbus, OH 43218-3082 |
| 519764918 | + EDI: CITICORP | | |
| | | Jul 16 2026 01:16:00 | Sears Credit Card, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764922 | + EDI: CITICORP | | |
| | | Jul 16 2026 01:16:00 | Sears Credit Cards, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764924 | + EDI: CITICORP | | |
| | | Jul 16 2026 01:16:00 | Sears Credit Cards, PO Box 183081, Columbus, OH 43218-3081 |
| 519764923 | + EDI: CITICORP | | |
| | | Jul 16 2026 01:16:00 | Sears Credit Cards, PO Box 183082, Columbus, OH 43218-3082 |
| 519764927 | EDI: CITICORP | | |
| | | Jul 16 2026 01:16:00 | Sears Gold Mastercard, PO Box 6922, The Lakes, NV 88901 |
| 519764926 | + EDI: CITICORP | | |
| | | Jul 16 2026 01:16:00 | Sears Gold Mastercard, PO Box 182156, Columbus, OH 43218-2156 |
| 519764932 | ^ MEBN | | |
| | | Jul 15 2026 21:32:47 | State of New Jersey, Department of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 519764936 | + EDI: SYNC | | |
| | | Jul 16 2026 01:16:00 | Synchrony Bank, PO Box 530927, Atlanta, GA 30353-0927 |
| 519764939 | + EDI: SYNC | | |
| | | Jul 16 2026 01:16:00 | Synchrony Bank, PO Box 960013, Orlando, FL |

District/off: 0312-2                                         User: admin                                              Page 8 of 10
Date Rcvd: Jul 15, 2026                                  Form ID: 3180W                                      Total Noticed: 218

|  |  |  | 32896-0013 |
|---|---|---|---|
| 519764937 | + EDI: SYNC | Jul 16 2026 01:16:00 | Synchrony Bank, PO Box 965013, Orlando, FL 32896-5013 |
| 519764938 | + EDI: SYNC | Jul 16 2026 01:16:00 | Synchrony Bank, P0 Box 965015, Orlando, FL 32896-5015 |
| 519764941 | + EDI: SYNC | Jul 16 2026 01:16:00 | Synchrony Bank, P0 Box 965024, Orlando, FL 32896-5024 |
| 519764935 | + EDI: SYNC | Jul 16 2026 01:16:00 | Synchrony Bank, P0 Box 965036, Orlando, FL 32896-5036 |
| 519766914 | + EDI: PRA.COM | Jul 16 2026 01:16:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519764945 | EDI: TDBANKNORTH.COM | Jul 16 2026 01:16:00 | TD Bank, PO Box 8400, Lewiston, ME 04243 |
| 519764947 | EDI: TDBANKNORTH.COM | Jul 16 2026 01:16:00 | TD Banknorth, Operations Center, P0 Box 1377, Lewiston, ME 04243 |
| 519764942 | + EDI: WTRRNBANK.COM | Jul 16 2026 01:16:00 | Target, P0 Box 673, Minneapolis, MN 55440-0673 |
| 519764943 | + EDI: WTRRNBANK.COM | Jul 16 2026 01:16:00 | Target, 3901 West 53rd St., Sioux Falls, SD 57106-4216 |
| 519764944 | + EDI: WTRRNBANK.COM | Jul 16 2026 01:16:00 | Target, PO Box 660170, Dallas, TX 75266-0170 |
| 519764952 | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Jul 15 2026 21:34:00 | US Bank, 4801 Frederica Street, Owensboro, KY 42301 |
| 519764795 | EDI: USBANKARS.COM | Jul 16 2026 01:16:00 | Elan Financial Service, 777 E Wisconsin Avenue, Milwaukee, WI 53202 |
| 519764951 | EDI: USBANKARS.COM | Jul 16 2026 01:16:00 | US Bank, PO Box 108, Saint Louis, MO 63166 |
| 519764949 | EDI: USBANKARS.COM | Jul 16 2026 01:16:00 | US Bank, PO Box 5227, Cincinnati, OH 45201 |
| 519764950 | EDI: USBANKARS.COM | Jul 16 2026 01:16:00 | US Bank, PO Box 790408, Saint Louis, MO 63179 |
| 519764953 | EDI: USBANKARS.COM | Jul 16 2026 01:16:00 | US bank, PO Box 6352, Fargo, ND 58125 |
| 519764955 | + EDI: WFFC2 | Jul 16 2026 01:16:00 | Wells Fargo, P0 Box 31557, Billings, MT 59107-1557 |
| 519764956 | + EDI: WFFC2 | Jul 16 2026 01:16:00 | Wells Fargo Bank, PO Box 30086, Los Angeles, CA 90030-0086 |
| 519764957 | + EDI: WFFC | Jul 16 2026 01:16:00 | Wells Fargo Bank, PO Box 28724, Kansas City, MO 64188-8724 |
| 519764958 | EDI: WFCCSBK | Jul 16 2026 01:16:00 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |
| 519764959 | + EDI: WFFC | Jul 16 2026 01:16:00 | Wells Fargo Card Services, PO Box 6412, Carol Stream, IL 60197-6412 |
| 519764960 | + EDI: WFFC | Jul 16 2026 01:16:00 | Wells Fargo Financial, PO Box 98784, Las Vegas, NV 89193-8784 |
| 519764961 | + EDI: WFNNB.COM | Jul 16 2026 01:16:00 | World Financial Network Bank, 220 W. Schrock Road, Westerville, OH 43081-2873 |

TOTAL: 172

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID        Bypass Reason        Name and Address**
cr                *P++                 PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK,

| | | |
|---|---|---|
| | | NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 519764705 | *+ | Asmaa Hanafy, 151 Burhans Avenue, Haledon, NJ 07508-1441 |
| 519764713 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79901 |
| 519764714 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79901 |
| 519764766 | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Citibank Sd, Na, Attn: Centralized Bankruptcy, P0 Box 20363, Kansas City, MO 64195 |
| 519764732 | *+ | Calvary Portfolio Services, Attention: Bankruptcy Department, 500 Summit Lake Dr. Suite 400, Valhalla, NY 10595-2321 |
| 519764734 | *+ | Capital One, PO Box 85617, Richmond, VA 23285-5617 |
| 519764744 | *+ | Capital One, NA, Capital One Bank (USA) N.A., P0 Box 30285, Salt Lake City, UT 84130-0285 |
| 519764751 | *+ | Chase Bank, P0 Box 15298, Wilmington, DE 19850-5298 |
| 519764756 | * | Chase bank, PO Box 659409, San Antonio, TX 78265 |
| 519764774 | * | CitiCards, PO Box 6345, The Lakes, NV 88901 |
| 519764762 | * | Citibank, PO Box 6405, The Lakes, NV 88901-6405 |
| 519764764 | *+ | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764768 | *+ | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 519764769 | *+ | Citibank Sd, Na, Pob 6241, Sioux Falls, SD 57117-6241 |
| 519764772 | *+ | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764773 | *+ | Citicards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519764784 | *+ | Comenity Bank, Attention: Bankruptcy, P0 Box 182686, Columbus, OH 43218-2686 |
| 519764788 | *+ | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519764824 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 519764821 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macy's, P0 Box 4583, Carol Stream, IL 60197 |
| 519764829 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys, P0 Box 8218, Mason, OH 45040 |
| 519764830 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys, P0 Box 8218, Mason, OH 45040 |
| 519764812 | *+ | Kohls, N56 W 17000 Ridgewood Drive, Menomonee Falls, WI 53051-7096 |
| 519764838 | *+ | Midland Funding, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 519764851 | *+ | NYC Department of Finance, Parking Violations Operations, Peck Slip Station, PO Box 2337, New York, NY 10272-2337 |
| 519764850 | * | NYC Department of Finance, Parking Violations Operations, JAF Station, PO Box 1724, New York, NY 10116-1724 |
| 519764867 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 519764872 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 LIberty Avenue, Pittsburgh, PA 15222 |
| 519764863 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519764868 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Consumer Loan Center, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 519818990 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 519764856 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 519764857 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, P0 Box 5570, Cleveland, OH 44101 |
| 519764873 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 5570, Cleveland, OH 44101 |
| 519764862 | * | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 519764870 | * | PNC Bank, Attn: Consumer Assistance Team, PO Box 1326, Pittsburgh, PA 15230 |
| 519764888 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764889 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764890 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764891 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 519764885 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd., Ste. 1, Norfolk, VA 23502 |
| 519764880 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764881 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764882 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |

| 519764883 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Attn: Bankruptcy, P0 Box 41067, Norfolk, VA 23541 |
| 519764846 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-0245, address filed with court:, New Century Financial, LLC, Attn: Pressler & Pressler, 7 Entin Road, Parsippany, NJ 07054 |
| 519764898 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-0245, address filed with court:, Pressler, Felt, & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 519764900 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-0245, address filed with court:, Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764901 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-0245, address filed with court:, Pressler, Felt, & Warshaw, LLP ESQ, 7 Entin Road, Parsippany, NJ 07054 |
| 519764865 | *+ | Pnc Bank, 103 Bellevue Pkwy, Wilmington, DE 19809-3701 |
| 519764909 | *+ | Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 519764911 | *+ | Resurgent Capital Services, L.P., 15 S. Main St., Ste. 600, Greenville, SC 29601-2768 |
| 519764913 | *+ | Sears, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764917 | *+ | Sears Credit, P0 Box 6282, Sioux Falls, SD 57117-6282 |
| 519764925 | *+ | Sears Credit Cards, PO Box 183081, Columbus, OH 43218-3081 |
| 519764933 | * | State of New Jersey, Department of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 519764940 | *+ | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 519764948 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank, 205 W 4th Street, Cincinnati, OH 45202 |
| 519764954 | *P++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229, address filed with court:, Us Bank Rms Cc, 205 W 4th Street, Cincinnati, OH 45202 |
| 519764797 | ##+ | Forster, Garbus & Garbus, Attorneys At Law, 7 Banta Place, Hackensack, NJ 07601-5604 |
| 519764800 | ##+ | Foster, Garbus & Garbus, Attorneys At Law, 7 Banta Place, Hackensack, NJ 07601-5604 |

TOTAL: 0 Undeliverable, 60 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Dennis P Uhlmann, Jr
                                  on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com, Bky@martonelaw.com

Herbert B. Raymond
                                  on behalf of Debtor Safi M Hanafy herbertraymond@gmail.com
                                  raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.ra
                                  ymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemails789@gmail.com

Marie-Ann Greenberg
                                  magecf@magtrustee.com

Matthew K. Fissel
                                  on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
                                  matthew.fissel@brockandscott.com

U.S. Trustee
                                  USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5